UNITED STATES DISTRICT COURT

For the Eastern District of Louisiana

| | | |
|---|---|---|
| BRENDA THOMAS | * | |
| Plaintiff | * | Civil Action No. 18-1264 (N) (4) |
| v. | * | |
| | * | |
| KFC CORPORATION, et al. | * | |
| Defendants | * | |
| *    *    *    *    *    * | | |

### MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes plaintiff, Brenda Thomas, and moves this Court to remand this matter to Civil District Court for the Parish Orleans, State of Louisiana, for the reasons more fully laid out in the concomitant memorandum in support, which plaintiff incorporates herein by reference as though pled hereunder *in extenso.*

WHEREFORE plaintiff prays that this case be remanded to Orleans Civil District Court.

Respectfully submitted,

s/ *Ryan A. Jurkovic*_____
Isaac H. Soileau, Jr. (LSBA No. 21384)
ihs.soileaulegal@gmail.com
Ryan A. Jurkovic (LSBA No. 31384)
rjurkovic@soileaulegal.com
SOILEAU & ASSOCIATES, LLC
1010 Common Street, Suite 2910
New Orleans, Louisiana 70112
504 522 5900 /504 522 5998 (fax)
Attorneys for Plaintiff, Brenda Thomas

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been served on counsel of record for all parties to these proceedings, by ECF transmission, this 8th day of March, 2018.

s/ *Ryan A. Jurkovic*_____

1