UNITED STATES DISTRICT COURT

For the Eastern District of Louisiana

| | | |
|---|---|---|
| BRENDA THOMAS | * | |
| Plaintiff | * | Civil Action No. 18-1264 (N) (4) |
| v. | * | |
| | * | |
| KFC CORPORATION, et al. | * | |
| Defendants | * | |
| *      *      *      *      *      * | | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that plaintiff will submit her Motion to Remand to the United District

Court for the Eastern District of Louisiana, Section N, at 9:30 a.m. on 28 March 2018.

Respectfully submitted,

s/ *Ryan A. Jurkovic*_____
Isaac H. Soileau, Jr. (LSBA No. 21384)
ihs.soileaulegal@gmail.com
Ryan A. Jurkovic (LSBA No. 31384)
rjurkovic@soileaulegal.com
SOILEAU & ASSOCIATES, LLC
1010 Common Street, Suite 2910
New Orleans, Louisiana 70112
504 522 5900 /504 522 5998 (fax)
Attorneys for Plaintiff, Brenda Thomas

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleadings has been served on counsel of record for all parties to these proceedings, by ECF transmission, this 8th day of March, 2018.

s/ *Ryan A. Jurkovic*_____