# Dean Arruebarrena

| | |
|---|---|
| **From:** | Kokemor, James <James.Kokemor@LibertyMutual.com> |
| **Sent:** | Wednesday, February 07, 2018 5:06 PM |
| **To:** | Dean Arruebarrena |
| **Subject:** | RE: Brenda Thomas 4874.43113: Brenda Thomas v. KFC, Yum Brands and West Quality Food Service |

Dean – You have my consent to sign on my behalf and file the Consent to Removal.

James J. Kokemor
Law Offices of Robert E. Birtel
3850 North Causeway Blvd.
Lakeway 2, Suite 220
Metairie, LA 70002
(504)681-6951

**From:** Dean Arruebarrena [mailto:Darruebarrena@LeakeAndersson.com]
**Sent:** Wednesday, February 07, 2018 3:21 PM
**To:** Kokemor, James <James.Kokemor@LibertyMutual.com>
**Cc:** Kimberley Rastanis <krastanis@LeakeAndersson.com>
**Subject:** RE: Brenda Thomas 4874.43113: Brenda Thomas v. KFC, Yum Brands and West Quality Food Service

Forgot to attach it. It's attached now.

Dean Arruebarrena

Leake & Andersson LLP



1100 Poydras Street
Suite 1700
New Orleans, LA 70163

T 504-585-7500
F 504-585-7775
darruebarrena@leakeandersson.com
Website: www.leakeandersson.com

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee named above. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it and any and all copies of it. Thank you.

**From:** Dean Arruebarrena
**Sent:** Wednesday, February 07, 2018 3:21 PM
**To:** 'james.kokemor@libertymutual.com'
**Cc:** Kimberley Rastanis
**Subject:** Brenda Thomas v. KFC, Yum Brands and West Quality Food Service



EXHIBIT

A

Attached please find a copy of the Consent to Removal which we discussed earlier today.  Please let me know if I have your approval to e-sign it and file it on your behalf.  An email reply will suffice.  Otherwise, I may need you to sign and file in the federal court proceedings once it is removed to that court later today.

Thanks and call me if you have any questions or concerns.

Dean Arruebarrena

**Leake & Andersson LLP**



1100 Poydras Street
Suite 1700
New Orleans, LA  70163

T  504-585-7500
F  504-585-7775
darruebarrena@leakeandersson.com
Website: www.leakeandersson.com

NOTICE:  This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure.  This e-mail is intended only for the addressee named above.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it and any and all copies of it.  Thank you.