UNITED STATES DISTRICT COURT

For the Eastern District of Louisiana

BRENDA THOMAS                    *

              Plaintiff    *               Civil Action No. 18-1264 (N) (4)

v.                                      *

                         *

KFC CORPORATION, et al.          *

             Defendants    *

*    *    *    *    *    *

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes plaintiff, Brenda Thomas, and moves this Court to for leave to file a reply memorandum in further support of her Motion to Remand. Plaintiff respectfully contends that the reply memorandum will assist the Court in deciding the merits of her motion.

WHEREFORE plaintiff prays for leave to file her reply memorandum.

Respectfully submitted,

s/ *Ryan A. Jurkovic*_____
Isaac H. Soileau, Jr. (LSBA No. 21384)
ihs.soileaulegal@gmail.com
Ryan A. Jurkovic (LSBA No. 31384)
rjurkovic@soileaulegal.com
SOILEAU & ASSOCIATES, LLC
1010 Common Street, Suite 2910
New Orleans, Louisiana 70112
504 522 5900 /504 522 5998 (fax)
Attorneys for Plaintiff, Brenda Thomas

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been served on counsel of record for all parties to these proceedings, by ECF transmission, this 26th day of March, 2018.

s/ *Ryan A. Jurkovic*_____

1