UNITED STATES DISTRICT COURT

For the Eastern District of Louisiana

| | | |
|---|---|---|
| BRENDA THOMAS | * | |
| Plaintiff | * | Civil Action No. 18-1264 (N) (4) |
| v. | * | |
| | * | |
| KFC CORPORATION, et al. | * | |
| Defendants | * | |
| *    *    *    *    *    * | | |

**ORDER**

Considering the above and foregoing Motion for Leave:

IT IS HEREBY ORDERED that the motion is GRANTED and plaintiff has leave to file her Reply

Memorandum in Further Support of her Motion to Remand.

Done, this _____ day of _____, 2018, New Orleans, Louisiana.

_____

Judge

1