Case Number: | 00 Orleans ▼ | 2017-9337 | Go 🔍 | BRENDA THOMAS vs KFC CORPORA TION, ET AL

Monday , Mar 26, 2018

EMPLOYEE LOGIN     Text Size

Home     About     Department     Visitation     Inmate Information     Docket Master     Civil Division     Community     Useful Links     Contact Us

# Case Inquiry

Case Inquiry is used to look up cases that are on file with the Civil District Court for the Parish of Orleans.

Notice in the dialog box which begins with the words "Case Number" the words "00 Orleans" automatically appear in the box . 00 is the code for all Orleans Parish cases. The system automatically assumes (defaults) that your case is case filed in Civil District Court for the Parish of Orleans.



| Case Number: | 00 Orleans ▼ | 2017-9337 | Go 🔍 | BRENDA THOMAS vs KFC CORPORA TION, ET AL |

[ General ]   [ Real Estate ]   [ Movables ]

📄 - Click the drill down icon to view detailed return information

**Service Detail**

| Serial # | 1 | Date Released for Service | 10/2/2017 |
| Service Code | C/P | Amount | $20.00 |
| Description | Citation & Petition | Balance Due | $0.00 |
| Attorney | Jurkovic, Ryan | | |

**Paper Information**

| Name | KFC FRANCHISE | Street | 6009 Bullard Av |
| Assigned Deputy | Fishel, Robert | City | NEW ORLEANS |
| Due Date | | State | LA |
| Returned | Yes | Zip | 70128 |

**Returns**

| Date | Time | Returned | Status | Deputy | Address Served | Comments |
|------|------|----------|--------|--------|----------------|----------|
| 📄 10/9/2017 | 9:55:00 AM | Yes | Personal | Fishel, Robert | 6009 Bullard Av | S BURTON |

Back to Case Summary

Search...

Select Language ▼

Powered by Google Translate

Copyright © 2010 Orleans Parish Sheriff's Office | Sheriff Marlin N. Gusman. All Rights Reserved. Developed by Orleans Parish Sheriff's Office



3/26/2018                                    Case Inquiry

Monday , Mar 26, 2018                                                          EMPLOYEE LOGIN     Text Size

Home      About      Department      Visitation      Inmate Information      Docket Master      Civil Division      Community      Useful Links      Contact Us

# Case Inquiry

Case Inquiry is used to look up cases that are on file with the Civil District Court for the Parish of Orleans.

Notice in the dialog box which begins with the words "Case Number" the words "00 Orleans" automatically appear in the box . 00 is the code for all Orleans Parish cases. The system automatically assumes (defaults) that your case is case filed in Civil District Court for the Parish of Orleans.

Case Inquiry

Case Number: | 00 Orleans ▼ | 2017-9337 | Go 🔍 | BRENDA THOMAS vs KFC CORPORA TION, ET AL

[ General ]  [ Real Estate ]  [ Movables ]

## Paper Information

| | | | |
|---|---|---|---|
| Serial # | 1 | Date | 10/2/2017 |
| Code | C/P | Returned | Yes |
| Name | KFC FRANCHISE | Description | Citation & Petition |
| Address | 6009 Bullard Av NEW ORLEANS, LA 70128 | Deputy | Fishel, Robert |

## Return Information

| | | | |
|---|---|---|---|
| Date | 10/9/2017 | Deputy | Fishel, Robert |
| Returned | Yes | Status | PERS |
| Address | 6009 Bullard Av | | |
| Comments | S BURTON | | |

 Back to Service Detail 

About        Docket Master        Inmate Query        Civil Division        Resources        Back to T op

Site Search powered by Ajax                **Protecting and Serving the Parish of Orleans**                Translate

Search...

Select Language    ▼

Powered by Google Translate

Copyright © 2010 Orleans Parish Sheriff's Office | Sheriff Marlin N. Gusman. All Rights Reserved. Developed by Orleans Parish Sheriff's Office

