UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRENDA THOMAS                                    CIVIL ACTION: 2:18-cv-01264

VERSUS                                           JUDGE: KURT D. ENGELHARDT

KFC CORPORATION, YUM BRANDS,                     MAG: KAREN WELLS ROBY
INC., YUM RESTAURANT SERVICES
GROUP, INC. AND KFC FRANCHISEE

**************************************************************************

### MOTION FOR LEAVE TO FILE SUR REPLY MEMORANDUM IN OPPOSITION TO MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come defendants, KFC Corporation, Yum Restaurant Services Group, LLC and Yum Brands, Inc. (sometimes referred to collectively hereafter as "Defendants"), who respectfully move this Court for leave to file a Sur Reply Memorandum in further support of their Opposition to Motion to Remand. The proposed, and rather brief, Sur Reply Memorandum will address a single issue raised by plaintiff, Brenda Thomas, and will further assist the Court in deciding the merits of the Motion to Remand.

In light of the above, defendants respectfully pray for leave to file the attached Sur Reply Memorandum.

-1-

Respectfully submitted,

___/s/Dean M. Arruebarrena_____
DEAN M. ARRUEBARRENA (#24283)
CRAIG M. COUSINS (#22311)
MARC E. DEVENPORT (#23712)
LEAKE & ANDERSSON, LLP
1100 Poydras Street, Suite 1700
New Orleans, LA  70163
Tel:  (504) 585-7500
Fax:  (504) 585-7775
Email:  darruebarrena@leakeandersson.com
        ccousins@leakeandersson.com
        mdevenport@leakeandersson.com
Counsel for Defendant, KFC Corporation, Yum
Restaurant Services, Group, LLC and Yum Brands,
Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, first class postage prepaid, by hand delivery, facsimile transmission, or electronic transmission on April 10, 2018, at their last known address of record.

___Dean M. Arruebarrena_____

CP/43113/178

-2-