UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA THOMAS | CIVIL ACTION: 2:18-cv-01264 |
| VERSUS | JUDGE: KURT D. ENGELHARDT |
| KFC CORPORATION, YUM BRANDS, INC., YUM RESTAURANT SERVICES GROUP, INC. AND KFC FRANCHISEE | MAG: KAREN WELLS ROBY |

**************************************************************************

## **O R D E R**

Considering the above and foregoing Motion for Leave to File Sur Reply Memorandum in Opposition to Motion to Remand;

IT IS HEREBY ORDERED that the motion is GRANTED and defendants have leave of court to file their Sur Reply Memorandum.

New Orleans, Louisiana this _____ day of _____, 2018.


_____
JUDGE

-3-