

## SECRETARY OF STATE

(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

Effective January 1, 2018, business owners in the following parishes will be required to file all available business documents online through geauxBIZ: Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Jefferson, Lafayette, Livingston, Orleans, Ouachita, Rapides, St. Tammany, Tangipahoa and Terrebonne.

GET HELP

Buy Certificates and Certified Copies  |  Subscribe to Electronic Notification  |  Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| WEST QUALITY FOOD SERVICE, INC. | Business Corporation (Non-Louisiana) | LAUREL | Active |

**Previous Names**

**Business:** WEST QUALITY FOOD SERVICE, INC.

**Charter Number:** 34771572F

**Registration Date:** 4/6/1999

**Domicile Address**

220 NORTH 16TH AVE.
LAUREL, MS 39442

**Mailing Address**

220 NORTH 16TH AVE.
LAUREL, MS 39442

**Principal Business Office**

220 NORTH 16TH AVE.
LAUREL, MS 39442

**Registered Office in Louisiana**

3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**

6009 BULLARD AVENUE
NEW ORLEANS, LA 70128

**Status**

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **Qualified:** | 4/6/1999 |
| **Last Report Filed:** | 3/7/2017 |
| **Type:** | Business Corporation (Non-Louisiana) |

**Registered Agent(s)**

| Agent: | C T CORPORATION SYSTEM |
|---|---|
| Address 1: | 3867 PLAZA TOWER DR. |
| City, State, Zip: | BATON ROUGE, LA 70816 |
| Appointment Date: | 4/6/1999 |

## Officer(s)

Additional Officers: No

| Officer: | RICHARD M. WEST |
|---|---|
| Title: | Director, President |
| Address 1: | 220 N. 16TH AVENUE |
| City, State, Zip: | LAUREL, MS 39442 |
| Officer: | WILLIAM E. WEST |
| Title: | Vice-President, Director |
| Address 1: | 220 N. 16TH AVENUE |
| City, State, Zip: | LAUREL, MS 39442 |
| Officer: | BRIAN WILSON |
| Title: | Executive Vice-President |
| Address 1: | 220 N. 16TH AVENUE |
| City, State, Zip: | LAUREL, MS 39440 |

GET HELP

## Amendments on File (2)

| Description | Date |
|---|---|
| Stmt of Chg or Chg Prin Bus Off | 1/29/2008 |
| Stmt of Chg or Chg Prin Bus Off | 10/18/2015 |

**Back to Search Results | New Search | View Shopping Cart**

© 2018 Louisiana Department of State