P 961-081105-01

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRENDA THOMAS,

     *Plaintiff,*

*v.*                                CIVIL ACTION NO: 18-01264

                                       SECTION: A

KFC CORPORATION, YUM
BRANDS, INC., YUM            JUDGE: JAY C. ZAINEY
RESTAURANT SERVICES
GROUP, INC., KFC FRANCHISEE,    MAGISTRATE: KAREN WELLS ROBY

     *Defendants.*

## <u>MOTION FOR SUMMARY JUDGMENT</u>

NOW INTO COURT, through undersigned counsel, come Defendants, West Quality Food Service, Inc., and Liberty Mutual Fire Insurance Company, who respectfully move this Court to enter summary judgment in their favor, dismissing Plaintiff's claims, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.  Defendants move for summary judgment on the basis that the Plaintiff has failed to present evidence sufficient to meet her burden of proof that defendants supplied her with a deleterious food product under Louisiana law.  Defendants are entitled to judgment as a matter of law for all the reasons set forth in the attached Memorandum of Support.

WHEREFORE, Defendants pray that this Motion for Summary Judgment be granted dismissing all claims of Plaintiff, with prejudice, and at Plaintiff's sole costs.

Respectfully submitted,

S:/ JAMES J. KOKEMOR
**JAMES J. KOKEMOR (LA#07825)**
James.Kokemor@LibertyMutual.com
Law Offices of Robert E. Birtel
3850 N. Causeway Blvd. Suite 220
Metairie, LA  70002
Tel: (504) 837-7050
Fax:  866-547-7103
*Attorney for Defendants,*
*West Quality Food Service, Inc. and Liberty*
*Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing upon counsel for all parties.

Respectfully submitted,

S:/ JAMES J. KOKEMOR
**JAMES J. KOKEMOR (LA#07825)**
James.Kokemor@LibertyMutual.com
Law Offices of Robert E. Birtel
3850 N. Causeway Blvd. Suite 220
Metairie, LA  70002
Tel: (504) 837-7050
Fax:  866-547-7103
*Attorney for Defendants,*
*West Quality Food Service, Inc. and Liberty*
*Mutual Fire Insurance Company*