P 961-081105-01

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRENDA THOMAS,

    *Plaintiff,*

*v.*                            CIVIL ACTION NO: 18-01264

                                       SECTION: A

KFC CORPORATION, YUM
BRANDS, INC., YUM              JUDGE: JAY C. ZAINEY
RESTAURANT SERVICES
GROUP, INC., KFC FRANCHISEE,     MAGISTRATE: KAREN WELLS ROBY

    *Defendants.*

## NOTICE OF SUBMISSION

    **PLEASE TAKE NOTICE** that the Motion for Summary Judgment filed by West

Quality Food Service, Inc., and Liberty Mutual Fire Insurance Company is hereby set for

submission on Wednesday, April 17, 2019, at 10:00 a.m., before the Honorable Jay C. Zainey,

Section "A" of the United States District Court for the Eastern District of Louisiana, 500 Poydras

Street, New Orleans, LA 70130.

                             Respectfully submitted,

                             S:/ JAMES J. KOKEMOR
                             **JAMES J. KOKEMOR (LA#07825)**
                             James.Kokemor@LibertyMutual.com
                             Law Offices of Robert E. Birtel
                             3850 N. Causeway Blvd. Suite 220
                             Metairie, LA  70002
                             Tel: (504) 837-7050
                             Fax:  866-547-7103
                             *Attorney for Defendants,*
                             *West Quality Food Service, Inc. and Liberty*
                             *Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing upon counsel for all parties.

Respectfully submitted,

S:/ JAMES J. KOKEMOR
**JAMES J. KOKEMOR (LA#07825)**
James.Kokemor@LibertyMutual.com
Law Offices of Robert E. Birtel
3850 N. Causeway Blvd. Suite 220
Metairie, LA  70002
Tel: (504) 837-7050
Fax:  866-547-7103
*Attorney for Defendants,*
*West Quality Food Service, Inc. and Liberty*
*Mutual Fire Insurance Company*