P 961-081105-01

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRENDA THOMAS,

    *Plaintiff,*

*v.*                                                              CIVIL ACTION NO: 18-01264

                                        SECTION: A

KFC CORPORATION, YUM
BRANDS, INC., YUM                        JUDGE: JAY C. ZAINEY
RESTAURANT SERVICES
GROUP, INC., KFC FRANCHISEE,    MAGISTRATE:

    *Defendants.*

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, come defendants, West Quality Food Service, Inc., and Liberty Mutual Fire Insurance Company, who respectfully submit the following Statement of Uncontested Material Facts in support of the Motion for Summary Judgment:

1. In Plaintiff's amending complaint, she alleges that on or about October 1, 2016, she purchased through the drive-thru lane a chicken sandwich from the West Quality Food Service, Inc.'s KFC restaurant located at 6009 Bullard Avenue in New Orleans, Louisiana. (Exhibit 1 - Pl.'s Am. Compl. 2, ECF No. 35-2).

2. Plaintiff also alleges in the complaint that instead of chicken breast, the sandwich was composed of a deep-fried rat corpse, inclusive of the head and tail and that she commenced eating it before realizing what it contained. (*Id.*)

3. Plaintiff testified in her deposition that she purchased the chicken sandwich meal in the KFC drive-through at 10:52 p.m. (Deposition of Brenda Thomas, attached as Exhibit 2, Pl.'s Dep. 16:9-13, 17:11-15).

4. Plaintiff then drove home where she first opened her sandwich and began eating it, but stopped when she felt something "hard," at which point she took off the bun to check the sandwich and noticed what she described to be a tail and legs. (*Id.* at 31:21 – 25, 32:1-3, 33:13, 34:3).

5. Plaintiff's daughter, Chanel, took two photographs of the alleged fried-rat sandwich shortly after her alleged consumption and before the item was disposed of. (*Id.* at 39:7-11, 41:2-11) (Two photographs attached hereto as Exhibit 3).

6. The following Monday, October 3, 2016, Brenda Thomas presented to New Orleans East Hospital Emergency Department with general gastrointestinal complaints but the medical records contain no recorded history of the patient having consumed a deep-fried rat. (NOEH Records attached hereto as Exhibit 4).

7. Plaintiff was diagnosed with gastroenteritis, treated with nausea medication and IV fluids, and discharged soon after arrival with instructions to stay hydrated and follow up with her primary care provider. (*Id.*).

8. Plaintiff did not relate a history of having consumed a fried rat to any healthcare provider until October 12, 2016, when she gave this history to her primary care physician, Dr.

Michelle Cooper.  (Deposition of Dr. Michelle Cooper, attached hereto as Exhibit 5, Dep. 15:17-25; 37:19-23).

9. In addition to the physical complaints of gastroenteritis, Plaintiff alleges that she is seeking psychological and psychiatric treatment for a food phobia and/or other mental disorders that she attributes to the consumption of the deep-fried rat on October 1, 2016. (Exhibit 1 - Pl.'s Am. Compl. 2, ECF No. 35-2).

10.  Since the visit to New Orleans East Hospital Emergency Department on October 3, 2016, Plaintiff has only received psychological counseling and psychiatric treatment for her alleged mental disorder.

11. There exists no scientific evidence that the sandwich plaintiff purchased from defendant on October 1, 2016 contained a fried rat corpse as alleged.

12. There exists no photographic evidence that the sandwich plaintiff purchased from defendant was bitten into, chewed or eaten by plaintiff or anyone else.

13. There exists no laboratory analysis of Plaintiff's stomach contents to suggest that she consumed a fried rat on October 1, 2016.

Respectfully submitted,

S:/ JAMES J. KOKEMOR
**JAMES J. KOKEMOR (LA#07825)**
James.Kokemor@LibertyMutual.com
Law Offices of Robert E. Birtel
3850 N. Causeway Blvd. Suite 220
Metairie, LA  70002
Tel: (504) 837-7050
Fax:  866-547-7103
*Attorney for Defendants,*
*West Quality Food Service, Inc. and Liberty Mutual*
*Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March,  2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing upon counsel for all parties.

Respectfully submitted,

S:/ JAMES J. KOKEMOR
**JAMES J. KOKEMOR (LA#07825)**
James.Kokemor@LibertyMutual.com
Law Offices of Robert E. Birtel
3850 N. Causeway Blvd. Suite 220
Metairie, LA  70002
Tel: (504) 837-7050
Fax:  866-547-7103
*Attorney for Defendants,*
*West Quality Food Service, Inc. and Liberty*
*Mutual Fire Insurance Company*