1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRENDA THOMAS                    CIVIL ACTION NO. 18-01264

VERSUS                           SECTION: A

KFC CORPORATION, YUM             JUDGE: JAY C. ZAINEY

BRANDS, INC., YUM

RESTAURANT SERVICES GROUP,

INC., KFC FRANCHISEE

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

        Deposition of BRENDA G. THOMAS, 12990 North Lake Carmel Drive, New Orleans, Louisiana 70128, taken in the law offices of SOILEAU & ASSOCIATES, LLC, 1010 Common Street, Suite 2910, New Orleans, Louisiana 70112, on Thursday, the 8th day of November, 2018.

REPORTED BY:

    PATRICIA L. SCHONEKAS, CCR
    CERTIFIED COURT REPORTER

BRENDA THOMAS                                    November 8, 2018

APPEARANCES:


    SOILEAUX & ASSOCIATES, LLC

    BY: RYAN A. JURKOVIC, ESQUIRE

    1010 Common Street

    Suite 2910

    New Orleans, Louisiana  70112

        ATTORNEYS FOR THE PLAINTIFF



    LAW OFFICES OF ROBERT E. BIRTEL

    BY: JAMES J. KOKEMOR, ESQUIRE

    3850 North Causeway Boulevard

    Suite 220

    Metairie, Louisiana  70002

        ATTORNEYS FOR THE DEFENDANTS

BRENDA THOMAS                                    November 8, 2018

                                                                    3

E X A M I N A T I O N   I N D E X


EXAMINATION BY:                              PAGE


MR. KOKEMOR                                     5



E X H I B I T   I N D E X


EXHIBIT NO.                                  PAGE


EXHIBIT NO. 1                                  14
EXHIBIT NO. 2                                  38
EXHIBIT NO. 3                                  39

4

S T I P U L A T I O N


        IT IS STIPULATED AND AGREED by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken under the Federal Rules of Civil Procedure, for all purposes, in accordance with law;

        That the formalities of reading and signing are specifically not waived;

        That the formalities of sealing, certification and filing are specifically waived;

        That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.


                *    *    *    *


        PATRICIA L. SCHONEKAS, Certified Court Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

BRENDA THOMAS                                            November 8, 2018

16

fall on the floor of the restaurant?

A.   No.

Q.   And did you ever have any kind of an incident in which you purchased an item, a food item that you believe to have been spoiled or in some manner defective, before the incident that is the subject of this suit?

A.   No.  No.

Q.   On October 1st of 2016, according to your petition, you went through the drive-through at that restaurant on Bullard Avenue and you purchased a chicken sandwich; is that correct?

A.   Yes.

Q.   And do you have a receipt for the purchase?

A.   I've given it to the people at Kentucky.

Q.   At present you don't have in your possession a copy of the receipt of your purchase on October 1?

A.   I paid it with my debit card and the information is on my debit card, the time of purchase and the transaction and the amount that it was.

MR. KOKEMOR:

Have you-all produced a copy of the

BRENDA THOMAS                                    November 8, 2018

17

debit card records?

          MR. JURKOVIC:

                    I don't recall.  We can get that to

          you.

EXAMINATION BY MR. KOKEMOR:

          Q.    Yes, if you wouldn't mind giving your

attorney a copy of your debit card record showing

your purchase on October 1 of 2016 so he can

provide that to me.  Okay?

          A.    Okay.

          Q.    Now, do you recall approximately what

time you made that purchase on October 1 of 2016?

          A.    It was 10:52.

          Q.    And was that in the morning or at night?

          A.    At night.

          Q.    Was anyone present with you in your

automobile when you went through the drive-through

at that time?

          A.    My grandson.

          Q.    And which grandson was that?

          A.    Donnell.

          Q.    He was the only other occupant of your

car?

          A.    Yes.

          Q.    What do you recall having done that day

BRENDA THOMAS                                    November 8, 2018

29

did that day.  You don't have any specific recollection of what you were doing that day?

A.    I was with my grandson -- grandchildren, hanging with my grandchildren.

Q.    Were you at your house the whole day?

A.    No.

Q.    You were running errands and doing different things outside the home?

A.    No, not anything in particular, just, you know, being with the children earlier that day and stuff, and then at night I was hungry and I just went to go get something to eat.  Left home around ten-something, went to get something to eat.

Q.    So you didn't have breakfast, lunch, or dinner?

A.    No.  I didn't eat anything.

Q.    Do you remember drinking anything that day?

A.    No, I didn't have anything to drink.

Q.    Do you drink alcohol?

A.    No.

Q.    Were you taking any kind of prescription medication for any kind of medical ailment at that time?

A.    What you mean by prescription medication?

BRENDA THOMAS                                    November 8, 2018

58

Q.   How long did you have that feeling of being unable to eat anything?

A.   For months and months and still now, to even now.

Q.   Is it as bad now in November of 2018 as it was in January of 2017?

A.   Yes.  It's bad.  I can't eat since the incident.  I can't eat.

Q.   How much weight have you lost totally since October of 2016?

A.   Twenty pounds or maybe more than that, thirty.  I'm not sure.

Q.   And you started seeing a psychiatrist?

A.   Yes.

Q.   And who was it you went to see for psychological or psychiatric help?

A.   Ochsner's psychiatrist.

Q.   Did someone refer you to the psychiatrist at Ochsner Medical Center?

A.   Dr. Cooper.

Q.   Had you ever been seen by a psychiatrist or psychologist for any mental or emotional problems before this incident?

A.   No.

Q.   At no point in your life?