

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500**

# Medical Records Transmittal

Date:               8/4/2017
Request Number:     17864470
Page Count:         153

### Your requested medical records are attached.

Patient Name:       BRENDA THOMAS
Medical Facility:   New Orleans East Hospital
Requester:          Ryan Jurkovic, Esq.
Organization:       Soileau & Associates, L.L.C.


Your reference number:


***INFORMATION ON THIS CD MAY BE PASSWORD PROTECTED***
Please note that the information on this CD may be password protected. If you
are asked for a password, please enter the patient's date of birth in the format
MMDDYYYY.

Thank you,
*MRO*
*MROcorp.com*

**New Orleans East Hospital**

Orleans Parish Hospital
Service District A

**5620 Read Blvd,
New Orleans, LA 70127**

## DECLARATION OF CUSTODIAN FOR MEDICAL RECORDS

Date: _7/25/17_

I, the duly authorized custodian of medical records for New Orleans East Hospital, do hereby certify that this is a true copy of the medical records at the time of processing as described in the attached request, subpoena, summons or court order for the below stated patient. These records were prepared by the personnel of this facility, staff physicians, and persons acting under the control of either were: (a) made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (b) made and kept in the course of the regularly conducted business of New Orleans East Hospital; and (c) made by the regularly conducted activity as a regular practice.

Patient's Name: _Brenda Thomas_

Date of Birth: _11/22/1949_

MRN: _20019109_

The declarant has the authority to certify said records and is the duly authorized Custodian of Health Information Management Department of:

New Orleans East Hospital
5620 Read Blvd.
New Orleans, LA 70127

Richelle McKenzie-Smith, RHIA
Director, Health Information Management



**New Orleans East Hospital**

Orleans Parish Hospital
Service District A

**5620 Read Blvd,
New Orleans, LA 70127**

## CERTIFICATION OF BILLS

Date: ___7/25/17___

I, the undersigned, am the authorized custodian of billing records for New Orleans East Hospital. I hereby certify that this is a true copy of all available billing records of the below stated patient as described in your request, subpoena, court order or summons. The attached records are kept in the regular course of business. The information contained in the records were transmitted to me in the regular course of business by New Orleans East Hospital or an employee or representative of New Orleans East Hospital who had personal knowledge of the information. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the original or exact copies of the originals.

Patient's Name:___*Debra Dave*___

Date of Birth:___*4/20/1954*___

I declare that the foregoing is true and correct.

Anthony Saul, CFO

New Orleans East Hospital

# SOILEAU & ASSOCIATES, LLC

**Counselors at Law**

1010 Common Street
Suite 2910
New Orleans, LA 70112
504-522-5900
504-522-5998 – fax

Isaac H. Soileau, Jr.
Member

Ryan A. Jurkovic
Of Counsel

28 June 2017

BY FIRST CLASS MAILS
Custodian of Records
NEW ORLEANS EAST HOSPITAL
5620 Read Boulevard
New Orleans, Louisiana 70127

Re:    Request for Medical Records

Custodian of Records—

Enclosed herewith please find a HIPAA authorization to disclose protected health information for your patient, Ms. Brenda Thomas. Please therefore deliver to the undersigned copies of any and all medical records and billing records generated or received by you within the last five years, *certified as true and complete*. We are of course willing to pay your statutory costs for the records aforesaid.

Thank you kindly for your assistance. Please feel at liberty to contact me with any questions or concerns.

Best,

SOILEAU & ASSOCIATES, LLC

Ryan A. Jurkovic

RAJ/
Enc.

HIPAA AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I hereby give permission for all of my personal medical information (my complete medical file) to be used and given out as described below.

Patient Name:                           Brenda Thomas
Patient Social Security Number:         437861479
Patient Date of Birth:                  22 November 1949

The following person(s) or organization(s) are permitted to provide the information:

All medical sources (hospitals, clinics, labs, physicians, diagnostic centers, physical therapists, physical therapy clinics) who have provided any medical services to me.

The following law firm and its agents are permitted to receive and use the information:

Soileau & Associates, LLC of 1010 Common Street, Suite 2910, New Orleans, Louisiana.

The above-named attorney and law firm are permitted to receive the information pursuant to La. R.S. 40:1299.96(A)(2)(b) for the limited purpose of obtaining and using any and all information the releasing person(s) or organization(s) may have concerning treatment or services rendered to the undersigned for any reason, including but not limited to notes (handwritten and/or typed), charts, medical reports, face sheets, discharge summaries, history and physical, consults, laboratory results, reports of x-rays and copies of any and all actual films and/or x-rays, outpatient records, test results, operative reports, pathology reports, physician orders, progress notes, emergency records, therapy records, nurse's notes, opinions, diagnoses, prognoses, histories, statements and/or bills, correspondence, pharmaceutical records, including but not limited to date of prescription, prescribing physician, name of drug, dosage and amount dispensed, and/or any other medical information regarding any treatment, whether inpatient or outpatient. This specifically includes documents to and from other health care providers, attorneys, insurance companies, etc.

The information will be used or given out for the purposes of handling the attorney's or law firm's duties in the investigation and litigation of claims in which I am involved. This authorization is initiated at my request and the health information will be disclosed at my request. Health information released as a result of this authorization may be re-disclosed or shared by the persons or organizations receiving the information and might not be protected by federal or state regulations upon such disclosure.

I understand that I may refuse to sign this authorization. I further understand that my refusal to sign will not affect my ability to obtain treatment unless a third party requests that treatment and/or release of information.

I understand that I may revoke, or withdraw, this authorization at any time by sending a written notice to the above-named person or organization authorized to release the information. This revocation will be effective for future uses and disclosures of the information described above. The revocation will not have any effect on information already used or given out.

This authorization expires upon final resolution of the litigation entitled: *Thomas v. KFC Corp.*

I understand and authorize that the disclosure of information pursuant to this form may result in the disclosure of sensitive information, including but not limited to records of psychiatric or psychological treatment or counseling, history and diagnosis of mental illness or disorder, substance abuse, sexually transmitted infection, genetic information, and treatment for same.

I authorize the release of records only, and do not authorize oral communications by the health care provider to the authorized requesting person(s) or organization(s).

The authorized requesting party shall provide to me or my attorney a copy of this authorization at the same time the authorization is provided to the health care provider(s) authorized above to release information.

The authorized requesting party shall mail to me or my attorney a copy of all records received pursuant to this request within seven days of receipt of the information.

A photocopy of this form will serve as an original.

_Brenda C Thomas_
Signature of Patient or Representative

_1 June 2017_
Date

_Brenda C Thomas_
Printed Name of Patient

_____
Relationship to Patient if Signed by Representative

A copy of this completed form must be given to the patient or the person signing on the patient's behalf.

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:42 AM -05:00

| NH EMERGENCY DEPT Admission Form | Encounter #<br>40081688 | MR#<br>20019109 | | Enc Start Date  Time<br>10/03/2016 11:29 | | | Pt Location<br>NEDM ED1515 | | |
|---|---|---|---|---|---|---|---|---|---|
| | ECD#<br>30074109 | LOC<br>Acute | | Clin Svc<br>EMR | | | EPT<br>ER | Enc Type<br>OP | |
| | Adm Dx Code<br>K52.9 | Desc<br>Noninfective gastroenteritis and colitis, unspecified | | | | PAT<br>N | Adm Type<br>Emergency | | |
| | | | | | | Gdr<br>F | MS<br>W | | |
| | County | | Birth Place | | Race<br>Black | | Soc Sec #<br>xxx-xx-1479 | | |
| | Age<br>67Y | Birth Date<br>11/22/1949 | | Religion | | | Adm Clerk<br>cal49489 | | |

| Patient Name Address, Phone | Employer Name, Address, Phone | Emplm Sts |
|---|---|---|
| Thomas, Brenda<br>12990 N. Lake Carmel<br>New Orleans, LA 70126<br>Home:<br>Day:                    Cell: 504-300-3027 | | Unemp |
| **Guarantor Name, Pt Rel, Address, Phone** | **Guarantor Empr, Address, Phone** | **Emplm Sts** |
| Thomas, Brenda               Self<br>12990 N. Lake Carmel    SS#: xxx-xx-1479<br>New Orleans, LA 70126<br>Phone:                    504-300-3027 | | Unemp |

| Emergency Contact 1 | Emergency Contact 2 |
|---|---|
| Taylor, Tamela (Patient is: Parent)<br>Phone 1:  504-220-1023          Phone 2: | Phone 1:  Phone 2: |

| Insurance 1 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| Medicare/Medicare A<br>P.O. Box 3103<br>Mechanicsburg,, PA 170551819<br>800-633-4227<br>Verified? Y | 437861479A | | Brenda Thomas |
| | Referral/Authorization # | | Subscriber Employer |
| | Eff. Date<br>08/01/11 | Pre-Cert. Phone | |

| Insurance 2 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| Medicare/Medicare B<br>P.O. Box 3103<br>Mechanicsburg,, PA 170551819<br>800-633-4227<br>Verified? Y | 437861479A | | Brenda Thomas |
| | Referral/Authorization # | | Subscriber Employer |
| | Eff. Date<br>08/01/11 | Pre-Cert. Phone | |

| Insurance 3 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| | | | |
| | Referral/Authorization # | | Subscriber Employer |
| Verified? | Eff. Date | Pre-Cert. Phone | |

| Insurance 4 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| | | | |
| | Referral/Authorization # | | Subscriber Employer |
| Verified? | Eff. Date | Pre-Cert. Phone | |

| Patient Primary Physician<br>Cooper, Michele M    120000 | Adm Source<br>Non-Health Care Fac | Confidential Reason | Infectious Disease | |
|---|---|---|---|---|
| Admitting Physician, ID | Last Enc Date<br>04/16/2015 | Visitor Restriction | Release of Info<br>Y | Benefits Assigned<br>On File |
| Attending Physician, ID<br>Oden, Tara    120150 | Health Care Proxy Sts | Behavioral Hlth | Maiden Name | |

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:42 AM -05:00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Encounter Primary Physician** | | | | | | | |

| Incident Date | Incident Type | Inc St/Prov | Incident Description / Location | | |
|---|---|---|---|---|---|
| 10/03/16 | Onset | | | | |

| Patient Notification Category | | | Patient Notification | | Start Date | End Date |
|---|---|---|---|---|---|---|

Printed: 07/26/2017 11:10                                                                          User: E Franklin

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:42 AM -05:00



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

| Soarian© Chart Report - Allergies | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Allergies

| Allergy | Onset | Reaction | Severity | Allergy Type | Comments |
|---|---|---|---|---|---|
| **Allgery Indicators:** | | | | | |
| IV DYE, IODINE CONTRAST | | Shortness of Breath | Severe | Drug | swelling in the throat |
| Penicillins | | Swelling/Edema | Severe | | Hives |
| Naprosyn | | Hives | Moderate | | |
| Mucinex | | Unknown | | | Dystonia |
| No Known Food Allergies | | | | Food | |

## Allergy History

| | Changed By | Revised Date Time |
|---|---|---|
| **Reassessments** | | |
| Reassess: No Change | Attaway, Amy | 10/03/2016  11:43 |

| | Changed By | Revised Date Time |
|---|---|---|
| **Reassessments** | | |
| Reassess: Update | Blackmon, Lorena | 04/16/2015  19:56 |

| Name: | Brenda  Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Allergies  Page 1 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.

Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler

Printed On: 16-Nov-16 08:03

Page 1 of 3  Printed by: UOV3_fra46901

THOMAS, BRENDA ENC# 40081688   OPT   EMR   10/3/2016 - 10/3/2016   7/26/2017 11:24:42 AM -05:00

| Allergy History | | | |
|---|---|---|---|

### IV DYE, IODINE CONTRAST (Drug)

| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | swelling in the throat | | |

| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | Shortness of Breath | | |

| Field Name | Severity of Shortness of Breath | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | Severe | | |

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | Active | | |

| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|

### Mucinex (Drug)

| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Value | Dystonia | | |

| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Value | Unknown | | |

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Value | Active | | |

| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|

### Naprosyn (Drug)

| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Value | Hives | | |

| Field Name | Severity of Hives | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Value | Moderate | | |

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Value | Active | | |

| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|

### No Allergy Information (Drug)

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | InActive | | |

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Allergies   Page 2 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:42 AM -05:00

| Allergy History | | | |
|---|---|---|---|
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

**No Known Allergies  (Drug)**

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | InActive | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

**No Known Drug Allergies  (Drug)**

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | InActive | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

**No Known Food Allergies  (Food)**

| Field Changed | Status | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Prior Value | Not selected | | |
| New Value | Active | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Not selected | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

**Penicillins  (Drug)**

| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | Hives | | |
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Swelling/Edema | | |
| Field Name | Severity of Swelling/Edema | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Severe | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Allergies   Page 3 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:03

THOMAS, BRENDA ENC# 40081698  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:42 AM -05:00



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

### Soarian© Chart Report - Allergies

| | | | | |
|---|---|---|---|---|
| **Name:** | Brenda  Thomas | | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | | |
| **Provider:** | Tara Oden, MD | | | |
| **Primary Care Physician:** | Michele M Cooper | | | |
| **PCP Phone Number:** | 504 2461452 | | | |

## Allergies

| Allergy | Onset | Reaction | Severity | Allergy Type | Comments |
|---|---|---|---|---|---|
| **Allgery Indicators:** | | | | | |
| IV DYE, IODINE CONTRAST | | Shortness of Breath | Severe | Drug | swelling in the throat |
| Penicillins | | Swelling/Edema | Severe | | Hives |
| Naprosyn | | Hives | Moderate | | |
| Mucinex | | Unknown | | | Dystonia |
| No Known Food Allergies | | | | Food | |

## Allergy History

| | Changed By | Revised Date Time |
|---|---|---|
| **Reassessments** | | |
| Reassess: No Change | Attaway, Amy | 10/03/2016  11:43 |

| | Changed By | Revised Date Time |
|---|---|---|
| **Reassessments** | | |
| Reassess: Update | Blackmon, Lorena | 04/16/2015  19:56 |

| | | | | |
|---|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 | **Patient ID:** | 30074109 |

Chart Report - Allergies  Page 1 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 03-Oct-16 16:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:42 AM -05:00

| Allergy History | | | |
|---|---|---|---|

### IV DYE, IODINE CONTRAST  (Drug)

| | | | |
|---|---|---|---|
| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015  19:54 |
| Value | swelling in the throat | | |
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015  19:54 |
| Value | Shortness of Breath | | |
| Field Name | Severity of Shortness of Breath | Blackmon, Lorena | 04/16/2015  19:54 |
| Value | Severe | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015  19:54 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015  19:54 |

### Mucinex  (Drug)

| | | | |
|---|---|---|---|
| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015  19:55 |
| Value | Dystonia | | |
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015  19:55 |
| Value | Unknown | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015  19:55 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015  19:55 |

### Naprosyn  (Drug)

| | | | |
|---|---|---|---|
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015  19:55 |
| Value | Hives | | |
| Field Name | Severity of Hives | Blackmon, Lorena | 04/16/2015  19:55 |
| Value | Moderate | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015  19:55 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015  19:55 |

### No Allergy Information  (Drug)

| | | | |
|---|---|---|---|
| Field Name | Status | Blackmon, Lorena | 04/16/2015  19:54 |
| Value | InActive | | |

| | | | |
|---|---|---|---|
| Name:   Brenda Thomas | MRN:   20019109 | Patient ID:   30074109 | |

Chart Report - Allergies  Page 2 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 03-Oct-16 16:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:42 AM -05:00

| Allergy History | | | |
|---|---|---|---|
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### No Known Allergies  (Drug)

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | InActive | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### No Known Drug Allergies  (Drug)

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | InActive | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### No Known Food Allergies  (Food)

| Field Changed | Status | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Prior Value | Not selected | | |
| New Value | Active | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Not selected | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### Penicillins  (Drug)

| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | Hives | | |
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Swelling/Edema | | |
| Field Name | Severity of Swelling/Edema | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Severe | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Allergies  Page 3 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 03-Oct-16 16:02

THOMAS, BRENDA ENC# 40081688   OPT   EMR   10/3/2016 - 10/3/2016   7/26/2017 11:24:44 AM -05:00

**New Orleans East Hospital**
Orleans Parish Hospital
Service District A

LE0020

Patient Name: _____

Patient Account #: _____

VIII.   CONSENT TO USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION: I understand that as part of my health care, New Orleans East Hospital will originate and maintain health records related to the care I receive. This Health information may be stored on paper, computer, film, or other medium, and may be released to and acquired from persons involved in my care, including but not limited to insurance companies, pharmacies and physicians, and their agents and staffers. I authorize New Orleans East Hospital to release and/or acquire and transmit electronically any or all Health information requested for purposes of patient care, treatment, or health care operations.

NOEH's Notice of Privacy Practices ("Notice") provides a more complete description of Health information uses and disclosures. I understand that I have the right to receive and review the Notice prior to signing this Consent. I also understand that New Orleans East Hospital reserves the right to change its Notice and that I may obtain a copy of any revised Notice upon request.

While I have the right to request restrictions as to how my Health information may be used or disclosed to carry out treatment, payment, or healthcare operations, New Orleans East Hospital is not required to agree to the restrictions requested. If my restrictions are accepted, New Orleans East Hospital will be bound to uphold my request, unless the Health information is needed to provide emergency treatment. I understand that I may revoke this Consent in writing, except to the extent that New Orleans East Hospital has already taken action in reliance thereon.

Unless I otherwise object below, I agree to the disclosure of my Health information for facility directory purposes.

☐ I do not permit the disclosure for facility directory purposes of my name, location, or general condition to persons who ask for me by name.

☐ I do not permit the disclosure to members of the clergy of my name, location, or general condition, or religious affiliation.

IX.   ASSIGNMENT OF BENEFITS: In consideration of the care and services furnished and to be furnished by New Orleans East Hospital, I assign and hereby authorize, whether I sign as agent or as Patient, direct payment to New Orleans East Hospital and/or to any hospital based physician of all insurance and health plan benefits otherwise payable to or on behalf of me for this hospitalization or for these outpatient services, including emergency services if rendered. It is understood by me that I am financially responsible to New Orleans East Hospital for charges not covered by this assignment.

X.   I HAVE RECEIVED THE ADDITIONAL FACILITY SPECIFIC ADDENDUMS, IF APPLICABLE:
- Notice of Privacy Practices
- Information regarding Advance Directives
- Important Message from Medicare
- Preventing Infection in the Hospital
- Patient's Rights and Responsibilities
- Important Message from TriCare (Champus)
- Smoking Cessation

XI.   FINANCIAL RESPONSIBILITY BY PERSON OTHER THAN THE PATIENT OR PATIENT'S LEGAL REPRESENTATIVE
I agree to accept financial responsibility for services rendered to the Patient and to unconditionally accept the terms of the Financial Obligations (Paragraph VIII) and Assignment of Benefits (Paragraph IX) set forth above.

Date _____   Witness _____

I CERTIFY THAT I HAVE READ SECTIONS I THROUGH XI OF THE FOREGOING, RECEIVED A COPY THEREOF, AND AM THE PATIENT, THE PATIENT'S LEGAL REPRESENTATIVE, OR AM DULY AUTHORIZED BY THE PATIENT AS THE PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Brenda G. Thomas _____   10-3-16   1123
                                     TIME and DATE

_____ Patient, Indicate Relationship

_____ Registration Personnel   Reason Patient is unable to sign (if applicable)
                                          1134   10-3-16
                                          TIME and DATE

Page 2 of 2

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00



LE0020



Thomas, Brenda
DOB: 11/22/1949  66Y  SEX: F
E: 40081688  RO: 10/3/2016 R: 2001P159
Oden, Tara

New Orleans East Hospital

Orleans Parish Hospital
Service District A

## CONDITIONS OF SERVICE AT NEW ORLEANS EAST HOSPITAL

I. **CONSENT TO MEDICAL AND SURGICAL PROCEDURES AND PHOTOGRAPHS:** I consent to the procedures that may be performed during this hospitalization or while I am an outpatient. These may include, but are not limited to, emergency treatment or services, laboratory procedures, X-ray examinations, medical or surgical treatment or procedures, telehealth services, anesthesia, or hospital services provided to me under the general and specific instructions of my physician or surgeon. I understand that the practice of medicine and surgery is not an exact science and that diagnosis and treatment may involve risks of injury or even death. I acknowledge that no guarantees have been made to me regarding the result of examination or treatment in this hospital.

II. **LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS:** I understand that generally, the physicians and surgeons furnishing services to me are independent contractors and are not employees or agents of New Orleans East Hospital. Although I will be under the care and supervision of my attending physician, it is the responsibility of New Orleans East Hospital and its nursing staff to carry out the instructions of my physician. It is the responsibility of my physician or surgeon to obtain my informed consent, when required, for the medical or surgical treatments, special diagnosis or therapeutic procedures, or hospital services I receive under their instructions. Separate bills will be submitted to me by New Orleans East Hospital, my physician(s), and independent contractors.

III. **PERSONAL BELONGINGS AND VALUABLES:** New Orleans East Hospital maintains a secure area for the safekeeping of money and valuables, and will not be liable for the loss of or damage to any personal property not formally deposited in this secure area, including but not limited to, money, jewelry, documents, garments, dentures, eyeglasses, hearing aids, prosthetics, or other personal property. The maximum liability of New Orleans East Hospital for loss of any personal property that is deposited with New Orleans East Hospital for safekeeping is limited to five hundred dollars ($500.00), without a written receipt from New Orleans East Hospital for a greater amount.

IV. **DRUG LIST:** Unless my provider specifies otherwise, I agree and consent to New Orleans East Hospital dispensing chemically identical or therapeutically comparable ("generic") drugs from a drug list approved by NOEH's Medical Staff, as part of its formulary system.

V. **MEDICAID PATIENT'S RELEASE OF INFORMATION:** I certify that all information given by me in applying for payment under Title XIX of the Social Security Act is correct. I authorize release of information needed to act on this request. I request that payment of authorized benefits be made on my behalf.

VI. **MEDICARE PATIENT'S RELEASE OF INFORMATION:** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I assign payment for the unpaid charges of the physician for whom New Orleans East Hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by other insurance.

VII. **FINANCIAL OBLIGATIONS:** I hereby obligate myself to pay New Orleans East Hospital for all care, services, and treatment I receive, according to NOEH's regular rates and fee schedules. If I am covered by a health plan or insurance policy, I agree to provide current and accurate information prior to or at the time of admission/registration. I certify that I have complied with all insurance company requirements for referrals, pre-authorizations, and timely coverage to avoid payment denial. I understand that if I have failed to comply with these requirements, I will be responsible for the bill. If I am eligible to receive benefits under a health care service plan with which New Orleans East Hospital has contracted, I may be required to pay for some services pursuant to the plan's contract. If I wish a private room, I understand that I am responsible for its cost. Many health care plan determines NOEH's services to me are not medically necessary. I authorize New Orleans East Hospital to represent me in any review of the determination made by or on behalf of my health care plan. If non-insurance payments are made on my account against the total amount due, including without limitation any late charge, New Orleans East Hospital is authorized to apply this amount to any prior existing account for medical services furnished me prior to this admission. In the event my account becomes delinquent and is referred to an attorney or a collection agency, I will be expected to pay attorney fees, court costs, and collection expenses.

I am responsible for any non-covered services, deductibles, and co-payments. All delinquent accounts shall bear interest at the maximum rate allowed by law.

If proof of Medicaid eligibility is not provided to New Orleans East Hospital within 24 hours of service, I will be liable for all charges incurred at the time of service. If I fail to provide New Orleans East Hospital a copy of my current commercial insurance card at the time of service or admission or if I am not accepted by New Orleans East Hospital as a commercially insured patient, I will be liable for all charges incurred at the time of service. I understand that I will bear an additional coinsurance liability at New Orleans East Hospital that I would not otherwise incur if the Outpatient Department were provider-based.

Form # LE2060                                      Page 1 of 2

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 – 10/3/2016  7/26/2017 11:24:44 AM –05:00



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

| Soarian© Chart Report - Discharge Instructions | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** |  504 2461452 | | |

**Discharge Instructions**

Collected On: 10/03/2016  15:38

Discharge Instructions
Discharge Instructions:

# Viral Gastroenteritis

Viral gastroenteritis is also known as stomach flu. This condition affects the stomach and intestinal tract. It can cause sudden diarrhea and vomiting. The illness typically lasts 3 to 8 days. Most people develop an immune response that eventually gets rid of the virus. While this natural response develops, the virus can make you quite ill.

## CAUSES

Many different viruses can cause gastroenteritis, such as rotavirus or noroviruses. You can catch one of these viruses by consuming contaminated food or water. You may also catch a virus by sharing utensils or other personal items with an infected person or by touching a contaminated surface.

## SYMPTOMS

The most common symptoms are diarrhea and vomiting. These problems can cause a severe loss of body fluids (*dehydration*) and a body salt (*electrolyte*) imbalance. Other symptoms may include:

- Fever.
- Headache.
- Fatigue.
- Abdominal pain.

## DIAGNOSIS

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 | **Patient ID:** | 30074109 |

Chart Report - Discharge Instructions  Page 1 of 6

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 06:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 — 10/3/2016  7/26/2017 11:24:44 AM −05:00

---

**Discharge Instructions**

continued from previous page

Your caregiver can usually diagnose viral gastroenteritis based on your symptoms and a physical exam. A stool sample may also be taken to test for the presence of viruses or other infections.

## TREATMENT

This illness typically goes away on its own. Treatments are aimed at rehydration. The most serious cases of viral gastroenteritis involve vomiting so severely that you are not able to keep fluids down. In these cases, fluids must be given through an intravenous line (IV).

## HOME CARE INSTRUCTIONS

- Drink enough fluids to keep your urine clear or pale yellow. Drink small amounts of fluids frequently and increase the amounts as tolerated.
- Ask your caregiver for specific rehydration instructions.
- Avoid:
- Foods high in sugar.
- Alcohol.
- Carbonated drinks.
- Tobacco.
- Juice.
- Caffeine drinks.
- Extremely hot or cold fluids.
- Fatty, greasy foods.
- Too much intake of anything at one time.
- Dairy products until 24 to 48 hours after diarrhea stops.
- You may consume probiotics. Probiotics are active cultures of beneficial bacteria. They may lessen the amount and number of diarrheal stools in adults. Probiotics can be found in yogurt with active cultures and in supplements.
- Wash your hands well to avoid spreading the virus.
- Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver. Do not give aspirin to children. Antidiarrheal medicines are not recommended.
- Ask your caregiver if you should continue to take your regular prescribed and over-the-counter medicines.
- Keep all follow-up appointments as directed by your caregiver.

## SEEK IMMEDIATE MEDICAL CARE IF:

- You are unable to keep fluids down.
- You do not urinate at least once every 6 to 8 hours.
- You develop shortness of breath.
- You notice blood in your stool or vomit. This may look like coffee grounds.
- You have abdominal pain that increases or is concentrated in one small area (*localized*).
- You have persistent vomiting or diarrhea.
- You have a fever.
- The patient is a child younger than 3 months, and he or she has a fever.
- The patient is a child older than 3 months, and he or she has a fever and persistent symptoms.
- The patient is a child older than 3 months, and he or she has a fever and symptoms suddenly get worse.
- The patient is a baby, and he or she has no tears when crying.

---

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Chart Report – Discharge Instructions  Page 2 of 6

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

---

**Discharge Instructions**

*continued from previous page*

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 12/18/2006 Document Revised: 03/11/2013 Document Reviewed: 10/03/2012
ExitCare® Patient Information ©2013 ExitCare, LLC.

# Clear Liquid Diet

The clear liquid diet consists of foods that are liquid or will become liquid at room temperature. You should be able to see through the liquid and beverages. Examples of foods allowed on a clear liquid diet include fruit juice, broth or bouillon, gelatin, or frozen ice pops.

The purpose of this diet is to provide necessary fluid, electrolytes such as sodium and potassium, and energy to keep the body functioning during times when you are not able to consume a regular diet. A clear liquid diet should not be continued for long periods of time as it is not nutritionally adequate.

## REASONS FOR USING A CLEAR LIQUID DIET

- In sudden onset (*acute*) conditions for a patient before or after surgery.
- As the first step in oral feeding.
- For fluid and electrolyte replacement in diarrheal diseases.
- As a diet before certain medical tests are performed.

## ADEQUACY

The clear liquid diet is adequate only in ascorbic acid, according to the Recommended Dietary Allowances of the National Research Council.

## CHOOSING FOODS

**Breads and Starches**

- **Allowed:** None are allowed.
- **Avoid:** All are avoided.

**Vegetables**

- **Allowed:** Strained tomato or vegetable juice.
- **Avoid:** Any others.

**Fruit**

- **Allowed:** Strained fruit juices and fruit drinks. Include 1 serving of citrus or vitamin C-enriched fruit juice daily.
- **Avoid:** Any others.

**Meat and Meat Substitutes**

- **Allowed:** None are allowed.
- **Avoid:** All are avoided.

---

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

| Discharge Instructions |
| --- |

continued from previous page

**Milk**
- **Allowed:** None are allowed.
- **Avoid:** All are avoided.

**Soups and Combination Foods**
- **Allowed:** Clear bouillon, broth, or strained broth-based soups.
- **Avoid:** Any others.

**Desserts and Sweets**
- **Allowed:** Sugar, honey. High protein gelatin. Flavored gelatin, ices, or frozen ice pops that do not contain milk.
- **Avoid:** Any others.

**Fats and Oils**
- **Allowed:** None are allowed.
- **Avoid:** All are avoided.

**Beverages**
- **Allowed:** Cereal beverages, coffee (regular or decaffeinated), tea, or soda at the discretion of your caregiver.
- **Avoid:** Any others.

**Condiments**
- **Allowed:** Iodized salt.
- **Avoid:** Any others, including pepper.

**Supplements**
- **Allowed:** Liquid nutrition beverages.
- **Avoid:** Any others that contain lactose or fiber.

# SAMPLE MEAL PLAN

**Breakfast**
- 4 oz (120 mL) strained orange juice.
- ½ to 1 cup (125 to 250 mL) gelatin (plain or fortified).
- 1 cup (250 mL) beverage (coffee or tea).
- Sugar, if desired.

**Midmorning Snack**
- ½ cup (125 mL) gelatin (plain or fortified).

**Lunch**
- 1 cup (250 mL) broth or consommé.

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

| Discharge Instructions |
|---|

continued from previous page

- 4 oz (120 mL) strained grapefruit juice.
- ½ cup (125 mL) gelatin (plain or fortified).
- 1 cup (250 mL) beverage (coffee or tea).
- Sugar, if desired.

**Midafternoon Snack**

- ½ cup (125 mL) fruit ice.
- ½ cup (125 mL) strained fruit juice.

**Dinner**

- 1 cup (250 mL) broth or consommé.
- ¼ cup (125 mL) cranberry juice.
- ½ cup (125 mL) flavored gelatin (plain or fortified).
- 1 cup (250 mL) beverage (coffee or tea).
- Sugar, if desired.

**Evening Snack**

- 4 oz (120 mL) strained apple juice (vitamin C-fortified).
- ½ cup (125 mL) flavored gelatin (plain or fortified).

Document Released: 12/18/2006 Document Revised: 03/11/2013 Document Reviewed: 03/16/2012
ExitCare® Patient Information ©2013 ExitCare, LLC.

# Abdominal Pain

Abdominal pain can be caused by many things. Your caregiver decides the seriousness of your pain by an examination and possibly blood tests and X-rays. Many cases can be observed and treated at home. Most abdominal pain is not caused by a disease and will probably improve without treatment. However, in many cases, more time must pass before a clear cause of the pain can be found. Before that point, it may not be known if you need more testing, or if hospitalization or surgery is needed.

## HOME CARE INSTRUCTIONS

- Do not take laxatives unless directed by your caregiver.
- Take pain medicine only as directed by your caregiver.
- Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver.
- Try a clear liquid diet (broth, tea, or water) for as long as directed by your caregiver. Slowly move to a bland diet as tolerated.

## SEEK IMMEDIATE MEDICAL CARE IF:

- The pain does not go away.
- You have a fever.
- You keep throwing up (*vomiting*).
- The pain is felt only in portions of the abdomen. Pain in the right side could possibly be appendicitis. In an

| Name: | Brenda Thomas | MRN: | 20019109 | | Patient ID: | 30074109 |
|---|---|---|---|---|---|---|

Chart Report - Discharge Instructions Page 5 of 6

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 09:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

---

## Discharge Instructions

**continued from previous page**

adult, pain in the left lower portion of the abdomen could be colitis or diverticulitis.

- You pass bloody or black tarry stools.

# MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 09/27/2006 Document Revised: 03/11/2013 Document Reviewed: 08/05/2009
ExitCare® Patient Information ©2013 ExitCare, LLC.

---

Collected On: 10/03/2016  15:38

**Follow Up Care**

Patient's Stated Primary Care Provider: Cooper, Michele M
Follow Up Issues: Take medication as prescribed. Follow up with your primary physician or community clinic such as daughters of charity within next 48 hr for re-evaluation and further treatment. Return to the nearest ED for new or concerning symptoms

---

Collected On: 10/03/2016  15:38

**Patient Excuse Note**

Patient Seen in: Emergency Department
Departure Date/Time: 10/3/2016, 15:39
Patient May Return to: Work
        Work Detail: Return to Work Date: 10/5/2016

---

Collected On: 10/03/2016  15:38

**Electronically signed by Tara Oden, MD on 10/03/2016 15:39**

---

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Chart Report - Discharge Instructions  Page 6 of 6

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 06:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

| Soarian© Chart Report -- Discharge Medication Reconciliation | | |
|---|---|---|
| **Name:** Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** 10/03/2016 11:29 | | |
| **Provider:** Tara Oden, MD | | |
| **Primary Care Physician:** Michele M Cooper | | |
| **PCP Phone Number:** 504 2461452 | | |

**Discharge Rec Status:**     Complete          **Collected On:** 10/3/2016  3:38:24PM     **By:**   Tara Oden, MD

---

### Current and Home Medications

| Source | | Action |
|---|---|---|
| Hospital | promethazine Inj 25 mg/mL Solution 0.5 mL intravenous push one time | Not Continued |
| Hospital | *SODIUM CL 0.9% (1000 ML bag)  Intravenous @1000mL/Hour Over 1H STAT for 1 Bags , Start:10/03/2016 12:25 PM, Stop:10/03/2016 12:25 PM, Status:In progress* | Not Continued |

---

### Discharge Medication List

| Medication | User |
|---|---|
| ondansetron HCl (Zofran) 4 mg Tablet | Tara  Oden, MD |

Directions:   1 tablet oral every eight hours nausea or vomiting

    Printed for Retail Pharmacy

---

### Pharmacy Information

Phone # :                                              Fax # :

---

| Name: | Brenda  Thomas | **MRN:** | 20019109 | | Patient ID: | 30074109 |
|---|---|---|---|---|---|---|

Chart Report -- Discharge Medication Reconciliation  Page 1 of 1

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 06:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 — 10/3/2016  7/26/2017 11:24:44 AM —05:00

**Medication List Report**

## NOEH
**NEW ORLEANS EAST HOSPITAL**

| | | | |
|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | **Acct No:** | 30074109 |
| **DOB:** | 11/22/1949 | **Age/Sex:** | 66Y/F |
| **Adm DTime:** | 10/03/2016  11:29 | **Atn Dr:** | Oden, Tara MD |
| **Nurs Sta:** | ED Main | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | |

### One-time IV Orders

| Pharmacy ID | Start Date Time / End Date Time | Status / Order Description | Ordering Provider / Signed By / Co-Signed By |
|---|---|---|---|
| 760156 | 10/03/2016 12:25 <br> 10/03/2016 12:25 | *Discontinue* <br> SODIUM CL 0.9% (1000 ML bag)  Intravenous @1000mL/Hour <br> Over 1H STAT for 1 Bags <br> SODIUM CL 0.9%  (SODIUM CL 0.9%)  1000 ML | Tara  Oden, MD <br> Tara  Oden, MD |

### One-time Medication Orders

| Pharmacy ID | Start Date Time / End Date Time | Status / Order Description | Ordering Provider / Signed By / Co-Signed By |
|---|---|---|---|
| 760216 | 10/03/2016 13:42 <br> 10/03/2016 13:42 | *Discontinue* <br> PROMETHAZINE HCL (PHENERGAN (OR EQUIV)) 12.5 MG = 0.5 <br> ML IV PUSH 1X DOSE STAT for 1 Doses, Rx Note:IF IV,CENTRAL <br> LINE ONLY.DIULTE WITH 10ML NS | Tara  Oden, MD <br> Tara  Oden, MD |

Pt Name:  Thomas, Brenda            MRN:    20019109                      Medication Orders Report
Rm/ Bed:                                        Page 1 of 1                        ORE_0154_DSCH_NBR.rpt v1.00
                                                                                            Printed By :JS
                                                                                  Printed On: 04-Oct-16 03:01

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*
Page 1 of 1  Printed by: OOV3_fra46901

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 – 10/3/2016  7/26/2017 11:24:44 AM –05:00



## New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone: 504 592 6600

### Soarian© Chart Report – Discharge Medication Reconciliation

| | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30074109 |
| Age/Sex: | 66Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 10/03/2016  11:29 | | |
| Provider: | Tara Oden, MD | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

Discharge Rec Status:    Complete        Collected On:  10/3/2016  3:38:24PM    By:   Tara Oden, MD

### Current and Home Medications

| Source | | Action |
|---|---|---|
| Hospital | promethazine Inj 25 mg/mL Solution 0.5 mL intravenous push one time | Not Continued |
| Hospital | *SODIUM CL 0.9% (1000 ML bag)  Intravenous @1000mL/Hour Over 1H STAT for 1 Bags , Start:10/03/2016 12:25 PM, Stop:10/03/2016 12:25 PM, Status:In progress* | Not Continued |

### Discharge Medication List

| Medication | User |
|---|---|
| ondansetron HCl (Zofran) 4 mg Tablet | Tara Oden, MD |

Directions:   1 tablet oral every eight hours nausea or vomiting
    Printed for Retail Pharmacy

### Pharmacy Information

Phone # :                                            Fax # :

| | | | | | |
|---|---|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Chart Report – Discharge Medication Reconciliation  Page 1 of 1

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 03-Oct-16 16:01

Page 1 of 1  Printed by: 00V3_frs46901



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

| Soarian© Tracking Board Discharge Report - Discharge Instructions | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** |  504 2461452 | | |

## Visit Information

You were seen in the New Orleans East Hospital Emergency Department.

Arrival Date/Time:          10/03/2016 at 11.29 am

Your chief complaint was:     fever nausea vomiting diarrhea sweating chills

Your diagnosis is:          Gastroenteritis

## Discharge Instructions

**Discharge Instructions**

Discharge Instructions:

# Viral Gastroenteritis

Viral gastroenteritis is also known as stomach flu. This condition affects the stomach and intestinal tract. It can cause sudden diarrhea and vomiting. The illness typically lasts 3 to 8 days. Most people develop an immune response that eventually gets rid of the virus. While this natural response develops, the virus can make you quite ill.

## CAUSES

Many different viruses can cause gastroenteritis, such as rotavirus or noroviruses. You can catch one of these viruses by consuming contaminated food or water. You may also catch a virus by sharing utensils or other personal items with an infected person or by touching a contaminated surface.

## SYMPTOMS

The most common symptoms are diarrhea and vomiting. These problems can cause a severe loss of body fluids (*dehydration*) and a body salt (*electrolyte*) imbalance. Other symptoms may include:

- Fever.

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

*TB Discharge Packet (Group) - EDR - Print - Page 2 of 11*

---

**Discharge Instructions**

---

- Headache.
- Fatigue.
- Abdominal pain.

# DIAGNOSIS

Your caregiver can usually diagnose viral gastroenteritis based on your symptoms and a physical exam. A stool sample may also be taken to test for the presence of viruses or other infections.

# TREATMENT

This illness typically goes away on its own. Treatments are aimed at rehydration. The most serious cases of viral gastroenteritis involve vomiting so severely that you are not able to keep fluids down. In these cases, fluids must be given through an intravenous line (IV).

# HOME CARE INSTRUCTIONS

- Drink enough fluids to keep your urine clear or pale yellow. Drink small amounts of fluids frequently and increase the amounts as tolerated.
- Ask your caregiver for specific rehydration instructions.
- Avoid:
- Foods high in sugar.
- Alcohol.
- Carbonated drinks.
- Tobacco.
- Juice.
- Caffeine drinks.
- Extremely hot or cold fluids.
- Fatty, greasy foods.
- Too much intake of anything at one time.
- Dairy products until 24 to 48 hours after diarrhea stops.
- You may consume probiotics. Probiotics are active cultures of beneficial bacteria. They may lessen the amount and number of diarrheal stools in adults. Probiotics can be found in yogurt with active cultures and in supplements.
- Wash your hands well to avoid spreading the virus.
- Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver. Do not give aspirin to children. Antidiarrheal medicines are not recommended.
- Ask your caregiver if you should continue to take your regular prescribed and over-the-counter medicines.
- Keep all follow-up appointments as directed by your caregiver.

# SEEK IMMEDIATE MEDICAL CARE IF:

- You are unable to keep fluids down.
- You do not urinate at least once every 6 to 8 hours.
- You develop shortness of breath.
- You notice blood in your stool or vomit. This may look like coffee grounds.
- You have abdominal pain that increases or is concentrated in one small area (*localized*).
- You have persistent vomiting or diarrhea.
- You have a fever.
- The patient is a child younger than 3 months, and he or she has a fever.
- The patient is a child older than 3 months, and he or she has a fever and persistent symptoms.

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

*TB Discharge Packet (Group) - EDR - Print - Page 3 of 11*

---

**Discharge Instructions**

- The patient is a child older than 3 months, and he or she has a fever and symptoms suddenly get worse.
- The patient is a baby, and he or she has no tears when crying.

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 12/18/2006 Document Revised: 03/11/2013 Document Reviewed: 10/03/2012
ExitCare® Patient Information ©2013 ExitCare, LLC.

# Clear Liquid Diet

The clear liquid diet consists of foods that are liquid or will become liquid at room temperature. You should be able to see through the liquid and beverages. Examples of foods allowed on a clear liquid diet include fruit juice, broth or bouillon, gelatin, or frozen ice pops.

The purpose of this diet is to provide necessary fluid, electrolytes such as sodium and potassium, and energy to keep the body functioning during times when you are not able to consume a regular diet. A clear liquid diet should not be continued for long periods of time as it is not nutritionally adequate.

## REASONS FOR USING A CLEAR LIQUID DIET

- In sudden onset (*acute*) conditions for a patient before or after surgery.
- As the first step in oral feeding.
- For fluid and electrolyte replacement in diarrheal diseases.
- As a diet before certain medical tests are performed.

## ADEQUACY

The clear liquid diet is adequate only in ascorbic acid, according to the Recommended Dietary Allowances of the National Research Council.

## CHOOSING FOODS

**Breads and Starches**

- **Allowed:** None are allowed.
- **Avoid:** All are avoided.

**Vegetables**

- **Allowed:** Strained tomato or vegetable juice.
- **Avoid:** Any others.

**Fruit**

- **Allowed:** Strained fruit juices and fruit drinks. Include 1 serving of citrus or vitamin C-enriched fruit juice daily.
- **Avoid:** Any others.

**Meat and Meat Substitutes**

- **Allowed:** None are allowed.

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

*TB Discharge Packet (Group) - EDR - Print - Page 4 of 11*

---

### Discharge Instructions

- **Avoid:** All are avoided.

**Milk**
- **Allowed:** None are allowed.
- **Avoid:** All are avoided.

**Soups and Combination Foods**
- **Allowed:** Clear bouillon, broth, or strained broth-based soups.
- **Avoid:** Any others.

**Desserts and Sweets**
- **Allowed:** Sugar, honey. High protein gelatin. Flavored gelatin, ices, or frozen ice pops that do not contain milk.
- **Avoid:** Any others.

**Fats and Oils**
- **Allowed:** None are allowed.
- **Avoid:** All are avoided.

**Beverages**
- **Allowed:** Cereal beverages, coffee (regular or decaffeinated), tea, or soda at the discretion of your caregiver.
- **Avoid:** Any others.

**Condiments**
- **Allowed:** Iodized salt.
- **Avoid:** Any others, including pepper.

**Supplements**
- **Allowed:** Liquid nutrition beverages.
- **Avoid:** Any others that contain lactose or fiber.

## SAMPLE MEAL PLAN

**Breakfast**
- 4 oz (120 mL) strained orange juice.
- ½ to 1 cup (125 to 250 mL) gelatin (plain or fortified).
- 1 cup (250 mL) beverage (coffee or tea).
- Sugar, if desired.

**Midmorning Snack**
- ½ cup (125 mL) gelatin (plain or fortified).

**Lunch**
- 1 cup (250 mL) broth or consommé.
- 4 oz (120 mL) strained grapefruit juice.

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

*TB Discharge Packet (Group) - EDR - Print - Page 5 of 11*

### Discharge Instructions

- ½ cup (125 mL) gelatin (plain or fortified).
- 1 cup (250 mL) beverage (coffee or tea).
- Sugar, if desired.

**Midafternoon Snack**
- ½ cup (125 mL) fruit ice.
- ½ cup (125 mL) strained fruit juice.

**Dinner**
- 1 cup (250 mL) broth or consommé.
- ½ cup (125 mL) cranberry juice.
- ½ cup (125 mL) flavored gelatin (plain or fortified).
- 1 cup (250 mL) beverage (coffee or tea).
- Sugar, if desired.

**Evening Snack**
- 4 oz (120 mL) strained apple juice (vitamin C-fortified).
- ½ cup (125 mL) flavored gelatin (plain or fortified).

Document Released: 12/18/2006 Document Revised: 03/11/2013 Document Reviewed: 03/16/2012
ExitCare® Patient Information ©2013 ExitCare, LLC.

# Abdominal Pain

Abdominal pain can be caused by many things. Your caregiver decides the seriousness of your pain by an examination and possibly blood tests and X-rays. Many cases can be observed and treated at home. Most abdominal pain is not caused by a disease and will probably improve without treatment. However, in many cases, more time must pass before a clear cause of the pain can be found. Before that point, it may not be known if you need more testing, or if hospitalization or surgery is needed.

## HOME CARE INSTRUCTIONS

- Do not take laxatives unless directed by your caregiver.
- Take pain medicine only as directed by your caregiver.
- Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver.
- Try a clear liquid diet (broth, tea, or water) for as long as directed by your caregiver. Slowly move to a bland diet as tolerated.

## SEEK IMMEDIATE MEDICAL CARE IF:

- The pain does not go away.
- You have a fever.
- You keep throwing up (*vomiting*).
- The pain is felt only in portions of the abdomen. Pain in the right side could possibly be appendicitis. In an adult, pain in the left lower portion of the abdomen could be colitis or diverticulitis.
- You pass bloody or black tarry stools.

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

*TB Discharge Packet (Group) - EDR - Print - Page 6 of 11*

| Discharge Instructions |
| --- |

# MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 09/27/2006 Document Revised: 03/11/2013 Document Reviewed: 08/05/2009
ExitCare® Patient Information ©2013 ExitCare, LLC.

**Follow Up Care**

Patient's Stated Primary Care Provider: Cooper, Michele M
Follow Up Issues: Take medication as prescribed. Follow up with your primary physician or community clinic such as daughters of charity within next 48 hr for re-evaluation and further treatment. Return to the nearest ED for new or concerning symptoms

**Electronically signed by Tara Oden, MD on 10/03/2016 15:39**

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

*TB Discharge Packet (Group) - EDR - Print - Page 7 of 11*



## New Orleans East Hospital

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

### Discharge Medication List

| | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30074109 |
| Age/Sex: | 66Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 10/03/2016  11:29 | | |
| Provider: | Tara Oden, MD | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2481452 | | |

## Your Discharge Medications

### Take These Medications

ondansetron HCl (Zofran) 4 mg Tablet

Directions:  1 tablet oral every eight hours  as needed for nausea or vomiting

Printed for:

---

## Medications Given to You in the ED

IV Medication: SODIUM CL 0.9% (1000 ML bag)  Intravenous @1000mL/Hour Over 1H STAT for 1 Bags

You were given:  SODIUM CL 0.9%  (SODIUM CL 0.9%)  1000 ML  on 10/03/2016 at 12:54 pm.

---

Medication: PROMETHAZINE HCL (PHENERGAN (OR EQUIV)) 12.5 MG = 0.5 ML IV PUSH 1X DOSE
STAT for 1 Doses, Rx Note:IF IV,CENTRAL LINE ONLY.DIULTE WITH 10ML NS

You were given:  12.5 MG  on 10/03/2016 at  1:50 pm.

| | | | | | |
|---|---|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Discharge Medication List  Page 1 of 1

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: Oden, Tara MD
Printed On: 03-Oct-16 15:39

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:44 AM -05:00

*TB Discharge Packet (Group) - EDR - Print - Page 8 of 11*



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

| Soarian© Tracking Board Discharge Report - Excuse Form | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

**Patient Excuse Note**

**Patient Excuse Note**

Patient Seen in: Emergency Department

Departure Date/Time: 10/3/2016, 15:39

Patient May Return to: Work

  Work Detail: Return to Work Date: 10/5/2016

**Electronically signed by Tara Oden, MD on 10/03/2016 15:39**

**Signature of Physician:** _____ Date/Time: _____

| | | | | |
|---|---|---|---|---|
| Name:   Brenda  Thomas | **MRN:**   20019109 | | **Patient ID:**   30074109 | |

Tracking Board Discharge Report - Excuse Form  Page 1 of 1

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: Oden, Tara MD
Printed On: 03-Oct-16 15:39

THOMAS, BRENDA ENC# 40081688 OPT EMR 10/3/2016 - 10/3/2016 7/26/2017 11:24:44 AM -05:00

*TB Discharge Packet (Group) - EDR - Print - Page 10 of 11*



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone: 504 592 6600

**Soarian® Tracking Board Discharge Report - Signature Acknowledgement**

| | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30074109 |
| Age/Sex: | 66Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 10/03/2016 11:29 | | |
| Provider: | Tara Oden, MD | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

**Acknowledgement and Receipt of Discharge Instructions**

If you recieved a narcotic or sedative medication during your Emergency Department stay, you should not drive, drink alcohol or operate heavy machinery for the next 8 hours as this medication can cause drowsiness, dizziness and decrease your response time to events.

**X RAYS AND LAB TESTS:**

If you had X-Rays today they were read by the Emergency Physician. Your X-Rays will also be read by a radiologist within 24 hours. If you had a culture done, it will take **24-72** hours to get the results. If there is a change in the X-Ray diagnosis or a Postive Culture, we will contact you. **Please verify your current phone number** prior to discharge at check out desk so that we may contact you.

Discharge instructions have been reviewed with me. I have received and understand my discharge instructions.

Signature of Nurse: _____ Date/Time: _____

Signature of Patient/Responsible Party: _____ Date/Time: _____
(Parent of guardian if patient is a minor)

Phone number where patient/responsible party can be reached: _____

Patient's Email Address: _____

| | | | | | |
|---|---|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Signature Acknowledgement Page 1 of 2

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: Oden, Tara MD
Printed On: 03-Oct-16 15:39

THOMAS, BRENDA ENC# 40081688 OPT EMR 10/3/2016 - 10/3/2016 7/26/2017 11:24:45 AM -05:00

**ALLERGY REPORT**



**NEW ORLEANS EAST HOSPITAL**

| | | | |
|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | **Acct No:** | 30074109 |
| **DOB:** | 11/22/1949 | **Age/Sex:** | 66Y/F |
| **Adm DTime:** | 10/03/2016  11:29 | **Atn Dr:** | Oden, Tara MD |
| **Nurs Sta:** | ED Main | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | IV DYE, IODINE CONTRAST | | Shortness of Breath | Severe | swelling in the throat |
| Drug | Penicillins | | Swelling/Edema | Severe | Hives |
| Drug | Naprosyn | | Hives | Moderate | |
| Drug | Mucinex | | Unknown | | Dystonia |
| Food | No Known Food Allergies (Indicator) | | | | |

| | | |
|---|---|---|
| **Pt Name:** Thomas, Brenda | **MRN:** 20019109 | Allergy Report |
| **Rm/ Bed:** | Page 1 of 1 | ORE_0109_DSCH_NBR.rpt v1.00 |
| | | Printed By :Workflow |
| | | Printed On: 05-Oct-16 18:09 |

Page 1 of 1  Printed by: 06V3_fra46301

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

**ALLERGY REPORT**



**NEW ORLEANS EAST HOSPITAL**

| | | | |
|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | **Acct No:** | 30074109 |
| **DOB:** | 11/22/1949 | **Age/Sex:** | 66Y/F |
| **Adm DTime:** | 10/03/2016 11:29 | **Atn Dr:** | Oden, Tara MD |
| **Nurs Sta:** | ED Main | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | IV DYE, IODINE CONTRAST | | Shortness of Breath | Severe | swelling in the throat |
| Drug | Penicillins | | Swelling/Edema | Severe | Hives |
| Drug | Naprosyn | | Hives | Moderate | |
| Drug | Mucinex | | Unknown | | Dystonia |
| Food | No Known Food Allergies (Indicator) | | | | |

Page 1 of 1  Printed by: 00v3_fra46901

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00



**New Orleans East Hospital**

Orleans Parish Hospital
Service District A

## NOEH Discharge Orders



### Including Orders from 20160919 00:00:00 to 20161006 23:59:59

| | |
|---|---|
| Patient: **Thomas, Brenda** | Account No: **30074109** |
| Birth Date: **11/22/1949**          Age/Sex  **66Y/F** | Med Rec No: **20019109** |
| Attending Physician: **Tara Oden, MD** | |
| Admitting Dx: | |
| Allergies: **IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins** | |
| Admit Date/Time: **10/03/2016 11:29** | |
| Discharge Date/Time: **10/03/2016 16:05**          Discharge Unit: **ED Main** | |

Order ID: **760143**
Order Type/SubType: **Nursing / Treatment**
Order As Written: **Saline Lock**
Verbal Order: **False - CPOE Order**
Ordered By: **Tara Oden, MD**
Entered By: **Tara Oden, MD on 10/03/2016 at 12:25**

**Order History**

Order Entered by Tara Oden, MD on 10/03/2016 at 12:25
Discontinued by HSF_JS on 10/03/2016 at 20:10
   Reason for Revision:  Visit is closed for the patient

**Electronically Signed By:**          Tara Oden, MD on 10/03/2016 at 12:25

Order ID: **760144**
Order Type/SubType: **Laboratory / Hematology**
Order As Written: **CBC and Diff Stat**
Verbal Order: **False - CPOE Order**
Ordered By: **Tara Oden, MD**
Entered By: **Tara Oden, MD on 10/03/2016 at 12:25**

**Order History**

Order Entered by Tara Oden, MD on 10/03/2016 at 12:25
Acknowledged by Darcy McCaskell, RN on 10/03/2016 at 12:28
In Progress by ILAB on 10/03/2016 at 13:48
Completed by ILAB on 10/03/2016 at 14:22

**Electronically Signed By:**          Tara Oden, MD on 10/03/2016 at 12:25

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

 **New Orleans East Hospital**

Orleans Parish Hospital
Service District A

# NOEH Discharge Orders

 **SIEMENS**

## Including Orders from 20160919 00:00:00 to 20161006 23:59:59

| | |
|---|---|
| Patient: **Thomas, Brenda** | Account No: **30074109** |
| Birth Date: **11/22/1949** | Age/Sex: **66Y/F** | Med Rec No: **20019109** |
| Attending Physician: **Tara Oden, MD** | |
| Admitting Dx: | |
| Allergies: **IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicilins** | |
| Admit Date/Time: **10/03/2016 11:29** | |
| Discharge Date/Time: **10/03/2016 16:05** | Discharge Unit: **ED Main** |

Order ID: **760145**
Order Type/SubType: **Laboratory / Chemistry**
Order As Written: **Comprehensive Metabolic Panel Stat**
Verbal Order: **False - CPOE Order**
Ordered By: **Tara Oden, MD**
Entered By: **Tara Oden, MD on 10/03/2016 at 12:25**

### Order History

Order Entered by Tara Oden, MD on 10/03/2016 at 12:25
Acknowledged by Darcy McCaskell, RN on 10/03/2016 at 12:28
In Progress by ILAB on 10/03/2016 at 13:48
Completed by ILAB on 10/03/2016 at 14:26

**Electronically Signed By:**     Tara Oden, MD on 10/03/2016 at 12:25

Order ID: **760156**
Order Type/SubType: **Laboratory / Chemistry**
Order As Written: **Lipase Stat**
Verbal Order: **False - CPOE Order**
Ordered By: **Tara Oden, MD**
Entered By: **Tara Oden, MD on 10/03/2016 at 12:25**

### Order History

Order Entered by Tara Oden, MD on 10/03/2016 at 12:25
Acknowledged by Darcy McCaskell, RN on 10/03/2016 at 12:28
In Progress by ILAB on 10/03/2016 at 13:48
Completed by ILAB on 10/03/2016 at 14:26

**Electronically Signed By:**     Tara Oden, MD on 10/03/2016 at 12:25

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00



## NOEH Discharge Orders



**New Orleans East Hospital**

Orleans Parish Hospital
Service District A

### Including Orders from 20160919 00:00:00 to 20161006 23:59:59

| | |
|---|---|
| Patient: **Thomas, Brenda** | Account No: **30074109** |
| Birth Date: **11/22/1949**    Age/Sex: **66Y/F** | Med Rec No: **20019109** |

Attending Physician: **Tara Oden, MD**
Admitting Dx:
Allergies: **IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins**
Admit Date/Time: **10/03/2016 11:29**
Discharge Date/Time: **10/03/2016 16:05**          Discharge Unit: **ED Main**

Order ID: **760157**
Order Type/SubType: **Laboratory / Urinalysis**
Order As Written: **UA Stat**
Verbal Order: **False - CPOE Order**
Ordered By: **Tara Oden, MD**
Entered By: **Tara Oden, MD on 10/03/2016 at 12:25**

**Order History**

Order Entered by Tara Oden, MD on 10/03/2016 at 12:25
Acknowledged by Darcy McCaskell, RN on 10/03/2016 at 12:28
Discontinued by HSF_JS on 10/03/2016 at 20:10
   Reason for Revision:  Visit is closed for the patient

**Electronically Signed By:**       Tara Oden, MD on 10/03/2016 at 12:25

Order ID: **760158**
Order Type/SubType: **Medication/IV /**
Order As Written: **SODIUM CL 0.9% (1000 ML bag)  Intravenous @1000mL/Hour Over 1H STAT for 1 Bags**
Verbal Order: **False - CPOE Order**
Ordered By: **Tara Oden, MD**
Entered By: **Tara Oden, MD on 10/03/2016 at 12:25**

**Order History**

Order Entered by Tara Oden, MD on 10/03/2016 at 12:25
Revised by Siemens Rx (on behalf of Tara Oden, MD)  on 10/03/2016 at 12:25
Acknowledged by Darcy McCaskell, RN on 10/03/2016 at 12:29
Discontinued by HSF_JS on 10/03/2016 at 20:10

**Electronically Signed By:**       Tara Oden, MD on 10/03/2016 at 12:25

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00



**New Orleans East Hospital**

Orleans Parish Hospital
Service District A

## NOEH Discharge Orders



### Including Orders from 20160919 00:00:00 to 20161006 23:59:59

| | |
|---|---|
| **Patient:** Thomas, Brenda | **Account No:** 30074109 |
| **Birth Date:** 11/22/1949    **Age/Sex:** 66Y/F | **Med Rec No:** 20019109 |

**Attending Physician:** Tara Oden, MD
**Admitting Dx:**
**Allergies:** IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins
**Admit Date/Time:** 10/03/2016 11:29
**Discharge Date/Time:** 10/03/2016 16:05    **Discharge Unit:** ED Main

**Order ID:** 760216
**Order Type/SubType:** Medication/IV /
**Order As Written:** PROMETHAZINE HCL (PHENERGAN (OR EQUIV)) 12.5 MG = 0.5 ML IV PUSH 1X DOSE STAT for 1 Doses
**Verbal Order:** False - CPOE Order
**Ordered By:** Tara Oden, MD
**Entered By:** Tara Oden, MD on 10/03/2016 at 13:42

**Order History**

Order Entered by Tara Oden, MD on 10/03/2016 at 13:42
Revised by Siemens Rx (on behalf of Tara Oden, MD) on 10/03/2016 at 13:42
Acknowledged by Amy Attaway on 10/03/2016 at 13:45
Discontinued by HSF_JS on 10/03/2016 at 20:10

**Electronically Signed By:**    Tara Oden, MD on 10/03/2016 at 13:42

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

**THOMAS, BRENDA**
Patient MRN: 20019109      Orgz:
Visit ID: 30074109        Location:
VisitExt: 40081688

Birth Date: 11/22/1949    Sex: F
Doctor:

**NEW ORLEANS EAST HOSPITAL**
5620 Read Blvd
New Orleans, LA 70127

Final Report
Report For: MR

## CHEMISTRY
### General Chemistry

| Test Name | 10/03/2016 12:45 | Reference Range | Units of Measure | PF |
|---|---|---|---|---|
| Glucose | 97 | 70-105 | mg/dl | NO |
| BUN | 9 | 7.0-18.7 | mg/dl | NO |
| Creatinine | 0.8 | 0.57-1.11 | mg/dl | NO |
| Bun/Creatinine Ratio | 11.2 | | Ratio | NO |
| Sodium | 141 | 136-145 | mmol/L | NO |
| Potassium | 3.6 | 3.4-5.2 | mmol/L | NO |
| Chloride | 106 | 98-107 | mmol/L | NO |
| CO2 | 25 | 22-29 | mEq/l | NO |
| Anion Gap | 10 | | | NO |
| GFR | 92 | >= 60 | | NO |
| Calcium | 9.1 | 8.4-10.2 | mg/dl | NO |
| Total Protein | 6.8 | 6.4-8.3 | g/l | NO |
| Albumin | 3.6 | 3.5-5.0 | g/dl | NO |
| A/G Ratio | 1.1 | | Ratio | NO |
| Bilirubin, Total | 0.7 | 0.2-1.2 | mg/dl | NO |
| ALT | 19 | 0-55 | U/L | NO |
| AST | 19 | 5-34 | U/L | NO |
| Akaline Phosphatase | 64 | 40-150 | U/L | NO |
| Lipase | 12 | 8-78 | U/L | NO |
| Globulin | 3.2 | | | NO |

## HEMATOLOGY
### Hematology

| Test Name | 10/03/2016 12:45 | Reference Range | Units of Measure | PF |
|---|---|---|---|---|
| WBC | 6.5 | 4.1-10.9 | X10e3/uL | NO |
| RBC | 4.32 | 4.20-6.30 | X10e6/uL | NO |
| HGB | **11.8 L** | 12.0-18.0 | g/dl | NO |
| HCT | **36.2 L** | 37.0-51.0 | % | NO |
| MCV | 83.7 | 80.0-97.0 | FL | NO |
| MCHC | 32.5 | 31.0-36.0 | g/dl | NO |
| MCH | 27.2 | 26.0-32.0 | pg | NO |
| RDW | 13.7 | 11.5-14.5 | % | NO |
| MPV | 7.1 | 7.0-9.0 | FL | NO |
| Platelet Count | 255 | 140-440 | X10e3/uL | NO |
| Neutrophils Absolute | 3.3 | 2.0-7.8 | X10e3/uL | NO |
| Lymphocytes Absolute | 2.2 | 0.6-4.1 | X10e3/uL | NO |
| Monocytes Absolute | 0.7 | 0.0-1.8 | X10e3/uL | NO |

Report as of **11/10/2016 00:59**                                    Page 1 of 1

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

**THOMAS, BRENDA**
Patient MRN: 20019109     Orgz:
Visit ID: 30074109        Location:
VisitExt: 40081688

Birth Date: 11/22/1949    Sex: F
Doctor:

**NEW ORLEANS EAST HOSPITAL**
5620 Read Blvd
New Orleans, LA 70127

Final Report
Report For: MR

| | | | | |
|---|---|---|---|---|
| Eosinophils Absolute | 0.2 | | X10e3/uL | NO |
| Basophils Absolute | 0.1 | | X10e3/uL | NO |
| Neutrophils % | 51.1 | 37.0-92.0 | % | NO |
| Lymphocytes % | 34.3 | 10.0-58.5 | % | NO |
| Monocytes % | 10.5 | 0.1-24.0 | % | NO |
| Eosinophils % | 3.3 | 0.0-8.0 | % | NO |
| Basophils % | 0.9 | 0.0-2.0 | % | NO |

KEY:
L:Low

Testing Performed at:
NO: NEW ORLEANS EAST HOSPITAL 5620 Read Blvd  New Orleans, LA 70127
M.D. Richard Vander Heide

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone: 504 592 6600

| Soarian© Chart Report - Nurse Notes |
|---|

| | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016 11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

| ED Nursing Disposition Note |
|---|

## *Preliminary*

**Collected On: 10/03/2016 16:04**

**Vital Signs at Discharge**

Discharge Vital Signs:

Blood Pressure: 149/71; Blood Pressure Details: Site: LUE; Position: Sitting; Method: Automated

Pulse: 81 /min; Site: Monitor

Respirations: 18 /min; Respiration Method: Spontaneous

Pulse Ox: 100 %; Pulse Ox Details: Room Air

**Collected On: 10/03/2016 16:04**

**Patient Disposition**

Disposition: Discharge

Discharge Details:

Decision Time: 10/3/2016, 15:37

Discharged to: Home

Transition of Care:

Has the patient been transitioned or referred to another care provider?: Yes

Transition of Care Document to Pt/Family or Care Provider: Yes

Patient Condition: Stable

Patient Improvement: Improved

Discharge Instruction: Reviewed Discharge Instructions with Patient/Significant Other,

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 | **Patient ID:** | 30074109 |

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.

Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler

Printed On: 16-Nov-16 08:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

## Preliminary

Patient/Significant Other Verbalized Understanding of Discharge Instructions, Patient/Significant Other Received
Written Instructions and Prescription(s) Provided to Patient/Significant Other

        Discharge Instruction Given to: Patient

        Excuse Note Given: Yes

        IV Access Removed: Yes / Comment: Catheter tip in tact. Pressure dressing applied

        Education Provided: Education Topic 1

                Education Topic 1 Details: Topic: Medication; Barriers to Learning: None; Evaluation Method:

Verbal

                Teaching Method: Discuss and Reading Materials

        The patient-specific education provided was suggested by certified EHR technology.: Yes

        Transport Mode: Ambulatory

        Departure Time: 10/3/2016, 16:05

**Collected On: 10/03/2016  16:04**

**Electronically signed by Yaowapron Weroha, RN on 10/03/2016 16:05**

| Name: | Brenda Thomas | MRN: | 20019108 | Patient ID: | 30074109 |
|-------|---------------|------|----------|-------------|----------|

Chart Report - Nurse Notes  Page 2 of 2

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00



### New Orleans East Hospital
5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

**Soarian© Chart Report - Nurse Notes**

| | | | |
|---|---|---|---|
| Name: | Brenda  Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30074109 |
| Age/Sex: | 66Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 10/03/2016  11:29 | | |
| Provider: | Tara Oden, MD | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

**ED Nursing Initial Assessment Note**

## Preliminary

**Collected On: 10/03/2016  11:51**

**HPI Abdominal Pain**
Time Seen by Nurse: 10/3/2016, 11:40
Primary Complaint: Abdominal Pain Pregnant: No
Primary Complaint Details: States she has abd cramping, nausea, intermittant fever. was having vomiting and diarrhea yesterday, none today

**Collected On: 10/03/2016  11:51**

**History**
Significant Med Hx: As Listed
    Common: Asthma, Breast Cancer, CAD, CVA, Dyslipidemia and HTN
    Other: Acute Bronchitis
Pregnant: No
Smoking Status: Never Smoker
Alcohol Use: Denies
Drug/Substance Use: Denies
Suicide Risk?: No
Patient Traveled Outside US Within the Past 1 Year: No

| | | | | | |
|---|---|---|---|---|---|
| Name: | Brenda  Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Chart Report - Nurse Notes  Page 1 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

## Preliminary

**Collected On: 10/03/2016  11:51**

**Assessment**

Vital Signs
10/03/2016 11:34
- Temperature: 36.7Cel
- Site: Oral
- Pulse: 90
- Site: Monitor
- BP: 155/81H (90-140/60-90)
- Site: LUE
- Position: Sitting
- Method: Automated
- Respirations: 18
- Pulse Ox (%): 97
- Height: 1.57m
- How Obtained: Patient Statement
- Weight: 106.141kg
- Intensity: 4

Eye: EYES: EOMI; PERRL
Respiratory: RESPIRATORY: CTA B/L
Cardiovascular: CARDIAC: RRR; Normal S1, S2
Gastrointestinal: ABDOMEN: Soft; NT; +BS
Extremities: EXTREMITIES: No Cyanosis, Clubbing, Edema
Neurological: NEURO: AAO x 3; Nonfocal
Behavior/Emotional: PSYCH: Appropriate; Cooperative
Skin: SKIN: Clean, Dry and Intact

---

**Collected On: 10/03/2016  11:51**

**Immunization Screening**
Tetanus Vaccine: Not Known: Yes

---

**Collected On: 10/03/2016  11:51**

**Screenings**
Suicide Risk: Suicide Risk?: No
Suicide Risk Assessment Questionnaire: Yes
    Suicide Risk Assessment Questionnaire:
        Are you feeling sad, depressed, or hopeless?: No

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Chart Report - Nurse Notes  Page 2 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

Page 2 of 3  Printed by: UOV3_fra46901

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

## Preliminary

Are you here because you tried to hurt yourself?: No
Have you had thoughts of harming or killing yourself?: No
Have you had thoughts of harming or killing others?: No

TB Exposure: No
Cough Screening:
  Current Cough: No
  Mask Applied: No
Pneumonia Screening:
  Current Cough: No
  Shortness of Breath: No

Collected On: 10/03/2016  11:51

**Morse Fall Risk Scale**
Hx of Recent Fall: No (0)
Secondary Dx: No (0)
Ambulatory Aid: None/Bedrest/Nurse Assist (0)
IV/Hep Lock: No (0)
Gait/Transferring: Normal/Bedrest/Immobile (0)
Mental Status: Oriented to Own Ability (0)
Morse Fall Scale Total: 0

Collected On: 10/03/2016  11:51

Electronically signed by Darcy McCaskell, RN on 10/03/2016 11:52

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Nurse Notes  Page 3 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 – 10/3/2016  7/26/2017 11:24:45 AM –05:00



### New Orleans East Hospital

5820 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

**Soarian© Chart Report - Nurse Notes**

| | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## ED Nursing Reassessment Note

### Preliminary

**Collected On: 10/03/2016  14:55**

**Reevaluation**

Vital Signs:

    Blood Pressure: 149/79

    Pulse: 80 /min

    Respirations: 20 /min

    Pulse Ox: 100 %

    Current Pain Level: 4

        Pain Details: Location: Abdomen; Radiating to: None; Non Verbal Pain Scale Used: Wong–Baker

FACES®

        Quality: Ache and Cramping

**Collected On: 10/03/2016  14:55**

**Reassessment**

Vital Signs

10/03/2016 12:40

- Pulse: 74
- BP: 150/66H (90-140/60-90)
- Respirations: 20

| | | | | |
|---|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** 20019109 | | **Patient ID:** 30074109 |

Chart Report - Nurse Notes  Page 1 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.

Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler

Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 – 10/3/2016  7/26/2017 11:24:45 AM –05:00

continued from previous page

## Preliminary

- Pulse Ox (%): 99
- Intensity: 4

10/03/2016 11:34

- Temperature: 36.7Cel
- Site: Oral
- Site: Monitor
- Site: LUE
- Position: Sitting
- Method: Automated
- Height: 1.57m
- How Obtained: Patient Statement
- Weight: 106.141kg

Eye: EYES: EOMI; PERRL
Respiratory: RESPIRATORY: CTA B/L
Cardiovascular: CARDIAC: RRR; Normal S1, S2
Gastrointestinal: ABDOMEN: Soft; NT; +BS
Extremities: EXTREMITIES: No Cyanosis, Clubbing, Edema
Neurological: NEURO: AAO x 3; Nonfocal
Behavior/Emotional: PSYCH: Appropriate; Cooperative
Skin: SKIN: Clean, Dry and Intact

---

Collected On: 10/03/2016  14:55

**Morse Fall Risk Scale**
Hx of Recent Fall: No (0)
Secondary Dx: No (0)
Ambulatory Aid: None/Bedrest/Nurse Assist (0)
IV/Hep Lock: No (0)
Gait/Transferring: Normal/Bedrest/Immobile (0)
Mental Status: Oriented to Own Ability (0)
Morse Fall Scale Total: 0

---

Collected On: 10/03/2016  14:55

**Safety Screening**
ID Band on Patient: Yes
Bed in Lowest Position: Yes
Call Bell within Patient Reach: Yes
Side Rails x2: Yes
Education for OOB with Assist: Yes

| Name: | Brenda Thomas | **MRN:** | 20019109 | **Patient ID:** | 30074109 |
|---|---|---|---|---|---|

Chart Report – Nurse Notes  Page 2 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS – Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

## *Preliminary*

HOB at 30 Degrees: Yes

Collected On: 10/03/2016  14:55

Electronically signed by Darcy McCaskell, RN on 10/03/2016 14:56

| Name: | Brenda  Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Nurse Notes  Page 3 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00



### New Orleans East Hospital
### 5620 Read Blvd
### New Orleans LA 70127
### Phone:  504 592 6600

**Soarian© Chart Report - Nurse Notes**

| | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30074109 |
| Age/Sex: | 66Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 10/03/2016  11:29 | | |
| Provider: | Tara Oden, MD | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

**ED Nursing Reassessment Note**

### *Preliminary*

**Collected On: 10/03/2016  12:40**

**Reevaluation**
**Vital Signs:**
> Blood Pressure: 150/88
> Pulse: 74 /min
> Respirations: 20 /min
> Pulse Ox: 99 %
> Current Pain Level: 4
>> Pain Details: Location: Abdomen; Radiating to: None; Non Verbal Pain Scale Used: Wong-Baker
FACES®
>> Quality: Ache and Cramping

**Collected On: 10/03/2016  12:40**

**Reassessment**

**Vital Signs**
10/03/2016 11:34
- Temperature: 36.7Cel
- Site: Oral
- Pulse: 90

| | | | | | |
|---|---|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Chart Report - Nurse Notes  Page 1 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 06:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

## *Preliminary*

- Site: Monitor
- BP: 155/81H (90-140/60-90)
- Site: LUE
- Position: Sitting
- Method: Automated
- Respirations: 18
- Pulse Ox (%): 97
- Height: 1.57m
- How Obtained: Patient Statement
- Weight: 106.141kg
- Intensity: 4

Eye: EYES: EOMI; PERRL
Respiratory: RESPIRATORY: CTA B/L
Cardiovascular: CARDIAC: RRR; Normal S1, S2
Gastrointestinal: ABDOMEN: Soft; NT; +BS
Extremities: EXTREMITIES: No Cyanosis, Clubbing, Edema
Neurological: NEURO: AAO x 3; Nonfocal
Behavior/Emotional: PSYCH: Appropriate; Cooperative
Skin: SKIN: Clean, Dry and Intact

Collected On: 10/03/2016  12:40

**Morse Fall Risk Scale**
Hx of Recent Fall: No (0)
Secondary Dx: No (0)
Ambulatory Aid: None/Bedrest/Nurse Assist (0)
IV/Hep Lock: No (0)
Gait/Transferring: Normal/Bedrest/Immobile (0)
Mental Status: Oriented to Own Ability (0)
Morse Fall Scale Total: 0

Collected On: 10/03/2016  12:40

**Safety Screening**
ID Band on Patient: Yes
Bed in Lowest Position: Yes
Call Bell within Patient Reach: Yes
Side Rails x2: Yes
Education for OOB with Assist: Yes
HOB at 30 Degrees: Yes

| Name: | Brenda Thomas | MRN: | 20018109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Nurse Notes  Page 2 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA, All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

*Preliminary*

Collected On: 10/03/2016  12:40

Electronically signed by Darcy McCaskell, RN on 10/03/2016 14:53

| Name: | Brenda Thomas | MRN: | 20019108 | Patient ID: | 30074109 |
|-------|---------------|------|----------|-------------|----------|

Chart Report - Nurse Notes  Page 3 of 3

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 09:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

| Soarian® Chart Report - Triage | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

---

**ED Nursing Triage Note**

---

*Preliminary*

**Collected On: 10/03/2016  11:34**

**Triage**

Triage Start: 10/3/2016, 11:34

Primary Treating Complaint Details:

    Primary Treating Complaint: Stomach Cramps

    Primary Complaint Details: States she has abd cramping, nausea, intermittent fever, was having vomiting and diarrhea yesterday, none today

    Mechanism of Injury: None

Historian: Self

Patient's Stated Primary Care Provider: Cooper, Michele M

Arrival Information:

    From: Home

    Mode: Walk In

    Treatment PTA: None

    Accompanied by: Self

Triage Vital Signs:

    Temperature: 98.1 deg F; Site: Oral

    Blood Pressure: 155/81; Blood Pressure Details: Site: LUE; Position: Sitting; Method: Automated

        Pulse: 90 /min; Site: Monitor

        Respirations: 18 /min; Respiration Method: Spontaneous

        Pulse Ox: 97 %; Pulse Ox Details: Room Air

        Height: 5 ft 2 in; Height Method: Patient Statement

---

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Triage  Page 1 of 4

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688   OPT   EMR   10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

---

## ED Nursing Triage Note

continued from previous page

### Preliminary

Weight: 234 lbs; Weight Method: Stated
BMI: 42.7
Current Pain Level: 4
Pain Details: Location: Abdomen; Radiating to: None; Non Verbal Pain Scale Used:
Wong-Baker FACES®
Quality: Ache and Cramping
Glasgow Coma Scale:
Best Eye Response: Spontaneous (4)
Best Verbal Response: Appropriate/Oriented (5)
Best Motor Response: Obeys Commands (6)
Glasgow Coma Scale Total: 15
Neurological Assessment:
Orientation: Oriented to Person Place and Time
Level of Consciousness: Alert
Skin Assessment:
Temperature: Warm
Color: Normal
Moisture: Normal
Respiratory Assessment:
Rhythm: Respiratory Rhythm Regular
Effort: No Evidence of Labored Breathing
Expansion: Symmetric
OB/ GYN History:
Pregnant: No
Lactating: No
Arm Bands Placed on Patient:
Identification Band Placed: Yes / Information Verified: Name and Date of Birth
Suicide Risk: Suicide Risk?: No

---

Collected On: 10/03/2016 11:34

### Allergies

- NKFA
- IV DYE, IODINE CONTRAST
- Mucinex

- Naprosyn
- Penicillins

Allergy List Was Reviewed: Yes

---

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Chart Report - Triage  Page 2 of 4

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

## *Preliminary*

**Collected On: 10/03/2016  11:34**

**History**
Significant Med Hx: As Listed
      Common: Asthma, Breast Cancer, CAD, CVA, Dyslipidemia and HTN
      Other: Acute Bronchitis
Pregnant: No
Smoking Status: Never Smoker
Alcohol Use: Denies
Drug/Substance Use: Denies
Suicide Risk?: No
Patient Traveled Outside US Within the Past 1 Year: No

**Collected On: 10/03/2016  11:34**

**Immunization Screening**
Tetanus Vaccine: Not Known: Yes

**Collected On: 10/03/2016  11:34**

**Screenings**
Suicide Risk: Suicide Risk?: No
Suicide Risk Assessment Questionnaire: Yes
      Suicide Risk Assessment Questionnaire:
         Are you feeling sad, depressed, or hopeless?: No
         Are you here because you tried to hurt yourself?: No
         Have you had thoughts of harming or killing yourself?: No
         Have you had thoughts of harming or killing others?: No
TB Exposure: No
Cough Screening:
    Current Cough: No
    Mask Applied: No
Pneumonia Screening:
    Current Cough: No
    Shortness of Breath: No

**Collected On: 10/03/2016  11:34**

**Morse Fall Risk Scale**

| Name: | Brenda Thomas | MRN: | 20019108 | Patient ID: | 30074108 |
|---|---|---|---|---|---|

Chart Report - Triage  Page 3 of 4

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

**continued from previous page**

## *Preliminary*

Hx of Recent Fall: No (0)
Secondary Dx: No (0)
Ambulatory Aid: None/Bedrest/Nurse Assist (0)
IV/Hep Lock: No (0)
Gait/Transferring: Normal/Bedrest/Immobile (0)
Mental Status: Oriented to Own Ability (0)
Morse Fall Scale Total: 0

**Collected On: 10/03/2016  11:34**

**Triage Level**
Triage Level: 3

**Collected On: 10/03/2016  11:34**

**Triage End Time**
Triage End Time: 10/3/2016, 11:43

**Collected On: 10/03/2016  11:34**

**Electronically signed by Amy Attaway on 10/03/2016 11:43**

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Chart Report - Triage  Page 4 of 4

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02