THOMAS, BRENDA ENC# 40081689  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00



### New Orleans East Hospital
### 5620 Read Blvd
### New Orleans LA 70127
### Phone:  504 592 6600

**Soarian© Chart Report - Physician Notes**

| | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** |  504 2461452 | | |

## ED Provider Note

**Collected On: 10/03/2016  15:35**

**Arrival Information**
I have reviewed available Ancillary / Nursing Staff documentation: Yes
Provider Type: Physician / Time Seen: 10/3/2016, 15:35
Accompanied by: Self
Historian: Self
Arrival Mode: Walk In
Arrival From: Home
Treatment PTA: None

**Collected On: 10/03/2016  15:35**

**HPI**
Primary Complaint: Abdominal Pain Pregnant: No
Primary Complaint Details:
HPI: This is a 66 yo woman here with complaints of nausea, vomiting, diarrhea and crampy abdominal pain.
1. Chief Complaistates she has abd cramping, nausea, intermittant fever. was having vomiting and diarrhea yesterday, none today nt/ Location: N/V/D
2. Onset of symptoms: yesterday
3. What was patient doing when symptoms started (Context): No sick contact
4. Severity: moderate to severe
5. Timing: fluctuating

| | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 | **Patient ID:** | 30074109 |

Chart Report - Physician Notes  Page 1 of 6

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 06:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

6. Activities that worsen symptoms:none
7. Activities that improve symptoms: none
8. Quality: aching/ sharp
9. Radiation of symptoms: none
10. Associated signs and Symptoms: Nausea, vomiting,denies fever, chills
11. Are symptoms worsening?

## REVIEW OF SYSTEMS

Review of Systems
Constitutional: Negative for fever and chills.
HENT: Negative for sore throat.
Eyes: Negative for blurred vision.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive abdominal pain, nausea, vomiting, and diarrhea.
Genitourinary: Negative for dysuria. Hematuria
Musculoskeletal: Negative for Headache and back pain.
Skin: Negative for rash or wounds.
Neurological: Negative for sensory change and focal weakness.
Endo/Heme/Allergies: Does not bruise/bleed easily.
All other systems reviewed and are negative

Nursing note and vitals reviewed.

---

**Collected On: 10/03/2016  15:35**

**Allergies**

- NKFA
- IV DYE, IODINE CONTRAST
- Mucinex

- Naprosyn
- Penicillins

Allergy List Was Reviewed: Yes

---

**Collected On: 10/03/2016  15:35**

**Medications**
Home Medication Reconciliation/List Was Reviewed: Yes
Current Medication Orders Reviewed: Yes

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Physician Notes  Page 2 of 6

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

Collected On: 10/03/2016  15:35

**History**
Significant Med Hx: None
Pregnant: No

Collected On: 10/03/2016  15:35

**Exam**
General Appearance: Well-Developed and Well-Nourished; Distressed
        Distressed Details: Severity: Mild

**Vital Signs**
10/03/2016 14:55
- Pulse: 80
- BP: 149/79H (90-140/60-90)
- Respirations: 20
- Pulse Ox (%): 100
- Intensity: 4

10/03/2016 11:34
- Temperature: 36.7Cel
- Site: Oral
- Site: Monitor
- Site: LUE
- Position: Sitting
- Method: Automated
- Height: 1.57m
- How Obtained: Patient Statement
- Weight: 106.141kg

I have reviewed and agree with vital signs as listed in the EMR: Yes
Head/Ear/Nose/Throat: HENT: Normocephalic; Atraumatic
Eye: EYES: EOMI; PERRL
Respiratory: RESPIRATORY: CTA B/L
Cardiovascular: CARDIAC: RRR; Normal S1, S2
Gastrointestinal: ABDOMEN: Soft; NT; +BS
Extremities: EXTREMITIES: No Cyanosis, Clubbing, Edema
Musculoskeletal: M/S: No Injury or Deformity
Neurological: NEURO: AAO x 3; Nonfocal
Behavior/Emotional: PSYCH: Appropriate; Cooperative
Lymph: LYMPH: No Adenopathy Noted
Skin: SKIN: Clean, Dry and Intact

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Physician Notes  Page 3 of 6

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

**Collected On: 10/03/2016 15:35**

**ED Orders**

**Laboratory**
- **CBC and Diff Stat (Complete)**
- **Comprehensive Metabolic Panel Stat (Complete)**
- **Lipase Stat (Complete)**
- **UA Stat**

**Medication**
- **PROMETHAZINE HCL (PHENERGAN (OR EQUIV)) 12.5 MG = 0.5 ML IV PUSH 1X DOSE STAT for 1**

Doses

**IV**
- **SODIUM CL 0.9% (1000 ML bag) Intravenous @1000mL/Hour Over 1H STAT for 1 Bags**

**Collected On: 10/03/2016 15:35**

**Labs**

**Chemistry**
10/03/2016 12:45
- Glucose: 97
- BUN: 9
- Creatinine: 0.8
- Sodium: 141
- Potassium: 3.6
- Chloride: 106
- $CO_2$: 25
- Anion Gap: 10
- BUN/Cret Ratio: 11.2
- Calcium: 9.1
- Total Protein: 6.8
- Albumin: 3.6
- Globulin: 3.2
- A/G Ratio: 1.1
- Alkaline Phosphatase: 64
- Bilirubin, Total: 0.7
- AST: 19
- ALT: 19
- GFR: 92
- Lipase: 12

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Physician Notes  Page 4 of 6

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

Hematology
10/03/2016 12:45
- WBC: 6.5
- RBC: 4.32
- Hematocrit: 36.2 L
- Hemoglobin: 11.8 L
- MCV: 83.7
- MCH: 27.2
- MCHC: 32.5
- RDW: 13.7
- Platelet Count: 255
- MPV: 7.1
- Neutrophils Absolute: 3.3
- Lymphocytes Absolute: 2.2
- Monocytes Absolute: 0.7
- Eosinophils Absolute: 0.2
- Basophils Absolute: 0.1
- Neutrophils %: 51.1
- Lymphocytes %: 34.3
- Monocytes %: 10.5
- Eosinophils %: 3.3
- Basophils %: 0.9

Labs or Other Tests Were Ordered During This Visit: Yes
Labs Reviewed for this Visit: Yes
Labs Discussed with Patient and/or Family: Yes

Collected On: 10/03/2016  15:35

**Diagnostic Impression**
Impression: Gastroenteritis
Medical Decision Making: MDM: Vomiting and Diarrhea
DDx: Includes but not limited to:Viral Illness, Gastroenteritis, Influenza, URI,
PLAN: IVF, labs, Antiemetics prn with po challenge, and reassess.

Vital Signs: Reviewed the patient?s vital signs.
Nursing Notes: Reviewed and utilized available nursing notes.
Medical Records Reviewed: Reviewed available past medical records.

PULSE OXIMETRY
Oxygen Saturation by Pulse Oximetry: 100
Interventions; none
Interpretation: normal
Interpreted independently by Emergency Physician

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |
|---|---|---|---|---|---|

Chart Report - Physician Notes  Page 5 of 6

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:45 AM -05:00

continued from previous page

LABORATORY RESULTS
Ordered and independently interpreted AVAILABLE laboratory tests. Please see results section in chart for full details.

REASSESSMENT PRIOR TO DISPOSITION
Symptoms: feels improved
Exam: Tolerate po challenge well.

MDM: Diarrhea /Vomiting Precautions - I discussed with patient and/or family/caretaker that evaluation in the ED does not suggest any emergent or life threatening condition medical condition requiring immediate intervention beyond what was provided in the ED, and I believe patient is safe for discharge. Regardless, an unremarkable evaluation in the ED does not preclude the development or presence of a serious of life threatening condition. As such, patient was instructed to return immediately for any worsening or change in current symptoms.
 Counseling: The emergency provider has spoken with the patient and discussed today's findings, in addition to providing specific details for the plan of care. Questions are answered and there is agreement with the plan.
Diagnosis- Acute Viral Gastroenteritis
Disposition- discharged home with symptomatic management to follow up with PCP within the next 3-5 days for re-evaluation
RX- Zofran #20

Collected On: 10/03/2016  15:35

Disposition
Disposition: Discharge
        Discharge Details:
                Decision Time: 10/3/2016, 15:37
                Discharged to: Home
                Patient Condition: Stable

Collected On: 10/03/2016  15:35

Electronically signed by Tara Oden, MD on 11/16/2016 06:37

| Name: | Brenda Thomas | MRN: | 20019109 | | Patient ID: | 30074109 |

Chart Report - Physician Notes  Page 6 of 6

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 06:02

```
THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00
10/03/2016 16:08        DISCHARGE MEDICATION ADMINISTRATION RECORD    PAGE: 1 OF 2
                            NEW ORLEANS EAST HOSPITAL


PATIENT NO: 40081688      NAME: THOMAS, BRENDA              DSCH LOC: NEDM/ED1515
MED REC NO: 20019109      AGE: 66Y    DOB: 11/22/1949  SEX: F   DSCH DATE: 10/03/2016
PERSON NO:  10015635      ATN DOCTOR: ODEN, TARA             ADMIT DATE: 10/03/2016

            *** MEDICATIONS CURRENT AT THE TIME OF DISCHARGE ***

                      *** SCHEDULED MEDICATIONS ***
ORD# 2
PROMETHAZINE HCL                12.5 MG = 0.5 ML
  (PHENERGAN (OR EQUIV))        IV PUSH         ONE TIME DOSE
1X DOSE
IF IV,CENTRAL
LINE ONLY.DIULTE
WITH 10ML NS
ORDER START: 10/03/16 13:42    ORDER STOP: 10/03/16 13:42
Nrs Verified By: AA2
10/03/16 13:42  ADMIN    AA2    at: 10/03/16 13:50   Co-Signed By: GB
  Adm Site: IVsite:


            *** IVS CURRENT AT THE TIME OF DISCHARGE ***

                    *** SCHEDULED IVS ***
ORD# 1                        UB: A
PLAIN    PLAIN IV
SODIUM CL 0.9%                     1000 ml
IV
RATE: 1000 ml/hr        RUN-IN: 1 hrs
ORDER START: 10/03/16 12:25    ORDER STOP: 10/03/16 12:25
Nrs Verified By: DM12
10/03/16 12:25  ADMIN    DM12   at: 10/03/16 12:54



                        <PERMANENT CHART COPY>
```

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00
10/03/2016 16:08          DISCHARGE MEDICATION ADMINISTRATION RECORD      PAGE: 2 OF 2
                               NEW ORLEANS EAST HOSPITAL

PATIENT NO: 40081688          NAME: THOMAS, BRENDA                DSCH LOC: NEDM/ED1515
MED REC NO: 20019109          AGE: 66Y    DOB: 11/22/1949   SEX: F   DSCH DATE: 10/03/2016
PERSON NO:  10015635          ATN DOCTOR: ODEN, TARA             ADMIT DATE: 10/03/2016

                          *** NURSE IDENTIFICATION ***
        AA2      AMY ATTAWAY, RN
        DM12     DARCY MCCASKELL
        GB       JENNA GIBSON

<PERMANENT CHART COPY>

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00

**Plan Of Care Report**

# NO⊟H
**NEW ORLEANS EAST HOSPITAL**

| | | | |
|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | **Acct No:** | 30074109 |
| **DOB:** | 11/22/1949 | **Age/Sex:** | 66Y/F |
| **Adm DTime:** | 10/03/2016  11:29 | **Atn Dr:** | Oden, Tara MD |
| **Nurs Sta:** | ED Main | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | |

### No Plans Charted for Visit

| Problem Name | Rank | Date Assigned | Date Closed | | Assigned By | Closed By | | Status |
|---|---|---|---|---|---|---|---|---|
| Problem Details | Value | | Problem Details | Value | | Problem Details | Value | |
| **Stomach Cramps** | | 10/03/2016 11:43 | | | Amy  Attaway, | | | Active |
| Comment: | | | Certainty: | | | Status: | | |
| **Gastroenteritis** | | 10/03/2016 15:38 | | | Tara  Oden, MD | | | Active |
| Comment: | | | Certainty: | | | Status: | | |

| Problem Name | Rank | Date Assigned | Date Closed | | Assigned By | Closed By | | Status |
|---|---|---|---|---|---|---|---|---|
| Problem Details | Value | | Problem Details | Value | | Problem Details | Value | |
| **Cough** | | 04/16/2015 19:54 | | | Lorena  Blackmon, | | | Active |
| Comment: | | | Certainty: | | | Status: | | |
| **Acute Bronchitis** | | 04/16/2015 19:54 | | | Lorena  Blackmon, | | | Active |
| Comment: | | | Certainty: | | | Status: | | |
| **Asthma** | | 04/16/2015 19:54 | | | Lorena  Blackmon, | | | Active |
| Comment: | | | Certainty: | | | Status: | | |
| **Breast Cancer** | | 04/16/2015 19:54 | | | Lorena  Blackmon, | | | Active |
| Comment: | | | Certainty: | | | Status: | | |
| **CAD** | | 04/16/2015 19:54 | | | Lorena  Blackmon, | | | Active |
| Comment: | | | Certainty: | | | Status: | | |
| **CVA** | | 04/16/2015 19:54 | | | Lorena  Blackmon, | | | Active |
| Comment: | | | Certainty: | | | Status: | | |
| **Dyslipidemia** | | 04/16/2015 19:54 | | | Lorena  Blackmon, | | | Active |
| Comment: | | | Certainty: | | | Status: | | |
| **HTN** | | 04/16/2015 19:54 | | | Lorena  Blackmon, | | | Active |
| Comment: | | | Certainty: | | | Status: | | |

### No Expected Outcomes Charted For Visit

| | | |
|---|---|---|
| **Pt Name:** Thomas, Brenda | **MRN:** 20019109 | Plan Of Care Report |
| **Rm/ Bed:** | Page 1 of 2 | ORE_0146_DSCH_NBR.rpt v1.00 |
| | | Printed By :Workflow |
| | | Printed On: 05-Oct-16 16:14 |

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Page 1 of 2  Printed by: U0V3_fra46901

THOMAS, BRENDA ENC# 40081688   OPT   EMR   10/3/2016 - 10/3/2016   7/26/2017 11:24:46 AM -05:00

**Plan Of Care Report**

# NO≡H
**NEW ORLEANS EAST HOSPITAL**

| | | | |
|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | **Acct No:** | 30074109 |
| **DOB:** | 11/22/1949 | **Age/Sex:** | 66Y/F |
| **Adm DTime:** | 10/03/2016  11:29 | **Atn Dr:** | Oden, Tara MD |
| **Nurs Sta:** | ED Main | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | |

### Problems History

| Problem Name | Changed DTime | Changed By | Field Name | Old Value | New Value |
|---|---|---|---|---|---|
| | | | | | |

### Outcome History

| Outcome Name | Changed DTime | Changed By | Field Name | Old Value | New Value |
|---|---|---|---|---|---|
| | | | | | |

**No Records Found**

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00

**Plan Of Care Report**

## NEW ORLEANS EAST HOSPITAL

| | | | |
|---|---|---|---|
| Pt Name: | Thomas, Brenda | MRN: | 20019109 |
| Pt ID: | 0100015218 | Acct No: | 30074109 |
| DOB: | 11/22/1949 | Age/Sex: | 66Y/F |
| Adm DTime: | 10/03/2016  11:29 | Atn Dr: | Oden, Tara MD |
| Nurs Sta: | ED Main | Rm & Bed: | |
| Dx: | | | |
| Alrg: | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | |

### No Plans Charted for Visit

| Problem Name | Rank | Date Assigned | Date Closed | Assigned By | Closed By | | Status |
|---|---|---|---|---|---|---|---|
| Problem Details | Value | Problem Details | Value | Problem Details | Value | | |
| Stomach Cramps | | 10/03/2016  11:43 | | Amy  Attaway, | | | Active |
| Comment: | | Certainty: | | Status: | | | |
| Gastroenteritis | | 10/03/2016  15:38 | | Tara  Oden, MD | | | Active |
| Comment: | | Certainty: | | Status: | | | |

| Problem Name | Rank | Date Assigned | Date Closed | Assigned By | Closed By | | Status |
|---|---|---|---|---|---|---|---|
| Problem Details | Value | Problem Details | Value | Problem Details | Value | | |
| Cough | | 04/16/2015  19:54 | | Lorena  Blackmon, | | | Active |
| Comment: | | Certainty: | | Status: | | | |
| Acute Bronchitis | | 04/16/2015  19:54 | | Lorena  Blackmon, | | | Active |
| Comment: | | Certainty: | | Status: | | | |
| Asthma | | 04/16/2015  19:54 | | Lorena  Blackmon, | | | Active |
| Comment: | | Certainty: | | Status: | | | |
| Breast Cancer | | 04/16/2015  19:54 | | Lorena  Blackmon, | | | Active |
| Comment: | | Certainty: | | Status: | | | |
| CAD | | 04/16/2015  19:54 | | Lorena  Blackmon, | | | Active |
| Comment: | | Certainty: | | Status: | | | |
| CVA | | 04/16/2015  19:54 | | Lorena  Blackmon, | | | Active |
| Comment: | | Certainty: | | Status: | | | |
| Dyslipidemia | | 04/16/2015  19:54 | | Lorena  Blackmon, | | | Active |
| Comment: | | Certainty: | | Status: | | | |
| HTN | | 04/16/2015  19:54 | | Lorena  Blackmon, | | | Active |
| Comment: | | Certainty: | | Status: | | | |

### No Expected Outcomes Charted For Visit

| Pt Name: | Thomas, Brenda | MRN: | 20019109 | Plan Of Care Report |
|---|---|---|---|---|
| Rm/ Bed: | | Page 1 of 2 | | ORE_0146_DSCH_NBR.rpt v1.00 |
| | | | | Printed By :JS |
| | | | | Printed On: 04-Oct-16 03:01 |

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Page 1 of 2  Printed by: UGV3_fra46901

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00

**Plan Of Care Report**

## NEW ORLEANS EAST HOSPITAL

| | | | |
|---|---|---|---|
| Pt Name: | Thomas, Brenda | MRN: | 20019109 |
| Pt ID: | 0100015218 | Acct No: | 30074109 |
| DOB: | 11/22/1949 | Age/Sex: | 66Y/F |
| Adm DTime: | 10/03/2016  11:29 | Atn Dr: | Oden, Tara MD |
| Nurs Sta: | ED Main | Rm & Bed: | |
| Dx: | | | |
| Alrg: | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | |

### Problems History

| Problem Name | Changed DTime | Changed By | Field Name | Old Value | New Value |
|---|---|---|---|---|---|
| | | | | | |

### Outcome History

| Outcome Name | Changed DTime | Changed By | Field Name | Old Value | New Value |
|---|---|---|---|---|---|

**No Records Found**

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Page 2 of 2  Printed by: UOV3_frs46901

THOMAS, BRENDA ENC# 40081688   OPT   EMR   10/3/2016 - 10/3/2016   7/26/2017 11:24:46 AM -05:00



## New Orleans East Hospital
### 5620 Read Blvd
### New Orleans LA 70127
### Phone:  504 592 6600

**Scarian© Chart Report - Medication Administration Record**

| | | | | |
|---|---|---|---|---|
| **Name:** | Brenda  Thomas | | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | | |
| **Provider:** | Tara Oden, MD | | | |
| **Primary Care Physician:** | Michele M Cooper | | | |
| **PCP Phone Number:** |  504 2461452 | | | |

## Medication Administration Record

| Order No | Start Date/Time | Order Status | Order As Written | | |
|---|---|---|---|---|---|
| Planned Dt/Tm | Actual Dt/Tm | Admin Status | Actual Dose | Signed By | Co-Signed By |
| 760158 | 10/03/2016  12:25 | Discontinue | SODIUM CL 0.9% (1000 ML bag)  Intravenous @1000mL/Hour Over 1H STAT for 1 Bags | | |
| | | | SODIUM CL 0.9%  (SODIUM CL 0.9%)  1000 ML | | |
| 10/03/2016 12:25 | 10/03/2016 12:54 | Administered | | DM12 | |
| 760216 | 10/03/2016  13:42 | Discontinue | PROMETHAZINE HCL (PHENERGAN (OR EQUIV)) 12.5 MG = 0.5 ML IV PUSH 1X DOSE STAT for 1 Doses, Rx Note:IF IV,CENTRAL LINE ONLY.DIULTE WITH 10ML NS | | |
| 10/03/2016 13:42 | 10/03/2016 13:50 | Administered | 12.5 MG = 0.5 ML | AA2 | GB |
| | Admin Site: IVsite: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 | **Patient ID:** | 30074109 |

Chart Report - Medication Administration Record  Page 1 of 1

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 09:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00



### New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

**Soarian© Chart Report - Medication Administration Record**

| | | | | |
|---|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 | |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 | |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 | |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | | |
| **Provider:** | Tara Oden, MD | | | |
| **Primary Care Physician:** | Michele M Cooper | | | |
| **PCP Phone Number:** | 504 2461452 | | | |

## Medication Administration Record

| Order No | Start Date/Time | Order Status | Order As Written | | |
|---|---|---|---|---|---|
| Planned Dt/Tm | Actual Dt/Tm | Admin Status | Actual Dose | Signed By | Co-Signed By |
| 760158 | 10/03/2016  12:25 | In progress | SODIUM CL 0.9% (1000 ML bag)  Intravenous @1000mL/Hour Over 1H STAT for 1 Bags | | |
| | | | SODIUM CL 0.9%  (SODIUM CL 0.9%)  1000 ML | | |
| 10/03/2016 12:25 | 10/03/2016 12:54 | Administered | | DM12 | |
| 760216 | 10/03/2016  13:42 | In progress | PROMETHAZINE HCL (PHENERGAN (OR EQUIV)) 12.5 MG = 0.5 ML IV PUSH 1X DOSE STAT for 1 Doses, Rx Note:IF IV,CENTRAL LINE ONLY.DIULTE WITH 10ML NS | | |
| 10/03/2016 13:42 | 10/03/2016 13:50  Admin Site: IVsite: | Administered | 12.5 MG = 0.5 ML | AA2 | GB |

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 03-Oct-16 16:02

Page 1 of 1  Printed by: U0V3_fra46901

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00



### New Orleans East Hospital
5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

**Soarian® Chart Report - Orders**

| | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Orders

**Order Type:** Laboratory

**Order Sub Type:** Chemistry

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 760145 | 10/03/16 12:25<br>10/03/16 12:25 | Comprehensive Metabolic Panel Stat | Complete | Tara  Oden, MD |
| 760156 | 10/03/16 12:25<br>10/03/16 12:25 | Lipase Stat | Complete | Tara  Oden, MD |

**Order Type:** Laboratory

**Order Sub Type:** Hematology

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 760144 | 10/03/16 12:25<br>10/03/16 12:25 | CBC and Diff Stat | Complete | Tara  Oden, MD |

**Order Type:** Laboratory

**Order Sub Type:** Urinalysis

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 760157 | 10/03/16 12:25<br>10/03/16 12:25 | UA Stat | Discontinue | Tara  Oden, MD |

**Order Type:** Medication/IV

**Order Sub Type:**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Name:** Brenda  Thomas | **MRN:** 20019109 | **Patient ID:** 30074109 | |

Chart Report - Orders  Page 1 of 2

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 06:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00

## Orders

**Order Type: Medication/IV**

**Order Sub Type:**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 760158 | 10/03/16 12:25 | SODIUM CL 0.9% (1000 ML bag) Intravenous @1000mL/Hour Over 1H STAT for 1 Bags | Discontinue | Tara  Oden, MD |
| | 10/03/16 12:25 | | | |
| 760216 | 10/03/16 13:42 | PROMETHAZINE HCL (PHENERGAN (OR EQUIV)) 12.5 MG = 0.5 ML IV PUSH 1X DOSE STAT for 1 Doses | Discontinue | Tara  Oden, MD |
| | 10/03/16 13:42 | | | |

**Order Type: Nursing**

**Order Sub Type: Treatment**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 760143 | 10/03/16 12:24 | Saline Lock | Discontinue | Tara  Oden, MD |
| | 10/03/16 12:24 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 | **Patient ID:** | 30074109 |

Chart Report - Orders  Page 2 of 2

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00



**New Orleans East Hospital**

5620 Read Blvd
New Orleans LA 70127
Phone: 504 592 6600

### Soarian© Chart Report - Orders

| | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30074109 |
| Age/Sex: | 66Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 10/03/2016 11:29 | | |
| Provider: | Tara Oden, MD | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

## Orders

**Order Type: Laboratory**

**Order Sub Type: Chemistry**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 760145 | 10/03/16 12:25 10/03/16 12:25 | Comprehensive Metabolic Panel Stat | Complete | Tara Oden, MD |
| 760156 | 10/03/16 12:25 10/03/16 12:25 | Lipase Stat | Complete | Tara Oden, MD |

**Order Type: Laboratory**

**Order Sub Type: Hematology**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 760144 | 10/03/16 12:25 10/03/16 12:25 | CBC and Diff Stat | Complete | Tara Oden, MD |

**Order Type: Laboratory**

**Order Sub Type: Urinalysis**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 760157 | 10/03/16 12:25 10/03/16 12:25 | UA Stat | Active | Tara Oden, MD |

**Order Type: Medication/IV**

**Order Sub Type:**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: 20019109 | Patient ID: 30074109 |

Chart Report - Orders  Page 1 of 2

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 03-Oct-16 18:01

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00

## Orders

**Order Type: Medication/IV**

### Order Sub Type:

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 760168 | 10/03/16 12:25<br>10/03/16 12:25 | SODIUM CL 0.9% (1000 ML bag)<br>Intravenous @1000mL/Hour Over 1H<br>STAT for 1 Bags | In progress | Tara  Oden, MD |
| 760216 | 10/03/16 13:42<br>10/03/16 13:42 | PROMETHAZINE HCL (PHENERGAN<br>(OR EQUIV)) 12.5 MG = 0.5 ML IV PUSH<br>1X DOSE STAT for 1 Doses | In progress | Tara  Oden, MD |

**Order Type: Nursing**

### Order Sub Type: Treatment

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 760143 | 10/03/16 12:24<br>10/03/16 12:24 | Saline Lock | Active | Tara  Oden, MD |

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 03-Oct-16 18:01

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:46 AM -05:00



**New Orleans East Hospital**

**5620 Read Blvd**

**New Orleans LA 70127**

**Phone: 504 592 6600**

Soarian© Chart Report - Results

| | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30074109 |
| Age/Sex: | 66Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 10/03/2016  11:29 | | |
| Provider: | Tara Oden, MD | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

## Pending Result Orders

| Svc Type | Svc Sub Type | Order as Written | Ord No | Occr No | Str DTime | Ord Status |
|---|---|---|---|---|---|---|
| Laboratory | Urinalysis | UA Stat | 780157 | 704882 | 10/03/2016  12:25 | Active |

| | | | | | |
|---|---|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Chart Report - Results  Page 1 of 1

© 2003-2016 Siemens Medical Solutions USA, inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 03-Oct-16 18:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:47 AM -05:00

*TB Discharge Packet (Group) - EDR - Print - Page 10 of 11*



**New Orleans East Hospital**
5620 Read Blvd
New Orleans LA 70127
Phone: 504 592 6600

### Soarian® Tracking Board Discharge Report - Signature Acknowledgement

| | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30074109 |
| Age/Sex: | 66Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 10/03/2016  11:29 | | |
| Provider: | Tara Oden, MD | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

### Acknowledgement and Receipt of Discharge Instructions

If you recieved a narcotic or sedative medication during your Emergency Department stay, you should not drive, drink alcohol or operate heavy machinery for the next 8 hours as this medication can cause drowsiness, dizziness and decrease your response time to events.

**X RAYS AND LAB TESTS:**

If you had X-Rays today they were read by the Emergency Physician. Your X-Rays will also be read by a radiologist within 24 hours. If you had a culture done, it will take 24-72 hours to get the results. If there is a change in the X-Ray diagnosis or a Postive Culture, we will contact you. Please verify your current phone number prior to discharge at check out desk so that we may contact you.

. Discharge instructions have been reviewed with me. I have received and understand my discharge instructions.

Signature of Nurse:                                             Date/Time: _____

Signature of Patient/Responsible Party: _____           Date/Time: _____
(Parent of guardian if patient is a minor)

Phone number where patient/responsible party can be reached: _____

Patient's Email Address: _____

| | | | | |
|---|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Signature Acknowledgement  Page 1 of 2

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: Oden, Tara MD
Printed On: 03-Oct-16 16:39

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:48 AM -05:00

# Transition of Care Document

**Created on: October 06, 2016, 16:05:00 -0500 UTC**

| | | | |
|---|---|---|---|
| | Brenda Thomas | | 12990 N. Lake Carmel<br>New Orleans, LA 70126 |
| | November 22, 1949 | | Female |
| | Black or African American | | Not Hispanic or Latino |
| | eng | | |

| | | | |
|---|---|---|---|
| | Start: October 03, 2016 | **End: October 03, 2016** | |
| | New Orleans East Hospital | | 5620 Read Blvd<br>New Orleans, LA 70127<br><br>Phone: 504 592 6600 (Work) |
| | Emergency | | 5620 Read Blvd<br>New Orleans, 70127 |
| | NOE MR#: 20019109<br>New Orleans East Hospital Visit: 40081688<br>New Orleans East Hospital Patient Account: 30074109<br>NOE Enterprise ID: 10015635<br>SSN: ###-##-1479 | | 1.3.6.1.4.1.43560.99.1.1.3.8.1.86189 |

| | | | |
|---|---|---|---|
| | Michele Cooper | | 9801 Lake Forest Blvd.<br>New Orleans, LA 701270000<br><br>Phone: 504-2461452 (Work) |
| | Tara Oden , MD | | 200 Corporate Blvd., Ste. 201<br>Lafayette, 70508<br><br>Phone: 800-8939698 (Work) |

## Table of Contents

☑ Select/Deselect All

☑ Reason For Visit
☑ Chief Complaint
☑ Social History
☑ Functional Status

Page 1 of 5  Printed by: U0V3_frs46901

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:48 AM -05:00

☑ Vital Signs
☑ Results
☑ Problems
☑ Encounters
☑ Plan of Care
☑ Procedures
☑ Immunizations
☑ Hospital Course
☑ Hospital Discharge Instructions
☑ Allergies, Adverse Reactions, Alerts
☑ Medication

---

# ☑ Reason For Visit

# ☑ Chief Complaint

fever nausea vomiting diarrhea sweating chills

# ☑ Social History

### Social History FS from 10/3/2016 11:51 AM:

- Tobacco Use? : Never Smoker

### Social History FS from 10/3/2016 11:34 AM:

- Tobacco Use? : Never Smoker

# ☑ Functional Status

# ☑ Vital Signs

### Vital Signs FS from 10/3/2016 4:04 PM:

- Pulse : 81
- Respirations : 18
- BP : 149/71
- Site : LUE

### Vital Signs FS from 10/3/2016 2:55 PM:

- Pulse : 80
- Respirations : 20
- BP : 149/79
- Intensity : 4

### Vital Signs FS from 10/3/2016 12:40 PM:

- Pulse : 74
- Respirations : 20

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:48 AM -05:00

- BP : 150/86
- Intensity : 4

### Vital Signs FS from 10/3/2016 11:34 AM:

- Temperature : 98.1 F
- Site : Oral
- Pulse : 90
- Respirations : 18
- BP : 155/81
- Site : LUE
- Weight : 234.0/ lbs,oz
- Intensity : 4
- Height : 5.0/2.0 ft,in
- Body Mass Index : 42.7

# ☑ Results

### Chemistry from 10/3/2016 12:45 PM

**Glucose** 97 MG/DL *(70-105 MG/DL)*
**BUN** 9 MG/DL *(7.0-18.7 MG/DL)*
**Creatinine** 0.8 MG/DL *(0.57-1.11 MG/DL)*
**Sodium** 141 MMOLL *(136-145 MMOLL)*
**Potassium** 3.6 MMOLL *(3.4-5.2 MMOLL)*
**Chloride** 106 MMOLL *(98-107 MMOLL)*
**CO2** 25 MEQ/L *(22-29 MEQ/L)*
**Anion Gap** 10 NM *(NM NM)*
**BUN/Cret Ratio** 11.2 RATIO *(NM RATIO)*
**Calcium** 9.1 MG/DL *(8.4-10.2 MG/DL)*
**Total Protein** 6.8 G/L *(6.4-8.3 G/L)*
**Albumin** 3.6 G/DL *(3.5-5.0 G/DL)*
**Globulin** 3.2 NM *(NM NM)*
**A/G Ratio** 1.1 RATIO *(NM RATIO)*
**Alkaline Phosphatase** 64 U/L *(40-150 U/L)*
**Bilirubin, Total** 0.7 MG/DL *(0.2-1.2 MG/DL)*
**AST** 19 U/L *(5-34 U/L)*
**ALT** 19 U/L *(0-55 U/L)*
**GFR** 92 NM *(>= 60 NM)*
**Lipase** 12 U/L *(8-78 U/L)*

### Hematology from 10/3/2016 12:45 PM

**WBC** 6.5 X10E3 *(4.1-10.9 X10E3)*
**RBC** 4.32 X10E6 *(4.20-6.30 X10E6)*
**Hematocrit** 36.2 % L *(37.0-51.0 %)*
**Hemoglobin** 11.8 G/DL L *(12.0-18.0 G/DL)*
**MCV** 83.7 FL *(80.0-97.0 FL)*
**MCH** 27.2 PG *(26.0-32.0 PG)*
**MCHC** 32.5 G/DL *(31.0-36.0 G/DL)*
**RDW** 13.7 % *(11.5-14.5 %)*
**Platelet Count** 255 X10E3 *(140-440 X10E3)*
**MPV** 7.1 FL *(7.0-9.0 FL)*
**Neutrophils Absolute** 3.3 X10E3 *(2.0-7.8 X10E3)*
**Lymphocytes Absolute** 2.2 X10E3 *(0.6-4.1 X10E3)*
**Monocytes Absolute** 0.7 X10E3 *(0.0-1.8 X10E3)*
**Eosinophils Absolute** 0.2 X10E3 *(NM X10E3)*
**Basophils Absolute** 0.1 X10E3 *(NM X10E3)*
**Neutrophils %** 51.1 % *(37.0-92.0 %)*
**Lymphocytes %** 34.3 % *(10.0-58.5 %)*
**Monocytes %** 10.5 % *(0.1-24.0 %)*
**Eosinophils %** 3.3 % *(0.0-8.0 %)*
**Basophils %** 0.9 % *(0.0-2.0 %)*

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:48 AM -05:00

## ☑ Problems

**Encounter Diagnosis**
- Gastroenteritis Status:Active.
- Stomach Cramps Status:Active.

**Additional Problems**
- Acute Bronchitis Status:Active.
- Asthma Status:Active.
- Breast Cancer Status:Active.
- CAD Status:Active.
- Cough Status:Active.
- CVA Status:Active.
- Dyslipidemia Status:Active.
- HTN Status:Active.

## ☑ Encounters

**Encounter Diagnosis**
- Gastroenteritis Status:Active.
- Stomach Cramps Status:Active.

## ☑ Plan of Care

## ☑ Procedures

No relevant procedures performed.

## ☑ Immunizations

No immunizations administered or ordered.

## ☑ Hospital Course

## ☑ Hospital Discharge Instructions

**Detailed Instructions FS from 10/3/2016 3:38 PM:**

- Return to Work Date : 10/5/2016

## ☑ Allergies, Adverse Reactions, Alerts

- Mucinex causes Unknown.
- Naprosyn causes Moderate Hives.
- IV DYE, IODINE CONTRAST causes Severe Shortness of Breath.
- Penicillins causes Severe Swelling/Edema.
- No Latex Allergy.
- No Known Food Allergies.

## ☑ Medication

It is the responsibility of the patient or patient representative to confirm the list of medications with either the patient's personal care provider or the patient's follow-up care provider to ensure the patient has an appropriate list of medications to take at home.

**Discharge medications**

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:48 AM -05:00

### New medications

- ondansetron HCl (Zofran) 4 mg Tablet, Ordered By: Tara Oden, MD
  Directions: 1 tablet oral every eight hours PRN nausea or vomiting

### Stopped medications

- None

Created by: WFE CCD on October 06, 2016

Confidential Report. Dispose of Appropriately!

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:49 AM -05:00



### New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

**Soarian© Tracking Board Discharge Report - Discharge Instructions**

| | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Visit Information

You were seen in the New Orleans East Hospital Emergency Department.

Arrival Date/Time:          10/03/2016 at 11:29 am

Your chief complaint was:     fever nausea vomiting diarrhea sweating chills

Your diagnosis is:          Gastroenteritis

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:49 AM -05:00



**New Orleans East Hospital**

5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

**Soarian© Chart Report - Visit**

| | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Visit Information

| | |
|---|---|
| Arrival Date/Time: | 10/03/2016  11:29 |
| Discharge Date/Time: | 10/03/2016  16:05 |
| Patient Complaint: | fever nausea vomiting diarrhea sweating chills |
| Treating Complaint: | Stomach Cramps |
| Disposition Diagnoses: | Gastroenteritis |
| Disposition: | Discharge |
| Dispositioning Provider: | Tara Oden, MD, Yaowapron Weroha, RN |

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 | **Patient ID:** | 30074109 |

Chart Report - Visit  Page 1 of 1

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 16-Nov-16 08:02

THOMAS, BRENDA ENC# 40081688 OPT EMR 10/3/2016 - 10/3/2016 7/26/2017 11:24:49 AM -05:00



**New Orleans East Hospital**

5620 Read Blvd
New Orleans LA 70127
Phone: 504 592 6600

### Soarian© Tracking Board Discharge Report - Discharge Instructions

| | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

---

### Visit Information

You were seen in the New Orleans East Hospital Emergency Department.

Arrival Date/Time:            10/03/2016 at 11:29 am

Your chief complaint was:        fever nausea vomiting diarrhea sweating chills

Your diagnosis is:            Gastroenteritis

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:49 AM -05:00



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone: 504 592 6600

| Soarian© Chart Report - Vital Signs |
|---|

| | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30074109 |
| Age/Sex: | 66Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 10/03/2016 11:29 | | |
| Provider: | Tara Oden, MD | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

## Vital Signs

| | 10/03/16 16:04 faowapron Weroha, RN | 10/03/16 14:55 Darcy McCaskell, RN | 10/03/16 12:40 Darcy McCaskell, RN | 10/03/16 11:34 Amy Attaway |
|---|---|---|---|---|
| Temperature | | | | 98.1 F |
| Site | | | | Oral |
| Pulse | 81 | 80 | 74 | 90 |
| Site | Monitor | | | Monitor |
| BP | 149/71 H | 149/79 H | 150/86 H | 155/81 H |
| Site | LUE | | | LUE |
| Position | Sitting | | | Sitting |
| Method | Automated | | | Automated |
| Respirations | 18 | 20 | 20 | 18 |
| Pulse Ox (%) | 100 | 100 | 99 | 97 |
| Height | | | | 5.0/2.0 ft,in |
| How Obtained | | | | Patient Statement |
| Weight | | | | 234.0 lbs,oz |

| | | | | | |
|---|---|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30074109 |

Chart Report - Vital Signs  Page 1 of 2

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler

Printed On: 16-Nov-16 08:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:49 AM -05:00

## Vital Signs

|  | 10/03/16<br>16:04<br>Taowapron Weroha, RN | 10/03/16<br>14:55<br>Darcy McCaskell, RN | 10/03/16<br>12:40<br>Darcy McCaskell, RN | 10/03/16<br>11:34<br>Amy Attaway |
|---|---|---|---|---|
| Intensity |  | 4 | 4 | 4 |

Name:    Brenda Thomas           MRN:    20019109           Patient ID:    30074109

Chart Report - Vital Signs  Page 2 of 2

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.     Printed By: JS - Job Scheduler
Crystal Reports © 2016 Business Objects SA. All rights reserved.     Printed On: 16-Nov-16 06:03

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:49 AM -05:00



**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

### Soarian© Chart Report - Vital Signs

| | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30074109 |
| **Age/Sex:** | 66Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 10/03/2016  11:29 | | |
| **Provider:** | Tara Oden, MD | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Vital Signs

| | 10/03/16 16:04 raowapron Weroha, RN | 10/03/16 14:55 Darcy McCaskell, RN | 10/03/16 12:40 Darcy McCaskell, RN | 10/03/16 11:34 Amy Attaway |
|---|---|---|---|---|
| Temperature | | | | 98.1 F |
| Site | | | | Oral |
| Pulse | 81 | 80 | 74 | 90 |
| Site | Monitor | | | Monitor |
| BP | 149/71 H | 149/79 H | 150/86 H | 155/81 H |
| Site | LUE | | | LUE |
| Position | Sitting | | | Sitting |
| Method | Automated | | | Automated |
| Respirations | 18 | 20 | 20 | 18 |
| Pulse Ox (%) | 100 | 100 | 99 | 97 |
| Height | | | | 5.0/2.0  ft,in |
| How Obtained | | | | Patient Statement |
| Weight | | | | 234.0  lbs,oz |

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 | **Patient ID:** | 30074109 |

Chart Report - Vital Signs  Page 1 of 2

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 03-Oct-16 16:02

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:24:49 AM -05:00

## Vital Signs

| | 10/03/16 16:04 Yaowapron Weroha, RN | 10/03/16 14:55 Darcy McCaskell, RN | 10/03/16 12:40 Darcy McCaskell, RN | 10/03/16 11:34 Amy Attaway |
|---|---|---|---|---|
| Intensity | | 4 | 4 | 4 |

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 03-Oct-16 18:02

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:49 AM -05:00

| NH EMERGENCY DEPT Admission Form | Encounter # | MR# | Enc Start Date  Time | | Pt Location | | |
|---|---|---|---|---|---|---|---|
| | 40025438 | 20019109 | 04/16/2015 19:30 | | NEDM ED1818 | | |
| | ECD# | LOC | | Clin Svc | EPT | | Enc Type |
| | 30024200 | Acute | | EMR | ER | | OP |
| | Adm Dx Code | Desc | | | PAT | Adm Type | |
| | 786.2 | COUGH | | | N | Emergency | |
| | | | | | Gdr | MS | |
| | | | | | F | W | |
| | County | Birth Place | | Race | Soc Sec # | | |
| | | | | Black | xxx-xx-1479 | | |
| | Age | Birth Date | Religion | | Adm Clerk | | |
| | 67Y | 11/22/1949 | | | nel47892 | | |

| Patient Name Address, Phone | | Employer Name, Address, Phone | Emplm Sts |
|---|---|---|---|
| Thomas, Brenda<br>12990 N. Lake Carmel<br>New Orleans, LA 70126<br>**Home:**<br>**Day:** | Cell: 504-300-3027 | | Unemp |

| Guarantor Name, Pt Rel, Address, Phone | | Guarantor Empr, Address, Phone | Emplm Sts |
|---|---|---|---|
| Thomas, Brenda<br>12990 N. Lake Carmel<br>New Orleans, LA 70126<br>**Phone:** | Self<br>SS#: xxx-xx-1479<br><br>504-300-3027 | | Unemp |

| Emergency Contact 1 | | Emergency Contact 2 |
|---|---|---|
| Taylor, Tamela (Patient is: Parent)<br>**Phone 1:**  504-220-1023 | **Phone 2:** | **Phone 1:  Phone 2:** |

| Insurance 1 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| Medicare/Medicare A<br>P.O. Box 3103<br>Mechanicsburg,, PA 170551819<br>800-633-4227<br>Verified? Y | 437861479A | | Brenda Thomas |
| | **Referral/Authorization #** | | **Subscriber Employer** |
| | | | |
| | **Eff. Date** | **Pre-Cert. Phone** | |
| | 08/01/11 | | |

| Insurance 2 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| Medicare/Medicare B<br>P.O. Box 3103<br>Mechanicsburg,, PA 170551819<br>800-633-4227<br>Verified? Y | 437861479A | | Brenda Thomas |
| | **Referral/Authorization #** | | **Subscriber Employer** |
| | | | |
| | **Eff. Date** | **Pre-Cert. Phone** | |
| | 08/01/11 | | |

| Insurance 3 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| | | | |
| | **Referral/Authorization #** | | **Subscriber Employer** |
| Verified? | **Eff. Date** | **Pre-Cert. Phone** | |

| Insurance 4 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| | | | |
| | **Referral/Authorization #** | | **Subscriber Employer** |
| Verified? | **Eff. Date** | **Pre-Cert. Phone** | |

| Patient Primary Physician | | Adm Source | Confidential Reason | | Infectious Disease | |
|---|---|---|---|---|---|---|
| Cooper, Michele M | 120000 | Non-Health Care Fac | | | | |
| **Admitting Physician, ID** | | **Last Enc Date** | **Visitor Restriction** | | **Release of Info** | **Benefits Assigned** |
| | | 10/03/2016 | | | Y | On File |
| **Attending Physician, ID** | | **Health Care Proxy Sts** | **Behavioral Hlth** | | **Maiden Name** | |
| Mitchell, Anthony, MD 120399 | | | | | | |

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:49 AM -05:00

| Encounter Primary Physician | | | | | | |
|---|---|---|---|---|---|---|
| **Incident Date** | **Incident Type** | **Inc St/Prov** | **Incident Description / Location** | | | |
| 04/08/15 | Onset | | Cough/chest congestion | | | |
| **Patient Notification Category** | | | **Patient Notification** | | **Start Date** | **End Date** |

Printed: 07/26/2017 11:09                                                                User: E Franklin

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:49 AM -05:00

## New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

| Soarian© Chart Report - Allergies |
|---|

| | | | |
|---|---|---|---|
| Name: | Brenda  Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30024200 |
| Age/Sex: | 65Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 04/16/2015  19:30 | | |
| Provider: | Tracey Mattio | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

### Allergies

| Allergy | Onset | Reaction | Severity | Allergy Type | Comments |
|---|---|---|---|---|---|
| **Allgery Indicators:** | | | | | |
| IV DYE, IODINE CONTRAST | | Shortness of Breath | Severe | Drug | swelling in the throat |
| Penicillins | | Swelling/Edema | Severe | | Hives |
| Naprosyn | | Hives | Moderate | | |
| Mucinex | | Unknown | | | Dystonia |
| No Known Food Allergies | | | | Food | |

### Allergy History

| | Changed By | Revised Date Time |
|---|---|---|
| **Reassessments** | | |
| Reassess: Update | Blackmon, Lorena | 04/16/2015  19:56 |

**IV DYE, IODINE CONTRAST  (Drug)**

| | | Changed By | Revised Date Time |
|---|---|---|---|
| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015  19:54 |
| Value | swelling in the throat | | |
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015  19:54 |
| Value | Shortness of Breath | | |
| Field Name | Severity of Shortness of Breath | Blackmon, Lorena | 04/16/2015  19:54 |
| Value | Severe | | |

| | | | | |
|---|---|---|---|---|
| Name: | Brenda  Thomas | MRN:  20019109 | Patient ID: | 30024200 |

Chart Report - Allergies  Page 1 of 3

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:49 AM -05:00

| Allergy History | | | |
|---|---|---|---|

### IV DYE, IODINE CONTRAST  (Drug)

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### Mucinex  (Drug)

| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Value | Dystonia | | |
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:55 |
| Value | Unknown | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:55 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:55 |

### Naprosyn  (Drug)

| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Value | Hives | | |
| Field Name | Severity of Hives | Blackmon, Lorena | 04/16/2015 19:55 |
| Value | Moderate | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:55 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:55 |

### No Allergy Information  (Drug)

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | InActive | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### No Known Allergies  (Drug)

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | InActive | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:49 AM -05:00

---

| Allergy History | | | |
|---|---|---|---|

### No Known Drug Allergies (Drug)

| | | | |
|---|---|---|---|
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | InActive | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### No Known Food Allergies (Food)

| | | | |
|---|---|---|---|
| Field Changed | Status | Blackmon, Lorena | 04/16/2015 19:55 |
| Prior Value | Not selected | | |
| New Value | Active | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Not selected | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### Penicillins (Drug)

| | | | |
|---|---|---|---|
| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Hives | | |
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Swelling/Edema | | |
| Field Name | Severity of Swelling/Edema | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Severe | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

---

| | | |
|---|---|---|
| **Name:** Brenda Thomas | **MRN:** 20019109 | **Patient ID:** 30024200 |

Chart Report - Allergies  Page 3 of 3

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:49 AM -05:00

# New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone: 504 592 6600

| Soarian© Chart Report - Allergies |
|---|

| | | | | |
|---|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30024200 |
| Age/Sex: | 65Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 04/16/2015 19:30 | | |
| Provider: | Tracey Mattio | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2481452 | | |

## Allergies

| Allergy | Onset | Reaction | Severity | Allergy Type | Comments |
|---|---|---|---|---|---|
| **Allgery Indicators:** | | | | | |
| IV DYE, IODINE CONTRAST | | Shortness of Breath | Severe | Drug | swelling in the throat |
| Penicillins | | Swelling/Edema | Severe | | Hives |
| Naprosyn | | Hives | Moderate | | |
| Mucinex | | Unknown | | | Dystonia |
| No Known Food Allergies | | | | Food | |

## Allergy History

| | | Changed By | Revised Date Time |
|---|---|---|---|
| **Reassesments** | | | |
| | Reassess: Update | Blackmon, Lorena | 04/16/2015 19:56 |

**IV DYE, IODINE CONTRAST  (Drug)**

| | | Changed By | Revised Date Time |
|---|---|---|---|
| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | swelling in the throat | | |
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Shortness of Breath | | |
| Field Name | Severity of Shortness of Breath | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Severe | | |

| | | | |
|---|---|---|---|
| Name: Brenda Thomas | MRN: 20019109 | Patient ID: 30024200 | |

Chart Report - Allergies   Page 1 of 3

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 00:02

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:49 AM -05:00

| Allergy History | | | |
|---|---|---|---|

### IV DYE, IODINE CONTRAST (Drug)

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### Mucinex (Drug)

| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Value | Dystonia | | |
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:55 |
| Value | Unknown | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:55 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:55 |

### Naprosyn (Drug)

| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Value | Hives | | |
| Field Name | Severity of Hives | Blackmon, Lorena | 04/16/2015 19:55 |
| Value | Moderate | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:55 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:55 |

### No Allergy Information (Drug)

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | InActive | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### No Known Allergies (Drug)

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | InActive | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

---

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30024200 |
|---|---|---|---|---|---|

Chart Report - Allergies  Page 2 of 3

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 00:02

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:49 AM -05:00

| Allergy History | | | |
|---|---|---|---|

### No Known Drug Allergies (Drug)

| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | InActive | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### No Known Food Allergies (Food)

| Field Changed | Status | Blackmon, Lorena | 04/16/2015 19:55 |
|---|---|---|---|
| Prior Value | Not selected | | |
| New Value | Active | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Not selected | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

### Penicillins (Drug)

| Field Name | Clinician Comments | Blackmon, Lorena | 04/16/2015 19:54 |
|---|---|---|---|
| Value | Hives | | |
| Field Name | Reaction | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Swelling/Edema | | |
| Field Name | Severity of Swelling/Edema | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Severe | | |
| Field Name | Status | Blackmon, Lorena | 04/16/2015 19:54 |
| Value | Active | | |
| | Added as Allergy | Blackmon, Lorena | 04/16/2015 19:54 |

---

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 00:02

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:49 AM -05:00

## New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

| Soarian© Chart Report - Assessments | | | |
|---|---|---|---|
| Name: | Brenda  Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30024200 |
| Age/Sex: | 65Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 04/16/2015  19:30 | | |
| Provider: | Tracey Mattio | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

## Assessments

| Vital Signs | 04/16/15 21:26 |
|---|---|
| Assessant Status | Complete |
| Collected By | Hoan Sam |
| Temperature | 98.6 F |
| Site | Oral |
| Pulse | 89 |
| Site | Apical |
| Character | Regular |
| Respirations | 20 |
| O2 Saturation (%) | 96 |
| Supplement O2 | No |
| BP | 145/79  *H* |
| Site | Left Arm |
| Position | Sitting |
| Method | Automated Cuff |
| Height | 5.0/4.0 ft,in |
| How Obtained | Stated |

| Name: | Brenda  Thomas | MRN: | 20019109 | Patient ID: | 30024200 |
|---|---|---|---|---|---|

Chart Report - Assessments  Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:49 AM -05:00

## Assessment Report

| | |
|---|---|
| **Pt Name:** | Thomas, Brenda |
| **Pt ID:** | 0100015218 |
| **DOB:** | 11/22/1949 |
| **Adm DTime:** | 04/16/2015  19:30 |
| **Nurs Sta:** | ED Sub |
| **Dx:** | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins |

| | |
|---|---|
| **MRN:** | 20019109 |
| **Acct No:** | 30024200 |
| **Age/Sex:** | 65Y/F |
| **Atn Dr:** | Mitchell, Anthony |
| **Rm & Bed:** | |

### Vital Signs

| | 04/16/15 21:26 |
|---|---|
| Collected By | Hoan Sam |
| **Clinical Note** | |
| Status | Complete |
| Temperature | 98.6 F |
| Site | Oral |
| Pulse | 89 |
| Site | Apical |
| Character | Regular |
| Respirations | 20 |
| O2 Saturation (%) | 96 |
| Supplement O2 | No |
| BP | 145/79  *H* |
| Site | Left Arm |
| Position | Sitting |
| Method | Automated Cuff |
| Height | 5.0/4.0 ft,in |
| How Obtained | Stated |

Assessment Report

ORE_0010_DSCH_NBR.rpt v1.00

Printed By :JS

Printed On: 17-Apr-15 03:02

© 2003-2015 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2015 Business Objects Software Limited. All rights reserved.

Page 1 of 1  Printed by: UGV3_fra46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:50 AM -05:00

## New Orleans East Hospital

5620 Read Blvd

New Orleans LA 70127

Phone: 504 592 6600

| Soarian© Chart Report - Assessments | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015 19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Assessments

| Vital Signs | 04/16/15 21:28 |
|---|---|
| Assessment Status | Complete |
| Collected By | Hoan Sam |
| Temperature | 98.6 F |
| Site | Oral |
| Pulse | 89 |
| Site | Apical |
| Character | Regular |
| Respirations | 20 |
| O2 Saturation (%) | 96 |
| Supplement O2 | No |
| BP | 145/79 *H* |
| Site | Left Arm |
| Position | Sitting |
| Method | Automated Cuff |
| Height | 5.0/4.0 ft,in |
| How Obtained | Stated |

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30024200 |
|---|---|---|---|---|---|

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.

Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler

Printed On: 17-Apr-15 00:02

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:50 AM -05:00

**\*LE0020\***

**New Orleans East Hospital**

Orleans Parish Hospital
Service District A

LE0020

**THOMAS, BRENDA**

ENC#: 40025438         Admit Date:    4/16/2015

MRN#:   20019109

Attending Physician:      Mitchell, Anthony

## CONDITIONS OF SERVICE AT NEW ORLEANS EAST HOSPITAL

I.  **CONSENT TO MEDICAL AND SURGICAL PROCEDURES AND PHOTOGRAPHS:** I consent to the procedures that may be performed during this hospitalization or while I am an outpatient. These may include, but are not limited to, emergency treatment or services, laboratory procedures, X-ray examinations, medical or surgical treatment or procedures, telehealth services, anesthesia, or hospital services provided to me under the general and specific instructions of my physician or surgeon. I understand that the practice of medicine and surgery is not an exact science and that diagnosis and treatment may involve risks of injury or even death. I acknowledge that no guarantees have been made to me regarding the result of examination or treatment in this hospital.

II.  **LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS:** I understand that generally, the physicians and surgeons furnishing services to me are independent contractors and are not employees or agents of New Orleans East Hospital. Although I will be under the care and supervision of my attending physician, it is the responsibility of New Orleans East Hospital and its nursing staff to carry out the instructions of my physician. It is the responsibility of my physician or surgeon to obtain any informed consent, when required, for the medical or surgical treatments, special diagnostic or therapeutic procedures, or hospital services I receive under their instructions. Separate bills will be submitted to me by New Orleans East Hospital, my physician(s), and independent contractors.

III.  **PERSONAL BELONGINGS AND VALUABLES:** New Orleans East Hospital maintains a secure area for the safekeeping of money and valuables, and will not be liable for the loss of or damage to any personal property not formally deposited in this secure area, including but not limited to, money, jewelry, documents, fur garments, dentures, eyeglasses, hearing aids, prosthetics, or other personal property. The maximum liability of New Orleans East Hospital for loss of any personal property that is deposited with New Orleans East Hospital for safekeeping is limited to five hundred dollars ($500.00), without a written receipt from New Orleans East Hospital for a greater amount.

IV.  **DRUG LIST:** Unless my provider specifies otherwise, I agree and consent to New Orleans East Hospital dispensing chemically identical or therapeutically comparable ("generic") drugs from a drug list approved by New Orleans East Hospital's Medical Staff, as part of its formulary system.

V.  **MEDICAID PATIENT'S RELEASE OF INFORMATION:** I certify that all information given by me in applying for payment under Title XIX of the Social Security Act is correct. I authorize release of information needed to act on this request. I request that payment of authorized benefits be made on my behalf.

VI.  **MEDICARE PATIENT'S RELEASE OF INFORMATION:** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I assign payment for the unpaid charges of the physician for whom New Orleans East Hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by other insurance.

VII.  **FINANCIAL OBLIGATIONS:** I hereby obligate myself to pay New Orleans East Hospital for all care, services, and treatment I receive, according to New Orleans East Hospital's regular rates and fee schedules. If I am covered by a health plan or insurance policy, I agree to provide current and accurate information prior to or at the time of admission/registration. I certify that I have complied with all insurance company requirements for referrals, pre-authorizations, and family coverage to avoid payment denial. I understand that if I have failed to comply with these requirements, I will be responsible for the bill. If I am eligible to receive benefits under a health care service plan with which New Orleans East Hospital has contracted, I may be required to pay for some services pursuant to the plan's contract. If I wish a private room, I understand that I am responsible for its cost. If my health care plan determines New Orleans East Hospital's services to me are not medically necessary, I authorize New Orleans East Hospital to represent me in any review of the determination made by or on behalf of my health care plan. If non-insurance payments are made on my account exceeds the total amount due, including without limitation any late charge, New Orleans East Hospital is authorized to apply that excess to any pre-existing account for medical services furnished me prior to this admission. In the event, my account become delinquent and is referred to an attorney or a collection agency, I will be expected to pay attorney fees, court costs, and collection expenses. I am responsible for any non-covered services, deductibles, and co-payments. All delinquent accounts shall bear interest at the maximum rate allowed by law.

If proof of Medicaid eligibility is not provided to New Orleans East Hospital within 24 hours of service, I will be liable for all charges incurred at the time of service. If I fail to provide New Orleans East Hospital a copy of my current commercial insurance card at the time of service or admission or if I am not accepted by New Orleans East Hospital as a commercially insured patient, I will be liable for all charges incurred at the time of service or admission.

Form # LE2850                                    Page 1 of 2

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:50 AM -05:00

THOMAS, BRENDA

ENC#: 40025438    Admit Date: 4/16/2015

LE0020

MRN 20019109  Gende  F

DOB:   11/22/194
                     0

Patient Name: THOMAS, BRENDA _____ Patient Account #: 40025438 _____

**VIII.   CONSENT TO USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:** I understand that as part of my health care, New Orleans East Hospital will originate and maintain health records related to the care I receive. This Health Information may be stored on paper, computer, film, or other medium, and may be released to and acquired from persons involved in my care, including but not limited to insurance companies, pharmacies and physicians, and their agents and assigns. I authorize New Orleans East Hospital to release and/or acquire and transmit electronically any or all Health Information requested for purposes of patient care, treatment, or health care operations.

New Orleans East Hospital's Notice of Privacy Practices ("Notice") provides a more complete description of Health Information uses and disclosures. I understand that I have the right to receive and review the Notice prior to signing this Consent. I also understand that New Orleans East Hospital reserves the right to change its Notice; and that I may obtain a copy of any revised Notice upon request.

While I have the right to request restrictions as to how my Health Information may be used or disclosed to carry out treatment, payment, or healthcare operations, New Orleans East Hospital is not required to agree to the restrictions requested. If my restrictions are accepted, New Orleans East Hospital will be bound to uphold my request, unless the Health Information is needed to provide emergency treatment. I understand that I may revoke this Consent in writing, except to the extent that New Orleans East Hospital has already taken action in reliance thereon.

Unless I otherwise object below, I agree to the disclosure of my Health Information for facility directory purposes.

❏ *I do not permit the disclosure for facility directory purposes of my name, location, or general condition to persons who ask for me by name.*

❏ *I do not permit the disclosure to members of the clergy of my name, location, or general condition, or religious affiliation.*

**IX.   ASSIGNMENT OF BENEFITS:** In consideration of the care and services furnished and to be furnished by New Orleans East Hospital, I assign and hereby authorize, whether I sign as agent or as Patient, direct payment to New Orleans East Hospital and/or to any Hospital based physician of all insurance and health plan benefits otherwise payable to or on behalf of me for this hospitalization or for these outpatient services, including emergency services if rendered. It is understood by me that I am financially responsible to New Orleans East Hospital for charges not covered by this assignment.

**X.   I HAVE RECEIVED THE ADDITIONAL FACILITY SPECIFIC ADDENDUMS, IF APPLICABLE:**

- Notice of Privacy Practices
- Information regarding Advance Directives
- Important Message from Medicare
- Preventing Infection in the Hospital
- Patient's Rights and Responsibilities
- Important Message from TriCare (Champus)
- Smoking Cessation

**XI.   FINANCIAL RESPONSIBILITY BY PERSON OTHER THAN THE PATIENT OR PATIENT'S LEGAL REPRESENTATIVE**

I agree to accept financial responsibility for services rendered to the Patient and to unconditionally accept the terms of the Financial Obligations (Paragraph VIII) and Assignment of Benefits (Paragraph IX) set forth above.

4/16/2015
_____        _Brenda G Thomas_____        _____
**Date**          **Financially Responsible Party**          **Witness**

I CERTIFY THAT I HAVE READ SECTIONS I THROUGH XI OF THE FOREGOING, RECEIVED A COPY THEREOF, AND AM THE PATIENT, THE PATIENT'S LEGAL REPRESENTATIVE, OR AM DULY AUTHORIZED BY THE PATIENT AS THE PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

_Brenda G Thomas_____                4/16/2015 7:30:56 PM
**Signature of Patient–Guarantor–Policy**          **TIME and DATE**
**Holder–Assignor–Parent–Guardian**

_____                _____
**If other than Patient, indicate Relationship**          **Reason Patient is unable to sign (if applicable)**

                                    4/16/2015 7:30:56 PM

**Admission Personnel**                **TIME and DATE**
Form # LE2850                    Page 2 of 2

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:50 AM -05:00

### New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

| Soarian© Chart Report - Discharge Instructions |||||
|---|---|---|---|---|
| **Name:** | Brenda  Thomas | | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | | |
| **Provider:** | Tracey Mattio | | | |
| **Primary Care Physician:** | Michele M Cooper | | | |
| **PCP Phone Number:** | 504 2461452 | | | |

**Discharge Instructions**

Collected On: 04/16/2015  21:40

Discharge Instructions
Discharge Instructions:

## Acute Bronchitis

You have acute bronchitis. This means you have a chest cold. The airways in your lungs are red and sore (*inflamed*). Acute means it is sudden onset.

## CAUSES

Bronchitis is most often caused by the same virus that causes a cold.

## SYMPTOMS

- Body aches.
- Chest congestion.
- Chills.
- Cough.
- Fever.
- Shortness of breath.
- Sore throat.

## TREATMENT

Acute bronchitis is usually treated with rest, fluids, and medicines for relief of fever or cough. Most symptoms should go away after a few days or a week. Increased fluids may help thin your secretions and will prevent dehydration. Your caregiver may give you an inhaler to improve your symptoms. The inhaler reduces shortness of breath and helps control cough. You can take over-the-counter pain relievers or cough medicine to decrease coughing, pain, or fever. A cool-air vaporizer may help thin bronchial secretions and make it easier to clear your chest.

Antibiotics are usually not needed but can be prescribed if you smoke, are seriously ill, have chronic lung problems, are elderly, or you are at higher risk for developing complications. Allergies and asthma can make bronchitis worse. Repeated episodes of bronchitis may cause longstanding lung problems.

| Pt Name:  Brenda  Thomas | **MRN:**  20019109 | **Patient ID:**  30024200 |
|---|---|---|

Chart Report - Discharge Instructions  Page 1 of 2

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:50 AM -05:00

---

## Discharge Instructions

continued from previous page

Avoid smoking and secondhand smoke. Exposure to cigarette smoke or irritating chemicals will make bronchitis worse. If you are a cigarette smoker, consider using nicotine gum or skin patches to help control withdrawal symptoms. Quitting smoking will help your lungs heal faster.

Recovery from bronchitis is often slow, but you should start feeling better after 2 to 3 days. Cough from bronchitis frequently lasts for 3 to 4 weeks.

To prevent another bout of acute bronchitis:

- Quit smoking.
- Wash your hands frequently to get rid of viruses or use a hand sanitizer.
- Avoid other people with cold or virus symptoms.
- Try not to touch your hands to your mouth, nose, or eyes.

## SEEK IMMEDIATE MEDICAL CARE IF:

- You develop increased fever, chills, or chest pain.
- You have severe shortness of breath or bloody sputum.
- You develop dehydration, fainting, repeated vomiting, or a severe headache.
- You have no improvement after 1 week of treatment or you get worse.

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 01/25/2006 Document Revised: 03/11/2013 Document Reviewed: 04/11/2012
ExitCare® Patient Information ©2013 ExitCare, LLC.
Activity Recommendations: As Tolerated

---

Collected On: 04/16/2015  21:40

Follow Up Care
Patient's Stated Primary Care Provider: Cooper, Michele M
Follow Up Instance: 1st
    1st Provider Follow Up: Provider Name/Group: Cooper, Michele M; Address and Telephone: 9801 Lake Forest Blvd., New Orleans LA 701270000 (504)2461452; Instructions: Follow up with PCP in 2 to 3 days. Return to ER if symptoms persist and or worsen.

---

Collected On: 04/16/2015  21:40

Electronically signed by Tracey Mattio on 04/16/2015 21:41

---

Pt Name:  Brenda  Thomas                MRN:  20019109            Patient ID:  30024200

Chart Report - Discharge Instructions  Page 2 of 2

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:50 AM -05:00

## Discharge Medication List

| | | | |
|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | **Acct No:** | 30024200 |
| **DOB:** | 11/22/1949 | **Age/Sex:** | 65Y/Female |
| **Adm DTime:** | 04/16/2015 19:30 | **Atn Dr:** | Mitchell, Anthony |
| **Nurs Sta:** | ED Sub | **Rm & Bed:** | ED18 |
| **Dx:** | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | |

### Take These Medications

ipratropium bromide (AtroVENT HFA) 17 mcg/Actuation HFA Aerosol Inhaler

Directions:  2 puff by inhalation four times daily  as needed for shortness of breath
Additional Instructions:  and cough
       Last Dose Given Date: _____ Time: _____
Printed for:

predniSONE  20 mg Tablet

Directions:  3 tablets oral daily
Additional Instructions:  x 5 days
       Last Dose Given Date: _____ Time: _____
Printed for:

_____
Patient Signature                    Date

_____          _____
Physician Signature          Date          Nurse Signature                    Date

| | | |
|---|---|---|
| **Pt Name:** Thomas, Brenda | **MRN:** 20019109 | Discharge Medication List |
| **Rm/ Bed:** ED18 | Page 1 of 1 | ORE_Med_Rec_DischargeMedications_EDR.rpt v1.00 |

© 2004-2015 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2015 Business Objects Software Limited. All rights reserved.

Printed By : Event Driven Routing
Printed On: 16-Apr-15 21:40

Page 1 of 1  Printed by: U0V3_fra46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

## New Orleans East Hospital

### 5620 Read Blvd
### New Orleans LA 70127
### Phone:  504 592 6600

| Soarian® Chart Report – Discharge Medication Reconciliation | |
|---|---|

| | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/49 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015935 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

**Discharge Rec Status:**    Complete         Collected On:  4/16/2015  9:40:14PM     By:    Tracey Mattio

**Home Med Collection Status:**    In Progress   Collected On: 4/16/2015  7:53:00PM    By: Lorena Blackmon

### Current and Home Medications

| **Source** | | **Action** |
|---|---|---|
| Hospital | ipratropium-albuterol Inhl 0.5 mg-3 mg (2.5 mg base)/3 mL Solution for Nebulization 1 ampule by inhalation one time | Not Continued |

### Discharge Medication List

| **Medication** | **User** |
|---|---|
| ipratropium bromide (AtroVENT HFA) 17 mcg/Actuation HFA Aerosol Inhaler | Tracey  Mattio |
| Directions:   2 puff by inhalation four times daily shortness of breath | |
| Additional Instructions:    and cough | |
| Printed for Retail Pharmacy | |
| predniSONE 20 mg Tablet | Tracey  Mattio |
| Directions:   3 tablets oral daily | |
| Additional Instructions:    x 5 days | |
| Printed for Retail Pharmacy | |

### Pharmacy Information

Phone # :                                                          Fax # :

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 | **Patient ID:** | 30024200 |

Chart Report – Discharge Medication Reconciliation  Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

**Medication List Report**

| | | | | |
|---|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | | **Acct No:** | 30024200 |
| **DOB:** | 11/22/1949 | | **Age/Sex:** | 65Y/F |
| **Adm DTime:** | 04/16/2015  19:30 | | **Atn Dr:** | Mitchell, Anthony |
| **Nurs Sta:** | ED Sub | | **Rm & Bed:** | |
| **Dx:** | | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | | |

**Scheduled Medications**

| Pharmacy ID | Start Date Time / End Date Time | Status / Order Description | Ordering Provider / Signed By / Co-Signed By |
|---|---|---|---|
| 245304 | 04/16/2015 20:50<br>04/16/2015 20:50 | *Discontinue*<br>IPRATROPIUM/ALBUTEROL SULFATE (DUONEB (0.5MG-2.5MG/3ML)) 3 ML = 1 AMP Nebulizer 1X DOSE for 1 Doses | Tracey Mattio<br>Tracey Mattio |

| | | |
|---|---|---|
| **Pt Name:** Thomas, Brenda | **MRN:** 20019109 | **Medication Orders Report** |
| **Rm/ Bed:** | Page 1 of 1 | ORE_0154_DSCH_NBR.rpt v1.00 |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By :JS
Printed On: 17-Apr-15 03:02

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Page 1 of 1  Printed by: UOV3_fra46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

## New Orleans East Hospital

### 5620 Read Blvd
### New Orleans LA 70127
### Phone:  504 592 6600

| Soarian© Chart Report – Discharge Medication Reconciliation |
|---|

| | | | |
|---|---|---|---|
| Name: | Brenda  Thomas | MRN: | 20019109 |
| DOB: | 11/22/49 | Patient ID: | 30024200 |
| Age/Sex: | 65Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 04/16/2015 19:30 | | |
| Provider: | Tracey Mattio | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

Discharge Rec Status:       Complete            Collected On: 4/16/2015  9:40:14PM     By:    Tracey Mattio

Home Med Collection Status:        In Progress  Collected On: 4/16/2015  7:53:00PM     By: Lorena Blackmon

### Current and Home Medications

| Source | | Action |
|---|---|---|
| Hospital | ipratropium-albuterol Inhl 0.5 mg-3 mg (2.5 mg base)/3 mL Solution for Nebulization 1 ampule by inhalation one time | Not Continued |

### Discharge Medication List

| Medication | User |
|---|---|
| ipratropium bromide (AtroVENT HFA) 17 mcg/Actuation HFA Aerosol Inhaler | Tracey  Mattio |
| Directions:   2 puff by inhalation four times daily shortness of breath | |
| Additional Instructions:    and cough | |
|      Printed for Retail Pharmacy | |
| predniSONE 20 mg Tablet | Tracey  Mattio |
| Directions:   3 tablets oral daily | |
| Additional Instructions:    x 5 days | |
|      Printed for Retail Pharmacy | |

### Pharmacy Information

Phone # :                                                      Fax # :

| Name: | Brenda  Thomas | MRN: | 20019109 | Patient ID: | 30024200 |
|---|---|---|---|---|---|

Chart Report – Discharge Medication Reconciliation  Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 00:02

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

*TB Discharge Packet - EDR - Print - Page 1 of 4*

**New Orleans East Hospital**

5620 Read Blvd

New Orleans LA 70127

| Soarian© Tracking Board Discharge Report - Discharge Instructions | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

| Visit Information |
|---|

You were seen in the New Orleans East Hospital Emergency Department.

| Arrival Date/Time: | 04/16/2015 at  7:30 pm |
|---|---|
| Your chief complaint was: | Cough/chest congestion/SOB |
| Your diagnosis is: | Acute Bronchitis |

| Discharge Instructions |
|---|

**Discharge Instructions**
Discharge Instructions:

# Acute Bronchitis

You have acute bronchitis. This means you have a chest cold. The airways in your lungs are red and sore (*Inflamed*). Acute means it is sudden onset.

## CAUSES

Bronchitis is most often caused by the same virus that causes a cold.

## SYMPTOMS

- Body aches.
- Chest congestion.
- Chills.
- Cough.
- Fever.
- Shortness of breath.
- Sore throat.

## TREATMENT

Acute bronchitis is usually treated with rest, fluids, and medicines for relief of fever or cough. Most symptoms should go away after a few days or a week. Increased fluids may help thin your secretions and will prevent

| Name: | Brenda  Thomas | **MRN:** | 20019109 | **Patient ID:** | 30024200 |
|---|---|---|---|---|---|

Discharge Instructions   Page 1 of 2

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Mattio, Tracey
Printed On: 16-Apr-15 21:41

THOMAS, BRENDA ENC# 40025438   OPT   EMR   4/16/2015 - 4/16/2015   7/26/2017 11:24:51 AM -05:00

*TB Discharge Packet - EDR - Print - Page 2 of 4*

| Discharge Instructions |
| --- |

dehydration. Your caregiver may give you an inhaler to improve your symptoms. The inhaler reduces shortness of breath and helps control cough. You can take over-the-counter pain relievers or cough medicine to decrease coughing, pain, or fever. A cool-air vaporizer may help thin bronchial secretions and make it easier to clear your chest.

Antibiotics are usually not needed but can be prescribed if you smoke, are seriously ill, have chronic lung problems, are elderly, or you are at higher risk for developing complications. Allergies and asthma can make bronchitis worse. Repeated episodes of bronchitis may cause longstanding lung problems.

Avoid smoking and secondhand smoke. Exposure to cigarette smoke or irritating chemicals will make bronchitis worse. If you are a cigarette smoker, consider using nicotine gum or skin patches to help control withdrawal symptoms. Quitting smoking will help your lungs heal faster.

Recovery from bronchitis is often slow, but you should start feeling better after 2 to 3 days. Cough from bronchitis frequently lasts for 3 to 4 weeks.

To prevent another bout of acute bronchitis:
- Quit smoking.
- Wash your hands frequently to get rid of viruses or use a hand sanitizer.
- Avoid other people with cold or virus symptoms.
- Try not to touch your hands to your mouth, nose, or eyes.

## SEEK IMMEDIATE MEDICAL CARE IF:
- You develop increased fever, chills, or chest pain.
- You have severe shortness of breath or bloody sputum.
- You develop dehydration, fainting, repeated vomiting, or a severe headache.
- You have no improvement after 1 week of treatment or you get worse.

## MAKE SURE YOU:
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 01/25/2006 Document Revised: 03/11/2013 Document Reviewed: 04/11/2012
ExitCare® Patient Information ©2013 ExitCare, LLC.
Activity Recommendations: As Tolerated

**Follow Up Care**
Patient's Stated Primary Care Provider: Cooper, Michele M
Follow Up Instance: 1st
         1st Provider Follow Up: Provider Name/Group: Cooper, Michele M; Address and Telephone: 9801 Lake Forest Blvd., New Orleans LA 701270000 (504)2461452; Instructions: Follow up with PCP in 2 to 3 days. Return to ER if symptoms persist and or worsen.

**Electronically signed by Tracey Mattio on 04/16/2015 21:41**

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30024200 |
| --- | --- | --- | --- | --- | --- |

Discharge Instructions   Page 2 of 2

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Mattio, Tracey
Printed On: 16-Apr-15 21:41

Page 2 of 4  Printed by: U0V3_fra46901