THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

*TB Discharge Packet - EDR - Print - Page 3 of 4*

## New Orleans East Hospital

### 5620 Read Blvd
### New Orleans LA 70127
### Phone:  504 592 6600

| Discharge Medication List |
|---|

| | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

| Your Discharge Medications |
|---|

### Take These Medications

ipratropium bromide (AtroVENT HFA) 17 mcg/Actuation HFA Aerosol Inhaler
Directions:   2 puff by inhalation four times daily   as needed for shortness of breath
Additional Instructions:   and cough
Printed for:

---

predniSONE  20 mg Tablet
Directions:   3 tablets oral daily
Additional Instructions:   x 5 days
Printed for:

---

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 | **Patient ID:** | 30024200 |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Mattio, Tracey
Printed On: 16-Apr-15 21:41

THOMAS, BRENDA ENC# 40025438 OPT EMR 4/16/2015 - 4/16/2015 7/26/2017 11:24:51 AM -05:00

*TB Discharge Packet - EDR - Print - Page 4 of 4*

## New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127

| Scarian© Tracking Board Discharge Report - Signature Acknowledgement | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015 19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

**Acknowledgement and Receipt of Discharge Instructions**

Discharge instructions have been reviewed with me. I have received and understand my discharge instructions.

**Signature of Nurse:** _____ Date/Time: _____

**Signature of Patient/Responsible Party:** _____ Date/Time: _____
(Parent of guardian if patient is a minor)

**Phone number where patient/responsible party can be reached:** _____

**Patient's Email Address:** _____

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30024200 |
|---|---|---|---|---|---|

Signature Acknowledgement Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Mattio, Tracey
Printed On: 16-Apr-15 21:41

Page 4 of 4  Printed by: U0V3_frs46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

## ALLERGY REPORT

| | | | | |
|---|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | | **Acct No:** | 30024200 |
| **DOB:** | 11/22/1949 | | **Age/Sex:** | 65Y/F |
| **Adm DTime:** | 04/16/2015 19:30 | | **Atn Dr:** | Mitchell, Anthony |
| **Nurs Sta:** | ED Sub | | **Rm & Bed:** | |
| **Dx:** | | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | IV DYE, IODINE CONTRAST | | Shortness of Breath | Severe | swelling in the throat |
| Drug | Penicilins | | Swelling/Edema | Severe | Hives |
| Drug | Naprosyn | | Hives | Moderate | |
| Drug | Mucinex | | Unknown | | Dystonia |
| Food | No Known Food Allergies (Indicator) | | | | |

© 2004-2015 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2015 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 16-Apr-15 22:15

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

## ALLERGY REPORT

| | | | | |
|---|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | | **Acct No:** | 30024200 |
| **DOB:** | 11/22/1949 | | **Age/Sex:** | 65Y/F |
| **Adm DTime:** | 04/16/2015  19:30 | | **Atn Dr:** | Mitchell, Anthony |
| **Nurs Sta:** | ED Sub | | **Rm & Bed:** | |
| **Dx:** | | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | IV DYE, IODINE CONTRAST | | Shortness of Breath | Severe | swelling in the throat |
| Drug | Penicillins | | Swelling/Edema | Severe | Hives |
| Drug | Naprosyn | | Hives | Moderate | |
| Drug | Mucinex | | Unknown | | Dystonia |
| Food | No Known Food Allergies (Indicator) | | | | |

Printed By :JS
Printed On: 17-Apr-15 03:02

© 2004-2015 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2015 Business Objects Software Limited. All rights reserved.

Page 1 of 1  Printed by: 00V3_fra46901

THOMAS, BRENDA ENC# 40025438   OPT   EMR   4/16/2015 – 4/16/2015   7/26/2017 11:24:51 AM –05:00



## NOEH Discharge Orders




New Orleans East Hospital

Orleans Parish Hospital
Service District A

### Including Orders from 20150402 00:00:00 to 20150419 23:59:59

| | | |
|---|---|---|
| **Patient:** Thomas, Brenda | | **Account No:** 30024200 |
| **Birth Date:** 11/22/1949 | **Age/Sex:** 65Y/F | **Med Rec No:** 20019109 |

**Attending Physician:** Anthony Mitchell
**Admitting Dx:**
**Allergies:** IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins
**Admit Date/Time:** 04/16/2015  19:30
**Discharge Date/Time:** 04/16/2015  21:54         **Discharge Unit:** ED Sub

---

**Order ID:** 245301
**Order Type/SubType:** Radiology / DX Radiology
**Order As Written:** DX Chest 2 Views Stat once
**Verbal Order:** False - CPOE Order
**Ordered By:** Tracey Mattio
**Entered By:** Tracey Mattio on 04/16/2015 at 20:48

#### Order History

Order Entered by Tracey Mattio on 04/16/2015 at 20:48
Acknowledged by Hoan Sam on 04/16/2015 at 20:55
In Progress by syngo on 04/16/2015 at 21:33
Completed by syngo on 04/16/2015 at 21:33

**Electronically Signed By:**         Tracey Mattio on 04/16/2015 at 20:48

---

**Order ID:** 245302
**Order Type/SubType:** Respiratory / Treatment Respiratory
**Order As Written:** Nebulizer Treatment Simple, Initial pratropium/Albuterol (Duoneb) 3 mL NEB 1X DOSE
**Verbal Order:** False - CPOE Order
**Ordered By:** Tracey Mattio
**Entered By:** Tracey Mattio on 04/16/2015 at 20:48

#### Order History

Order Entered by Tracey Mattio on 04/16/2015 at 20:48
Acknowledged by Hoan Sam on 04/16/2015 at 20:55
Discontinued by OaRStarter on 04/16/2015 at 22:15
    Reason for Revision:  Visit is closed for the patient

**Electronically Signed By:**         Tracey Mattio on 04/16/2015 at 20:48

---

| | | |
|---|---|---|
| **Run Date/Time:** | 04/18/2015 22:15 | **Page 1 of 2** |
| **Report File Name:** | ORE_U0V3_DischargeOrders_v21.rpt | |

Page 1 of 2   Printed by: U0V3_fra46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00




**New Orleans East Hospital**

Orleans Parish Hospital
Service District A

# NOEH Discharge Orders



## Including Orders from 20150402 00:00:00 to 20150419 23:59:59

| | |
|---|---|
| Patient: **Thomas, Brenda** | Account No: **30024200** |
| Birth Date: **11/22/1949** | Age/Sex: **65Y/F** | Med Rec No: **20019109** |
| Attending Physician: **Anthony Mitchell** | |
| Admitting Dx: | |
| Allergies: **IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins** | |
| Admit Date/Time: **04/16/2015 19:30** | |
| Discharge Date/Time: **04/16/2015 21:54** | Discharge Unit: **ED Sub** |

Order ID: **245303**
Order Type/SubType: **Respiratory / Treatment Respiratory**
Order As Written: **Nebulizer Treatment Simple, Subsequent pratropium/Albuterol (Duoneb) 3 mL NEB 1X DOSE**
Verbal Order: **False - CPOE Order**
Ordered By: **Tracey Mattio**
Entered By: **Tracey Mattio on 04/16/2015 at 20:48**

**Order History**

Order Entered by Tracey Mattio on 04/16/2015 at 20:48
Acknowledged by Hoan Sam on 04/16/2015 at 20:55
Discontinued by OaRStarter on 04/16/2015 at 22:15
   Reason for Revision:  Visit is closed for the patient

**Electronically Signed By:**      Tracey Mattio on 04/16/2015 at 20:48

Order ID: **245304**
Order Type/SubType: **Medication/IV /**
Order As Written: **IPRATROPIUM/ALBUTEROL SULFATE (DUONEB (0.5MG-2.5MG/3ML)) 3 ML = 1 AMP Nebulizer 1X**
          **DOSE for 1 Doses**
Verbal Order: **False - CPOE Order**
Ordered By: **Tracey Mattio**
Entered By: **Tracey Mattio on 04/16/2015 at 20:48**

**Order History**

Order Entered by Tracey Mattio on 04/16/2015 at 20:48

Discontinued by MedSys on 04/16/2015 at 22:15

**Electronically Signed By:**      Tracey Mattio on 04/16/2015 at 20:48

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

## New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

### Soarian© Chart Report - Nurse Notes

| | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## ED Nursing Disposition Note

**Collected On: 04/16/2015  21:52**

**Vital Signs at Discharge**
Discharge Vital Signs:
    Exam Date/Time: 4/16/2015, 9:52 PM
    Temperature: 98.5 deg F; Temperature Site: Oral
    Blood Pressure: 143/77; Blood Pressure Details: Site: LUE; Position: Sitting; Method: Automated
        Continuous Blood Pressure: No
        Pulse: 90 /min; Site: Apical
        Respirations: 19 /min; Respiration Method: Spontaneous
        Pulse Ox: 96 %; Pulse Ox Details: Room Air
        Continuous Pulse Ox: No

**Collected On: 04/16/2015  21:52**

**Patient Disposition**
Disposition: Discharge
        Discharge Details:
            Decision Time: 4/16/2015, 9:38 PM
            Discharged to: Home
            Transition of Care:
                Has the patient been transitioned or referred to another care provider?: Yes
                Transition of Care Document to Pt/Family or Care Provider: Yes
        Patient Condition: Stable
        Patient Improvement: Improved
        Discharge Instruction: Reviewed Discharge Instructions with Patient/Significant Other,
Patient/Significant Other Verbalized Understanding of Discharge Instructions, Patient/Significant Other Received
Written Instructions and Prescription(s) Provided to Patient/Significant Other
        Discharge Instruction Given to: Patient and Daughter

| | | | | | |
|---|---|---|---|---|---|
| **Pt Name:** | Brenda Thomas | **MRN:** | 20019109 | **Patient ID:** | 30024200 |

Chart Report - Nurse Notes  Page 1 of 2

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

**continued from previous page**

Pain: No
IV Access Removed: No / Reason: No IV
Education Provided:
    Education Topic 1
        Education Topic 1 Details: Topic: Medication; Barriers to Learning: None; Evaluation Method:
Verbal
        Teaching Method: Discuss and Reading Materials
    Education Topic 2
        Education Topic 2 Details: Topic: Safety; Barriers to Learning: None; Evaluation Method:
Verbal
        Teaching Method: Discuss and Reading Materials
The patient-specific education provided was suggested by certified EHR technology.: Yes
Flu Vaccination Given: No
Transport Mode: Ambulatory
Accompanied by: Daughter
Departure Time: 4/16/2015, 9:54 PM

---

Collected On: 04/16/2015  21:52

Electronically signed by Hoan Sam on 04/16/2015 21:54

---

| Pt Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30024200 |
|---|---|---|---|---|---|

Chart Report - Nurse Notes  Page 2 of 2

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 – 4/16/2015  7/26/2017 11:24:51 AM –05:00

## New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

### Soarian© Chart Report - Nurse Notes

| | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30024200 |
| Age/Sex: | 65Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 04/16/2015  19:30 | | |
| Provider: | Tracey Mattio | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

## ED Nursing Initial Assessment Note

**Collected On: 04/16/2015  21:08**

**Chief Complaint**
Primary Treating Complaint Details:
    Primary Complaint: Cough
    Primary Complaint Details: Pt reporting cough with SOB and chest congestion for the past week; states she
has a hx Asthma and Bronchitis; no relief with inhaler.
    Mechanism of Injury: None
Patient's Stated Primary Care Provider: Cooper, Michele M

**Collected On: 04/16/2015  21:08**

**Screenings**
Suicide Risk: Suicide Risk?: No
TB Exposure: No
Cough Screening:
    Current Cough: Yes / Duration: 8 Days
    Mask Applied: No
Pneumonia Screening:
    Current Cough: Yes
    Shortness of Breath: No
    History: None
Sepsis Screening:
    SIRS Criteria: None
    Suspected Infection: None

**Collected On: 04/16/2015  21:08**

Pt Name:  Brenda  Thomas        MRN:  20019109        Patient ID:  30024200

Chart Report - Nurse Notes  Page 1 of 2

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS – Job Scheduler
Printed On: 17-Apr-15 12:04

Page 1 of 2  Printed by: UCV3_fra46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

continued from previous page

**Morse Fall Risk Scale**
Hx of Recent Fall: No (0)
Secondary Dx: No (0)
Ambulatory Aid: None/Bedrest/Nurse Assist (0)
IV/Hep Lock: No (0)
Gait/Transferring: Normal/Bedrest/Immobile (0)
Mental Status: Oriented to Own Ability (0)
Morse Fall Scale Total: 0

Collected On: 04/16/2015  21:08

Electronically signed by Hoan Sam on 04/16/2015 21:28

---

Pt Name:    Brenda  Thomas              **MRN:**    20019109          **Patient ID:**    30024200

Chart Report - Nurse Notes  Page 2 of 2

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

## New Orleans East Hospital

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

**Soarian© Chart Report - Triage**

| | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## ED Nursing Triage Note

**Collected On: 04/16/2015  19:46**

**Triage**

Triage Start: 4/16/2015, 7:47 PM

Primary Treating Complaint Details:

    Primary Treating Complaint: Cough

    Primary Complaint Details: Pt reporting cough with SOB and chest congestion for the past week; states she has a hx Asthma and Bronchitis; no relief with inhaler.

    Mechanism of Injury: None

Historian: Self

Patient's Stated Primary Care Provider: Cooper, Michele M

Arrival Information:

    From: Home

    Mode: Walk In

    Treatment PTA: None

    Accompanied by: Daughter

Triage Vital Signs:

    Temperature: 98.6 deg F; Site: Oral

    Blood Pressure: 142/71

    Pulse: 85 /min; Site: Brachial

    Respirations: 20 /min; Respiration Method: Spontaneous

    Pulse Ox: 99 %; Pulse Ox Details: Room Air

    Height: 5 ft 4 in; Height Method: Patient Statement

    Weight: 220 lbs

    BMI: 37.7

    Continuous Blood Pressure: No

    Continuous Pulse Ox: No

    Current Pain Level: 8

            Pain Details: Location: Chest; Quality: Tightness; Exacerbated by: Cough

    Glasgow Coma Scale:

---

| | | | | | |
|---|---|---|---|---|---|
| Pt Name:  Brenda  Thomas | | **MRN:**  20019109 | | **Patient ID:** | 30024200 |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.

Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler

Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

---

**ED Nursing Triage Note**

continued from previous page

     Best Eye Response: Spontaneous (4)
     Best Verbal Response: Appropriate/Oriented (5)
     Best Motor Response: Obeys Commands (6)
     Glasgow Coma Scale Total: 15
Neurological Assessment: Orientation: Oriented to Person Place and Time
Skin Assessment:
     Temperature: Warm
     Color: Normal
     Moisture: Normal
Respiratory Assessment:
     Rhythm: Respiratory Rhythm Regular
     Effort: No Evidence of Labored Breathing
     Expansion: Symmetric
OB/ GYN History:
     Pregnant: No
     Lactating: No
Arm Bands Placed on Patient:
     Identification Band Placed: Yes / Information Verified: Name, Medical Record Number and Date of Birth
Suicide Risk: Suicide Risk?: No

---

**Collected On: 04/16/2015 19:46**

**Allergies**

- Not Assessed

---

**Collected On: 04/16/2015 19:46**

**History**
Significant Med Hx: As Listed
      Common: Asthma, Breast Cancer, CAD, CVA, Dyslipidemia and HTN
      Other: Acute Bronchitis
Pregnant: No
Smoking Status: Never Smoker
Alcohol Use: Denies
Drug/Substance Use: Denies
Home Environment: Home
Lives with: Daughter
Suicide Risk?: No
Patient Traveled Outside US Within the Past 1 Year: No

---

Pt Name:  Brenda Thomas          **MRN:**  20019109         **Patient ID:**  30024200

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438   OPT   EMR   4/16/2015 - 4/16/2015   7/26/2017 11:24:51 AM -05:00

continued from previous page

**Collected On: 04/16/2015 19:46**

**Immunization Screening**
Immunization Details:
    Pneumococcal Vaccine within Last 5 Years: Yes / Date: 4/1/2009
    Influenza Virus Vaccine this Season: Yes
        Influenza Virus Vaccine Detail: Date: 10/1/2014

**Collected On: 04/16/2015 19:46**

**Screenings**
Suicide Risk: Suicide Risk?: No
Cough Screening:
    Current Cough: Yes / Duration: 1 Weeks
Pneumonia Screening: Current Cough: Yes

**Collected On: 04/16/2015 19:46**

**Morse Fall Risk Scale**
Hx of Recent Fall: No (0)
Secondary Dx: No (0)
Ambulatory Aid: None/Bedrest/Nurse Assist (0)
IV/Hep Lock: No (0)
Gait/Transferring: Normal/Bedrest/Immobile (0)
Mental Status: Oriented to Own Ability (0)
Morse Fall Scale Total: 0

**Collected On: 04/16/2015 19:46**

**Triage Level**
Triage Level: 4

**Collected On: 04/16/2015 19:46**

**Triage End Time**
Triage End Time: 4/16/2015, 7:53 PM

**Collected On: 04/16/2015 19:46**

---

Pt Name:   Brenda Thomas        **MRN:**   20019109        **Patient ID:**   30024200

Chart Report - Triage  Page 3 of 4

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

continued from previous page

**Electronically signed by Lorena Blackmon on 04/16/2015 19:53**

Pt Name:  Brenda  Thomas                    MRN:    20019109                  Patient ID:    30024200

Chart Report - Triage  Page 4 of 4

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438   OPT   EMR   4/16/2015 - 4/16/2015   7/26/2017 11:24:51 AM -05:00

# New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone: 504 592 6600

**Soarian© Chart Report - Physician Notes**

| | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## ED Provider Note

**Collected On: 04/16/2015  21:18**

**Arrival Information**
I have reviewed available Ancillary / Nursing Staff documentation: Yes
Provider Type: Mid Level / Time Seen: 4/16/2015, 9:19 PM
Accompanied by: Daughter
Historian: Self
Arrival Mode: Walk In
Arrival From: Home
Treatment PTA: None

**Collected On: 04/16/2015  21:18**

**HPI**
Primary Complaint: Cough/URI
        Cough/URI Details: Occurred at: Home; Pain: No; Exacerbated by: Nothing; Relieved by: Nothing; Cough
Characteristic: Non-Productive; Associated Symptoms: None; Risk Factors: None
        Timing: Onset Prior to Arrival: 3 Weeks; Onset Rate: Sudden; Timing Pattern: Acute; Progression:
Fluctuating
Primary Complaint Details: Pt reporting cough with SOB and chest congestion for the past week; states she has a
hx Asthma and Bronchitis; no relief with inhaler. Per patient saw PCP twice conerning cough and was given inhaler
and has been treated with z-pack and then cipro. Per patient cough got better for maybe two days then returned.
Patient denies any other additional symptoms not otherwise stated.

**Collected On: 04/16/2015  21:18**

**Allergies**

| | | | | | |
|---|---|---|---|---|---|
| Pt Name:  Brenda  Thomas | | **MRN:**  20019109 | | **Patient ID:**  30024200 | |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

continued from previous page

- NKFA
- IV DYE, IODINE CONTRAST
- Mucinex

- Naprosyn
- Penicillins

Allergy List Was Reviewed: Yes

___

Collected On: 04/16/2015  21:18

**Medications**
Home Medication Reconciliation/List Was Reviewed: Yes
Current Medication Orders Reviewed: Yes

___

Collected On: 04/16/2015  21:18

**History**
Significant Med Hx: As Listed
          Common: Asthma, Breast Cancer, CAD, CVA, Dyslipidemia and HTN
          Other: Acute Bronchitis
Smoking Status: Never Smoker
Alcohol Use: Denies
Illicit Drug Use: Denies
Pregnant: No
Family History was/is: Reviewed and is Non-Contributory to the Patient's Illness

___

Collected On: 04/16/2015  21:18

**ROS**
Complete Review of Systems: All other systems reviewed and negative except as noted in the HPI

___

Collected On: 04/16/2015  21:18

**Exam**
General Appearance: Well-Developed and Well-Nourished and Not in Acute Distress

Vital Signs
04/16/2015 19:46
- Temperature: 37Cel
- Site: Oral

___

Pt Name:   Brenda  Thomas               MRN:    20019109               Patient ID:    30024200

Chart Report - Physician Notes  Page 2 of 4

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

continued from previous page

- Pulse: 85
- Site: Brachial
- BP: 142/71H (90-140/60-90)
- Respirations: 20
- Pulse Ox (%): 99
- Height: 1.63m
- How Obtained: Patient Statement
- Weight: 99.79kg
- Intensity: 8

I have reviewed and agree with vital signs as listed in the EMR: Yes / Time: 4/16/2015, 9:22 PM
Continuous Blood Pressure: No
Continuous Pulse Ox: No
Head/Ear/Nose/Throat: HENT: Normocephalic; Atraumatic
Eye: EYES: EOMI; PERRL
Respiratory: RESPIRATORY: As Listed
Respiratory Details:
    Effort: No Evidence of Labored Breathing
    Lung Sounds: Wheeze
            Wheeze Details: Location: RUL; Breath Sound Timing: Inspiration; Severity: Mild
Cardiovascular: CARDIAC: RRR; Normal S1, S2
Gastrointestinal: ABDOMEN: Soft; NT; +BS
Extremities: EXTREMITIES: No Cyanosis, Clubbing, Edema
Neurological: NEURO: AAO x 3; Nonfocal
Behavior/Emotional: PSYCH: Appropriate; Cooperative
Lymph: LYMPH: No Adenopathy Noted
Skin: SKIN: Clean, Dry and Intact

---

**Collected On: 04/16/2015  21:18**

### ED Orders

**Medication**
- **IPRATROPIUM/ALBUTEROL SULFATE (DUONEB (0.5MG-2.5MG/3ML))** 3 ML = 1 AMP Nebulizer 1X
DOSE for 1 Doses

**Radiology**
- **DX Chest 2 Views** Stat once

**Respiratory**
- **Nebulizer Treatment Simple, Subsequent** pratropium/Albuterol (Duoneb) 3 mL NEB 1X DOSE
- **Nebulizer Treatment Simple, Initial** pratropium/Albuterol (Duoneb) 3 mL NEB 1X DOSE

---

**Collected On: 04/16/2015  21:18**

---

| Pt Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30024200 |

Chart Report - Physician Notes  Page 3 of 4

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00

continued from previous page

**Labs**
Labs or Other Tests Were Ordered During This Visit: Yes

**Collected On: 04/16/2015  21:18**

**Diagnostic Impression**
Impression: Acute Bronchitis
Medical Decision Making: Wheezing cleared after duoneb. chest x-ray read by Dr. Mitchell impression without abnormality. Patient reports being treated with two abx and albuterol since start of cough. Rx. for atrovent and prednisone given. Advised f/u with PCP in 2 to 3 days for reassessment. I feel cough is likely viral without any other + on exam in history.

**Collected On: 04/16/2015  21:18**

**Disposition**
Disposition: Discharge
    Discharge Details:
        Decision Time: 4/16/2015, 9:38 PM
        Discharged to: Home
        Patient Condition: Stable

**Collected On: 04/16/2015  21:18**

**Electronically signed by Tracey Mattio on 04/16/2015 21:46**

Electronically Signed By: MITCHELL MD, ANTHONY
on 18-Apr-2015 04:03:21 -0500

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

```
THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:51 AM -05:00
04/16/2015 22:14          DISCHARGE MEDICATION ADMINISTRATION RECORD     PAGE: 1 OF 1
                                NEW ORLEANS EAST HOSPITAL


PATIENT NO: 40025438        NAME: THOMAS, BRENDA                DSCH LOC: NEDM/ED1818
MED REC NO: 20019109        AGE: 65Y    DOB: 11/22/1949  SEX: F  DSCH DATE: 04/16/2015
PERSON NO:  10015635        ATN DOCTOR:                         ADMIT DATE: 04/16/2015

              *** MEDICATIONS CURRENT AT THE TIME OF DISCHARGE ***

                        *** SCHEDULED MEDICATIONS ***
  ORD# 1
  IPRATROPIUM/ALBUTEROL SULFATE        3 ML = 1 AMP
   (DUONEB (0.5MG-2.5MG/3ML))          NEB            ONE TIME DOSE
  1X DOSE
  ORDER START: 04/16/15 20:50    ORDER STOP: 04/16/15 20:50
  Nrs Verified By:
    **** NO OCCURRENCES CHARTED ****

  ORD# 1    (REVISED)
  IPRATROPIUM/ALBUTEROL SULFATE        3 ML - 1 AMP
   (DUONEB (0.5MG-2.5MG/3ML))          NEB            ONE TIME DOSE
  1X DOSE
  ORDER START: 04/16/15 20:50    ORDER STOP: 04/16/15 22:14
  Nrs Verified By:
    **** ORDER DISCONTINUED ****
```

<PERMANENT CHART COPY>

Page 1 of 1  Printed by: U0V3_fra46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:52 AM -05:00

## Assessment Report

**Generated from 04/02/2015 00:00 to 04/19/2015 23:59**

| | | | |
|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | **Acct No:** | 30024200 |
| **DOB:** | 11/22/1949 | **Age/Sex:** | 65Y/F |
| **Adm DTime:** | 04/16/2015  19:30 | **Atn Dr:** | Mitchell, Anthony |
| **Nurs Sta:** | ED Sub | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | |

### Vital Signs

| | 04/18/15 21:26 |
|---|---|
| Collected By | Hoan Sam |
| **Clinical Note** | |
| Status | Complete |
| Temperature | 98.6 F |
| Site | Oral |
| Pulse | 89 |
| Site | Apical |
| Character | Regular |
| Respirations | 20 |
| O2 Saturation (%) | 96 |
| Supplement O2 | No |
| BP | 145/79  *H* |
| Site | Left Arm |
| Position | Sitting |
| Method | Automated Cuff |
| Height | 5.0/4.0 ft,in |
| How Obtained | Stated |

© 2003-2015 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2015 Business Objects Software Limited. All rights reserved.

Page 1 of 1  Printed by: U0V3_frz46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 – 4/16/2015  7/26/2017 11:24:52 AM –05:00

**Plan Of Care Report**

| | |
|---|---|
| **Pt Name:** Thomas, Brenda | **MRN:** 20019109 |
| **Pt ID:** 0100015218 | **Acct No:** 30024200 |
| **DOB:** 11/22/1949 | **Age/Sex:** 65Y/F |
| **Adm DTime:** 04/16/2015 19:30 | **Atn Dr:** Mitchell, Anthony |
| **Nurs Sta:** ED Sub | **Rm & Bed:** |
| **Dx:** | |
| **Alrg:** IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | |

### No Plans Charted for Visit

| Problem Name | Rank | Date Assigned | Date Closed | Assigned By | Closed By | Status |
|---|---|---|---|---|---|---|
| Problem Details | Value | Problem Details | Value | Problem Details | Value | |
| **Cough** | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| **Acute Bronchitis** | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |

| Problem Name | Rank | Date Assigned | Date Closed | Assigned By | Closed By | Status |
|---|---|---|---|---|---|---|
| Problem Details | Value | Problem Details | Value | Problem Details | Value | |
| **Asthma** | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| **Breast Cancer** | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| **CAD** | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| **CVA** | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| **Dyslipidemia** | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| **HTN** | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |

### No Expected Outcomes Charted For Visit

© 2006-2015 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2015 Business Objects Software Limited. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:52 AM -05:00

**Plan Of Care Report**

| | | | |
|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | **Acct No:** | 30024200 |
| **DOB:** | 11/22/1949 | **Age/Sex:** | 65Y/F |
| **Adm DTime:** | 04/16/2015 19:30 | **Atn Dr:** | Mitchell, Anthony |
| **Nurs Sta:** | ED Sub | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | |

| Problems History | | | | | |
|---|---|---|---|---|---|
| Problem Name | Changed DTime | Changed By | Field Name | Old Value | New Value |
| | 04/16/2015 21:38 | Tracey Mattio, | Associated Visits | | Emergency 04/16/2015 19:30 EOP |
| | 04/16/2015 21:38 | Tracey Mattio, | IsDispositionDiagnosis | 0 | 1 |

| Outcome History | | | | | |
|---|---|---|---|---|---|
| Outcome Name | Changed DTime | Changed By | Field Name | Old Value | New Value |

© 2006-2015 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2015 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 16-Apr-15 22:15

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Page 2 of 2  Printed by: UOV3_frs46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:52 AM -05:00

**Plan Of Care Report**

| | |
|---|---|
| **Pt Name:** Thomas, Brenda | **MRN:** 20019109 |
| **Pt ID:** 0100015218 | **Acct No:** 30024200 |
| **DOB:** 11/22/1949 | **Age/Sex:** 65Y/F |
| **Adm DTime:** 04/16/2015 19:30 | **Atn Dr:** Mitchell, Anthony |
| **Nurs Sta:** ED Sub | **Rm & Bed:** |
| **Dx:** | |
| **Alrg:** IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | |

### No Plans Charted for Visit

| Problem Name | Rank | Date Assigned | Date Closed | Assigned By | Closed By | Status |
|---|---|---|---|---|---|---|
| Problem Details | Value | Problem Details | Value | Problem Details | Value | |
| Cough | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| Acute Bronchitis | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |

| Problem Name | Rank | Date Assigned | Date Closed | Assigned By | Closed By | Status |
|---|---|---|---|---|---|---|
| Problem Details | Value | Problem Details | Value | Problem Details | Value | |
| Asthma | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| Breast Cancer | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| CAD | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| CVA | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| Dyslipidemia | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |
| HTN | | 04/16/2015 19:54 | | Lorena Blackmon, | | Active |
| Comment: | | Certainty: | | Status: | | |

### No Expected Outcomes Charted For Visit

© 2006-2015 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2015 Business Objects Software Limited. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:52 AM -05:00

**Plan Of Care Report**

| | | | | |
|---|---|---|---|---|
| **Pt Name:** | Thomas, Brenda | | **MRN:** | 20019109 |
| **Pt ID:** | 0100015218 | | **Acct No:** | 30024200 |
| **DOB:** | 11/22/1949 | | **Age/Sex:** | 65Y/F |
| **Adm DTime:** | 04/16/2015  19:30 | | **Atn Dr:** | Mitchell, Anthony |
| **Nurs Sta:** | ED Sub | | **Rm & Bed:** | |
| **Dx:** | | | | |
| **Alrg:** | IV DYE, IODINE CONTRAST, Mucinex, Naprosyn, No Known Food Allergies, Penicillins | | | |

### Problems History

| Problem Name | Changed DTime | Changed By | Field Name | Old Value | New Value |
|---|---|---|---|---|---|
| | 04/16/2015  21:38 | Tracey  Mattio, | Associated Visits | | Emergency 04/16/2015 19:30 EOP |
| | 04/16/2015  21:38 | Tracey  Mattio, | IsDispositionDiagnosis | 0 | 1 |

| Outcome Name | Changed DTime | Changed By | Field Name | Old Value | New Value |
|---|---|---|---|---|---|

© 2006-2015 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2015 Business Objects Software Limited. All rights reserved.

Printed By :JS
Printed On: 17-Apr-15 03:02

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:52 AM -05:00

## New Orleans East Hospital
5620 Read Blvd
New Orleans, La 70127

CONFIDENTIALITY NOTICE: The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged. This information is intended only for the use of the individual for entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

Patient Name:  **THOMAS, BRENDA**
Visit No: 40025438
DOB: 11/22/1949
Age: 65Y  F
Ord No: 90001

MRN:    20019109
MRN Upon Admission: 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
Location: ER Patient - NEDM-ED1818

---

Order Dr.: TRACEY MATTIO          Attending Dr.: ANTHONYMITCHELL     Alternate Dr.:

---

### *** Final Report ***

**Reason:** cough
**Procedure Date:** 04/16/2015
**Procedure:** RAD - CHEST 2 VIEWS

**Accession Number:** 13235
**CPT Code:** 71020

RESULT:  Chest x-rays 2 views, PA and lateral

Clinical Information: Cough.

Findings: No prior imaging studies of the chest are available for comparison.

The heart size and pulmonary vascular are normal.

No acute lung disease seen.

There is a Port-A-Cath introduced via the left jugular vein with the tip in the superior vena cava.

Visualized bones appear unremarkable.

IMPRESSION:   No acute intrathoracic abnormality seen.

Tech Inits: RBIL
Transcribed by:  on Apr 17 2015  8:34A
**Read by:**  KISHORE KAMATHM.D. on Apr 17 2015  8:34A
Signed by: KISHORE KAMATHM.D. on Apr 17 2015  8:34A
Reviewed by:

---

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:52 AM -05:00

## New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone: 504 592 6600

| Soarian© Chart Report - Nurse Notes | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

### Nursing Free Text

Collected On: 04/16/2015  19:53

**Note**
EBOLA QUESTIONNAIRE

1. Have you traveled to a West African country in the last 21 days? NO
When?_____

2. Have you been exposed to blood, body fluids or human remains of a patient known to have or be suspected of having Ebola? NO

3. Have you had direct handling of bats, rodents or primates from a West African country? NO

Collected On: 04/16/2015  19:53

Electronically signed by Lorena Blackmon on 04/16/2015 19:53

Pt Name:  Brenda Thomas          **MRN:**  20019109          **Patient ID:**  30024200

Chart Report - Nurse Notes  Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:53 AM -05:00

**THOMAS, BRENDA**

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
OMB Approval No. 0938-0692



LE0140

ENC#:    0025438    : Admit Date:    4/16/2015

MRN#:    40025438

Attending Physician:    Mitchell, Anthony

---

## AN IMPORTANT MESSAGE FROM MEDICARE ABOUT YOUR RIGHTS

### AS A HOSPITAL INPATIENT, YOU HAVE THE RIGHT TO:

- Receive Medicare covered services. This includes medically necessary hospital services and services you may need after you are discharged, if ordered by your doctor. You have a right to know about these services, who will pay for them, and where you can get them.

- Be involved in any decisions about your hospital stay, and know who will pay for it.

- Report any concerns you have about the quality of care you receive to the Quality Improvement Organization (QIO) listed here:

Name of QIO    eQ Health Solutions

Telephone Number of QIO    (800) 433 - 4958

### YOUR MEDICARE DISCHARGE RIGHTS

**Planning For Your Discharge:** During your hospital stay, the hospital staff will be working with you to prepare for your safe discharge and arrange for services you may need after you leave the hospital. When you no longer need inpatient hospital care, your doctor or the hospital staff will inform you of your planned discharge date.

**If you think you are being discharged too soon:**

- You can talk to the hospital staff, your doctor and your managed care plan (if you belong to one) about your concerns.

- You also have the right to an appeal, that is, a review of your case by a Quality Improvement Organization (QIO). The QIO is an outside reviewer hired by Medicare to look at your case to decide whether you are ready to leave the hospital.

  - ○ **If you want to appeal, you must contact the QIO no later than your planned discharge date and before you leave the hospital.**

  - ○ If you do this, you will not have to pay for the services you receive during the appeal (except for charges like copays and deductibles).

- If you do not appeal, but decide to stay in the hospital past your planned discharge date, you may have to pay for any services you receive after that date.

- **Step by step instructions for calling the QIO and filing an appeal are on page 2.**

To speak with someone at the hospital about this notice, call (504) 592-6575.

---

**Please sign and date here to show you received this notice and understand your rights.**

*[signature]*

4/16/2015 7:31:25 PM

Signature of Patient or Representative

Date/Time

4/16/2015

Patient/Representative Initials    Date    Patient/Representative Initials    Date    Patient/Representative Initials    Date

---

Form # LE4931                                Page 1 of 2

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:53 AM -05:00

THOMAS, BRENDA

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

LE0140

ENC#: 40025438          Admit Date:  4/16/2015

MRN: 20019109

## STEPS TO APPEAL YOUR DISCHARGE

Attending MD:   Mitchell, Anthony

- **STEP 1:** You must contact the QIO no later than your planned discharge date and before you leave the hospital.  If you do this, you will not have to pay for the services you receive during the appeal (except for charges like copays and deductibles).
    - ○ Here is the contact information for the QIO:
      Name of QIO   eQ Health Solutions
      Telephone Number of QIO   (800) 433 – 4958
    - ○ You can file a request for an appeal any day of the week.  **Once you speak to someone or leave a message, your appeal has begun.**
    - ○ Ask the hospital if you need help contacting the QIO.
    - ○ The name of this hospital is _New Orleans East Hospital_

- **STEP 2:** You will receive a detailed notice from the hospital or your Medicare Advantage or other Medicare managed care plan (if you belong to one) that explains the reasons they think you are ready to be discharged.

- **STEP 3:** The QIO will ask for your opinion.  You or your representative need to be available to speak with the QIO, if requested.  You or your representative may give the QIO a written statement, but you are not required to do so.

- **STEP 4:** The QIO will review your medical records and other important information about your case.

- **STEP 5:** The QIO will notify you of its decision within 1 day after it receives all necessary information.
    - ○ If the QIO finds that you are not ready to be discharged, Medicare will continue to cover your hospital services.
    - ○ If the QIO finds that you are ready to be discharged, Medicare will continue to cover your services until noon of the day after the QIO notifies you of its decision.

## IF YOU MISS THE DEADLINE TO APPEAL, YOU HAVE OTHER APPEAL RIGHTS:

- You can still ask the QIO on your plan (if you belong to one) for a review of your case:
    - ○ If you have Original Medicare:  Call the QIO listed above.
    - ○ If you belong to a Medicare Advantage Plan or other Medicare managed care plan: Call your plan.
- If you stay in the hospital, the hospital may charge you for any services you receive after your planned discharge date.

For more information, call 1-800-MEDICARE (1-800-633-4227), or TTY:  1-877-486-2048.

**Additional Information:**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection on information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0692.  The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection.  If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.  Form CMS-R-193 (approved 07/10)
Form # LE4931                                              Page 2 of 2

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:53 AM -05:00

## New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone:  504 592 6600

| Soarian© Chart Report - Medication Administration Record | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Medication Administration Record

| Order No | Start Date/Time | Order Status | Order As Written | | | |
|---|---|---|---|---|---|---|
| Planned Dt/Tm | Actual Dt/Tm | Admin Status | Actual Dose | Signed By | Co-Signed By | |
| 245304 | 04/16/2015  20:50 | Discontinue | IPRATROPIUM/ALBUTEROL SULFATE (DUONEB {0.5MG-2.5MG/3ML}) 3 ML = 1 AMP Nebulizer 1X DOSE for 1 Doses | | | |
| 04/16/2015 20:50 | | | | | | |

| Name: | Brenda  Thomas | **MRN:** | 20019109 | **Patient ID:** | 30024200 |
|---|---|---|---|---|---|

Chart Report - Medication Administration Record   Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

Page 1 of 1  Printed by: U0V3_fra46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:53 AM -05:00

## New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone: 504 592 6600

| Soarian© Chart Report - Medication Administration Record |
|---|

| Name: | Brenda Thomas | MRN: | 20019109 |
|---|---|---|---|
| DOB: | 11/22/1949 | Patient ID: | 30024200 |
| Age/Sex: | 65Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 04/16/2015 19:30 | | |
| Provider: | Tracey Mattio | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

## Medication Administration Record

| Order No | Start Date/Time | Order Status | Order As Written | | | |
|---|---|---|---|---|---|---|
| Planned Dt/Tm | Actual Dt/Tm | Admin Status | Actual Dose | Signed By | Co-Signed By | |
| 245304 | 04/16/2015 20:50 | Discontinue | IPRATROPIUM/ALBUTEROL SULFATE (DUONEB (0.5MG-2.5MG/3ML)) 3 ML = 1 AMP Nebulizer 1X DOSE for 1 Doses | | | |
| 04/16/2015 20:50 | | | | | | |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 00:02

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:53 AM -05:00

## New Orleans East Hospital

5620 Read Blvd
New Orleans LA 70127
Phone: 504 592 6600

### Soarian© Chart Report - Orders

| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30024200 |
| Age/Sex: | 65Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 04/16/2015 19:30 | | |
| Provider: | Tracey Mattio | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504 2461452 | | |

## Orders

### Order Type: Medication/IV

#### Order Sub Type:

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 245304 | 04/16/15 20:50<br>04/16/15 20:50 | IPRATROPIUM/ALBUTEROL SULFATE (DUONEB (0.5MG-2.5MG/3ML)) 3 ML = 1 AMP Nebulizer 1X DOSE for 1 Doses | Discontinue | Tracey Mattio |

### Order Type: Radiology

#### Order Sub Type: DX Radiology

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 245301 | 04/16/15 20:48<br>04/16/15 20:48 | DX Chest 2 Views Stat once | Complete | Tracey Mattio |

### Order Type: Respiratory

#### Order Sub Type: Treatment Respiratory

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 245302 | 04/16/15 20:47<br>04/16/15 20:47 | Nebulizer Treatment Simple, Initial pratropium/Albuterol (Duoneb) 3 mL NEB 1X DOSE | Discontinue | Tracey Mattio |
| 245303 | 04/16/15 20:47<br>04/16/15 20:47 | Nebulizer Treatment Simple, Subsequent pratropium/Albuterol (Duoneb) 3 mL NEB 1X DOSE | Discontinue | Tracey Mattio |

| Name: | Brenda Thomas | MRN: | 20019109 | Patient ID: | 30024200 |

Chart Report - Orders   Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

Page 1 of 1  Printed by: OOV3_fra46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:53 AM -05:00

## New Orleans East Hospital

### 5620 Read Blvd
### New Orleans LA 70127
### Phone: 504 592 6600

**Soarian© Chart Report - Orders**

| | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015 19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Orders

### Order Type: Medication/IV

#### Order Sub Type:

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 245304 | 04/16/15 20:50<br>04/16/15 20:50 | IPRATROPIUM/ALBUTEROL SULFATE (DUONEB (0.5MG-2.5MG/3ML)) 3 ML = 1 AMP Nebulizer 1X DOSE for 1 Doses | Discontinue | Tracey Mattio |

### Order Type: Radiology

#### Order Sub Type: DX Radiology

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 245301 | 04/16/15 20:48<br>04/16/15 20:48 | DX Chest 2 Views Stat once | Complete | Tracey Mattio |

### Order Type: Respiratory

#### Order Sub Type: Treatment Respiratory

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 245302 | 04/16/15 20:47<br>04/16/15 20:47 | Nebulizer Treatment Simple, Initial pratropium/Albuterol (Duoneb) 3 mL NEB 1X DOSE | Discontinue | Tracey Mattio |
| 245303 | 04/16/15 20:47<br>04/16/15 20:47 | Nebulizer Treatment Simple, Subsequent pratropium/Albuterol (Duoneb) 3 mL NEB 1X DOSE | Discontinue | Tracey Mattio |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 00:02

Page 1 of 1  Printed by: O0V3_fra46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:53 AM -05:00

TB Discharge Packet - EDR - Print - Page 4 of 4

## New Orleans East Hospital
### 5620 Read Blvd
### New Orleans LA 70127

| Soarian® Tracking Board Discharge Report - Signature Acknowledgement | | | |
|---|---|---|---|
| Name: | Brenda Thomas | MRN: | 20019109 |
| DOB: | 11/22/1949 | Patient ID: | 30024200 |
| Age/Sex: | 65Y/F | MPI: | 10015635 |
| Arrival Date/Time: | 04/16/2015 19:30 | | |
| Provider: | Tracey Mattio | | |
| Primary Care Physician: | Michele M Cooper | | |
| PCP Phone Number: | 504-2461452 | | |

**Acknowledgement and Receipt of Discharge Instructions**

Discharge instructions have been reviewed with me. I have received and understand my discharge instructions.

Signature of Nurse: _____ Date/Time: 4/16/15  2:54

Signature of Patient/Responsible Party: _Brenda B Thomas_ Date/Time: 4/16/15
(Parent of guardian if patient is a minor)

Phone number where patient/responsible party can be reached: _____

Patient's Email Address: _____

Name:  Brenda Thomas            MRN: 20019109            Patient ID: 30024200

Signature Acknowledgement Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Mattio, Tracey
Printed On: 16-Apr-15 21:41

Page 1 of 1  Printed by: U0V3_fra46901

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:55 AM -05:00

# Transition of Care Document

**Created on: April 19, 2015, 21:54:00 -0500 UTC**

| | | | |
|---|---|---|---|
| | Brenda Thomas | | 12990 N. Lake Carmel<br>New Orleans, LA 70126 |
| | November 22, 1949 | | Female |
| | Black or African American | | Not Hispanic or Latino |
| | eng | | |

| | | | |
|---|---|---|---|
| | Start: April 16, 2015 | End: April 16, 2015 | |
| | New Orleans East Hospital | | 5620 Read Blvd<br>New Orleans, LA 70127<br><br>Phone: 504 592 6600 (Work) |
| | Emergency | | 5620 Read Blvd<br>New Orleans, 70127 |
| | NOE MR#: 20019109<br>New Orleans East Hospital Visit:<br>40025438<br>New Orleans East Hospital Patient<br>Account: 30024200<br>NOE Enterprise ID: 10015635<br>SSN: ###-##-1479 | | 1.3.6.1.4.1.43560.99.1.1.3.8.1.30297 |

| | | | |
|---|---|---|---|
| | **Michele Cooper** | | 9801 Lake Forest Blvd.<br>New Orleans, LA 701270000<br><br>Phone: 504-2461452 (Work) |
| | Anthony Mitchell | | 200 Steuart St., Unit #1016<br>Baltimore, 21230<br><br>Phone: 504-4176225 (Work) |

## Table of Contents

☑ Select/Deselect All

☑ <u>Reason For Visit</u>
☑ <u>Chief Complaint</u>
☑ <u>Social History</u>
☑ <u>Functional Status</u>

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:55 AM -05:00

☑ <u>Vital Signs</u>
☑ <u>Results</u>
☑ <u>Problems</u>
☑ <u>Encounters</u>
☑ <u>Plan of Care</u>
☑ <u>Procedures</u>
☑ <u>Immunizations</u>
☑ <u>Hospital Course</u>
☑ <u>Hospital Discharge Instructions</u>
☑ <u>Allergies, Adverse Reactions, Alerts</u>
☑ <u>Medication</u>

---

# ☑ <u>Reason For Visit</u>

# ☑ <u>Chief Complaint</u>

Cough/chest congestion/SOB

# ☑ <u>Social History</u>

### <u>Social History FS from 4/16/2015 9:18 PM:</u>

- Tobacco Use? : Never Smoker

### <u>Social History FS from 4/16/2015 7:46 PM:</u>

- Tobacco Use? : Never Smoker

# ☑ <u>Functional Status</u>

# ☑ <u>Vital Signs</u>

### <u>Vital Signs FS from 4/16/2015 9:52 PM:</u>

- Temperature : 98.5 F
- Site : Oral
- Pulse : 90
- Respirations : 19
- BP : 143/77
- Site : LUE

### <u>Vital Signs FS from 4/16/2015 9:26 PM:</u>

- Temperature : 98.6 F
- Site : Oral
- Pulse : 89
- Respirations : 20
- BP : 145/79
- Site : Left Arm
- Height : 5.0/4.0 ft,in

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:55 AM -05:00

### Vital Signs FS from 4/16/2015 7:46 PM:

- Temperature : 98.6 F
- Site : Oral
- Pulse : 85
- Respirations : 20
- BP : 142/71
- Weight : 220.0/ lbs,oz
- Intensity : 8
- Height : 5.0/4.0 ft,in
- Body Mass Index : 37.7

## ☑ Results

### DX Radiology from 4/16/2015 9:33 PM

**DX Chest 2 Views PA and Lateral**

```
Reason:   cough
Procedure Date:  04/16/2015   Accession Number:  13235
Procedure:  RAD - CHEST 2 VIEWS CPT Code:  71020
RESULT:   Chest x-rays 2 views, PA and lateral
Clinical Information: Cough.
Findings: No prior imaging studies of the chest are available for
comparison.
The heart size and pulmonary vascular are normal.
No acute lung disease seen.
There is a Port-A-Cath introduced via the left jugular vein with the tip
in the superior vena cava.
Visualized bones appear unremarkable.
IMPRESSION:    No acute intrathoracic abnormality seen.
1323513235
```

## ☑ Problems

**Encounter Diagnosis**
- Acute Bronchitis Status:Active.
- Cough Status:Active.

**Additional Problems**
- Asthma Status:Active.
- Breast Cancer Status:Active.
- CAD Status:Active.
- CVA Status:Active.
- Dyslipidemia Status:Active.
- HTN Status:Active.

## ☑ Encounters

**Encounter Diagnosis**
- Acute Bronchitis Status:Active.
- Cough Status:Active.

## ☑ Plan of Care

## ☑ Procedures

No relevant procedures performed.

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:55 AM -05:00

# ☑ Immunizations

No immunizations administered or ordered.

# ☑ Hospital Course

# ☑ Hospital Discharge Instructions

# ☑ Allergies, Adverse Reactions, Alerts

- Mucinex causes Unknown.
- Naprosyn causes Moderate Hives.
- IV DYE, IODINE CONTRAST causes Severe Shortness of Breath.
- Penicillins causes Severe Swelling/Edema.
- No Latex Allergy.
- No Known Food Allergies.

# ☑ Medication

It is the responsibility of the patient or patient representative to confirm the list of medications with either the patient's personal care provider or the patient's follow-up care provider to ensure the patient has an appropriate list of medications to take at home.

### Discharge medications

New medications

- ipratropium bromide (AtroVENT HFA) 17 mcg/Actuation HFA Aerosol Inhaler, Ordered By: Tracey Mattio
  Directions: 2 puff by inhalation four times daily PRN shortness of breath
  Additional Instructions: and cough
- predniSONE 20 mg Tablet, Ordered By: Tracey Mattio
  Directions: 3 tablets oral daily
  Additional Instructions: x 5 days

### Stopped medications

- None

Created by: WFE CCD on April 19, 2015

Confidential Report. Dispose of Appropriately!

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:55 AM -05:00

## New Orleans East Hospital
### 5620 Read Blvd
### New Orleans LA 70127

| Soarian© Tracking Board Discharge Report - Discharge Instructions | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Visit Information

You were seen in the New Orleans East Hospital Emergency Department.

| | |
|---|---|
| Arrival Date/Time: | 04/16/2015 at  7:30 pm |
| Your chief complaint was: | Cough/chest congestion/SOB |
| Your diagnosis is: | Acute Bronchitis |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438 OPT EMR 4/16/2015 - 4/16/2015 7/26/2017 11:24:55 AM -05:00

## New Orleans East Hospital

### 5620 Read Blvd
### New Orleans LA 70127
### Phone: 504 592 6600

**Soarian© Chart Report - Visit**

| | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015 19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Visit Information

| | |
|---|---|
| Arrival Date/Time: | 04/16/2015 19:30 |
| Discharge Date/Time: | 04/16/2015 21:54 |
| Patient Complaint: | Cough/chest congestion/SOB |
| Treating Complaint: | Cough |
| Disposition Diagnoses: | Acute Bronchitis |
| Disposition: | Discharge |
| Dispositioning Provider: | Hoan Sam, Tracey Mattio |

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 | **Patient ID:** | 30024200 |

Chart Report - Visit Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:55 AM -05:00

## New Orleans East Hospital
5620 Read Blvd
New Orleans LA 70127

| Soarian© Tracking Board Discharge Report - Discharge Instructions | | | |
|---|---|---|---|
| **Name:** | Brenda  Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015  19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Visit Information

You were seen in the New Orleans East Hospital Emergency Department.

Arrival Date/Time:                04/16/2015 at  7:30 pm

Your chief complaint was:        Cough/chest congestion/SOB

Your diagnosis is:               Acute Bronchitis

---

| Name: | Brenda  Thomas | MRN: | 20019109 | Patient ID: | 30024200 |
|---|---|---|---|---|---|

Discharge Instructions   Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 00:02

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:55 AM -05:00

## New Orleans East Hospital

### 5620 Read Blvd
### New Orleans LA 70127
### Phone: 504 592 6600

| Soarian© Chart Report - Vital Signs |
|---|

| | | | |
|---|---|---|---|
| **Name:** | Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** | 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** | 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** | 04/16/2015 19:30 | | |
| **Provider:** | Tracey Mattio | | |
| **Primary Care Physician:** | Michele M Cooper | | |
| **PCP Phone Number:** | 504 2461452 | | |

## Vital Signs

| | 04/16/15 21:52 Hoan Sam | 04/16/15 21:26 Hoan Sam | 04/16/15 19:46 Lorena Blackmon |
|---|---|---|---|
| Temperature | 98.5 F | 98.6 F | 98.6 F |
| Site | Oral | Oral | Oral |
| Pulse | 90 | 89 | 85 |
| Site | Apical | Apical | Brachial |
| Character | | Regular | |
| BP | 143/77 H | 145/79 H | 142/71 H |
| Site | LUE | Left Arm | |
| Position | Sitting | Sitting | |
| Method | Automated | Automated Cuff | |
| Respirations | 19 | 20 | 20 |
| Pulse Ox (%) | 96 | | 99 |
| O2 Saturation (%) | | 96 | |
| Height | | 5.0/4.0 ft,in | 5.0/4.0 ft,in |
| How Obtained | | Stated | Patient Statement |
| Weight | | | 220.0 lbs,oz |
| Intensity | | | 8 |

| | | |
|---|---|---|
| Name: Brenda Thomas | MRN: 20019109 | Patient ID: 30024200 |

Chart Report - Vital Signs  Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 17-Apr-15 12:04

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:24:55 AM -05:00

## New Orleans East Hospital

5620 Read Blvd

New Orleans LA 70127

Phone:  504 592 6600

| Soarian® Chart Report - Vital Signs | | |
|---|---|---|
| **Name:** Brenda Thomas | **MRN:** | 20019109 |
| **DOB:** 11/22/1949 | **Patient ID:** | 30024200 |
| **Age/Sex:** 65Y/F | **MPI:** | 10015635 |
| **Arrival Date/Time:** 04/16/2015 19:30 | | |
| **Provider:** Tracey Mattio | | |
| **Primary Care Physician:** Michele M Cooper | | |
| **PCP Phone Number:** 504 2461452 | | |

## Vital Signs

| | 04/16/15 21:52 Hoan Sam | 04/16/15 21:26 Hoan Sam | 04/16/15 19:46 Lorena Blackmon |
|---|---|---|---|
| Temperature | 98.5 F | 98.6 F | 98.6 F |
| Site | Oral | Oral | Oral |
| Pulse | 90 | 89 | 85 |
| Site | Apical | Apical | Brachial |
| Character | | Regular | |
| BP | 143/77 H | 145/79 H | 142/71 H |
| Site | LUE | Left Arm | |
| Position | Sitting | Sitting | |
| Method | Automated | Automated Cuff | |
| Respirations | 19 | 20 | 20 |
| Pulse Ox (%) | 96 | | 99 |
| O2 Saturation (%) | | 96 | |
| Height | | 5.0/4.0 ft,in | 5.0/4.0 ft,in |
| How Obtained | | Stated | Patient Statement |
| Weight | | | 220.0 lbs,oz |
| Intensity | | | 8 |

**Name:** Brenda Thomas          **MRN:** 20019109          **Patient ID:** 30024200

Chart Report - Vital Signs  Page 1 of 1

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.

Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler

Printed On. 17-Apr-15 00:02

THOMAS, BRENDA ENC# 40025438  OPT  EMR  4/16/2015 - 4/16/2015  7/26/2017 11:27:15 AM -05:00



## *Point of Service Bill*

# Encounter Financial Summary – 07/26/2017

Thank you for choosing New Orleans East Hospital for your healthcare needs. Below is a summary of your visit for your records. Please review this information carefully. If you have questions, please contact our business office at 888-273-1896.

This is not a bill. This visit information and list of charges is for your information only. All charges may have not been entered yet. You may be receiving separate billing statements that reflect your overall financial responsibility. The visit information and date(s) of service below will help you identify this specific visit on your billing statements.

## Visit Information

| | |
|---|---|
| Patient: | Brenda Thomas |
| Dates of Service: | 04/16/2015 - 04/16/2015 |
| Encounter Identifier: | 40025438 |
| Encounter Type: | OP |
| Encounter Provider: | NH Emergency Dept |
| Encounter Location: | New Orleans East Hospital |
| Reason for Visit: | Cough/chest congestion/SOB |
| Principal Diagnosis: | 786.2 |
| Attending Doctor: | Anthony Mitchell |
| Admitting Doctor: | |
| Referring Doctor: | |

## Financial Responsibility

Responsible Party:    Brenda Thomas
12990 N. Lake Carmel
New Orleans, LA 70126

| Insurance Plan | Policy # | Subscriber |
|---|---|---|
| Medicare A | 437861479A | Brenda Thomas |
| Medicare B | 437861479A | Brenda Thomas |

\*\* Please verify the insurance coverage information is correct and notify us of any changes.

## Charges

| Date | Description | Proc. Code | Service Provider | Quantity | Amount |
|---|---|---|---|---|---|
| 04/16/2015 | Chest 2 Views | 71020 | NH Dx Radiology | 1 | 429.00 |
| 04/16/2015 | Nebulizer Tx (Simple)-Initial | 94640 | NH Cardiopulm Rehab | 1 | 221.00 |
| 04/16/2015 | Emerg Dept-Level Iv | 99284 | NH Emergency Svcs | 1 | 1,141.00 |
| | | | | **TOTAL** | **1,791.00** |

\* Indicates a non-covered service.

## Guarantor Contracts

| Contract Name | Term Name |
|---|---|

## Payments and Balances

| | | |
|---|---|---|
| Total charges: | $ | 1,791.00 |
| Non-covered charges: | $ | .00 |
| Estimated insurance responsibility: | $ | 1,791.00 |
| Estimated patient responsibility for Parish Hospital Service District for the Parish of Orleans District A Doing Business As New Orleans East Hospital: | $ | .00 |
| Estimated patient responsibility for other providers: | $ | .00 |
| Payments made for this visit (cash): | $ | .00 |
| Estimated Patient Balance Hometown Clinic: | $ | .00 |

\*\* Estimated patient balance does not reflect guarantor contract adjustments.

THOMAS, BRENDA ENC# 40081688  OPT  EMR  10/3/2016 - 10/3/2016  7/26/2017 11:27:15 AM -05:00

 *Point of Service Bill*

# Encounter Financial Summary – 07/26/2017

Thank you for choosing New Orleans East Hospital for your healthcare needs.  Below is a summary of your visit for your records.  Please review this information carefully.  If you have questions, please contact our business office at 888-273-1896.

This is not a bill.  This visit information and list of charges is for your information only.  All charges may have not been entered yet.  You may be receiving separate billing statements that reflect your overall financial responsibility.  The visit information and date(s) of service below will help you identify this specific visit on your billing statements.

## Visit Information

| | |
|---|---|
| Patient: | Brenda Thomas |
| Dates of Service: | 10/03/2016 - 10/03/2016 |
| Encounter Identifier: | 40081688 |
| Encounter Type: | OP |
| Encounter Provider: | NH Emergency Dept |
| Encounter Location: | New Orleans East Hospital |
| Reason for Visit: | fever nausea vomiting diarrhea sweating chills |
| Principal Diagnosis: | K52.9 |
| Attending Doctor: | Tara Oden |
| Admitting Doctor: | |
| Referring Doctor: | |

## Financial Responsibility

Responsible Party:  Brenda Thomas
12990 N. Lake Carmel
New Orleans, LA 70126

| Insurance Plan | Policy # | Subscriber |
|---|---|---|
| Medicare A | 437861479A | Brenda Thomas |
| Medicare B | 437861479A | Brenda Thomas |

** Please verify the insurance coverage information is correct and notify us of any changes.

## Charges

| Date | Description | Proc. Code | Service Provider | Quantity | Amount |
|---|---|---|---|---|---|
| 10/03/2016 | Complete Blood Count With Diff | 85025 | NH Laboratory | 1 | 164.00 |
| 10/03/2016 | Lipase | 83690 | NH Laboratory | 1 | 244.00 |
| 10/03/2016 | Comprehensive Metabolic Panel | 80053 | NH Laboratory | 1 | 431.00 |
| 10/03/2016 | Emerg Dept-Level Iv | 99284 | NH Emergency Svcs | 1 | 1,199.00 |
| 10/03/2016 | Sodium Chloride .9% 1L Bag | J7030 | NH Pharmacy | 1 | 27.50 |
| 10/03/2016 | Promethazine Hcl 25Mg Amp | J2550 | NH Pharmacy | 1 | 6.55 |
| | | | | TOTAL | 2,072.05 |

* Indicates a non-covered service.

## Guarantor Contracts

| Contract Name | Term Name |
|---|---|
| | |

## Payments and Balances

| | | |
|---|---|---|
| Total charges: | $ | 2,072.05 |
| Non-covered charges: | $ | .00 |
| Estimated Insurance responsibility: | $ | 2,072.05 |
| Estimated patient responsibility for Parish Hospital Service District for the Parish of Orleans District A Doing Business As New Orleans East Hospital: | $ | .00 |
| Estimated patient responsibility for other providers: | $ | .00 |
| Payments made for this visit (cash): | $ | .00 |
| Estimated Patient Balance Hometown Clinic: | $ | .00 |

** Estimated patient balance does not reflect guarantor contract adjustments.