# JOHN W. BICK, MD
## 3705 COLISEUM STREET
## NEW ORLEANS, LA 70115

### PSYCHIATRIC EVALUATION

PATIENT:    Thomas, Brenda
DOS:        12/06/2018
            12/07/2018
DOB:        11/22/1949

This patient is a 69-year-old female who was referred to me for psychiatric evaluation by her attorney, Ryan Jurkovic. I saw Ms. Thomas for ninety minutes on December 6 and forty-five minutes on December 7, 2018. Additionally, I had the opportunity to review rather extensive records from Ochsner Foundation Hospital and her deposition dated September 28, 2018.

Ms. Thomas dates the onset of her current difficulties to an incident that occurred on October 1, 2016. On that date, she purchased a chicken tenders sandwich from a Kentucky Fried Chicken outlet in New Orleans east. However, when the patient bit down on the sandwich, she said, "It was hard and it didn't feel right." She took the sandwich out of her mouth and looked down, and saw the tail of a rat hanging from the sandwich. The patient was quite upset at this. She says that subsequently, she had nausea and vomiting and diarrhea "for weeks and weeks afterwards." About two weeks later, she went to her Primary Care physician's office and was sent from there to the Ochsner Foundation Hospital Emergency Room, where she was found to be dehydrated and she was given IV fluids and got unidentified medications. However, subsequently, she continued to vomit. The patient says that she lost 17 lb in about seven days. She was subsequently referred to a psychiatrist, Dr. Shilpa Amara, and a therapist, Helen Stavros, PhD. She has continued to see both of these doctors.

The patient reports that she has continued to have a high level of distress. She says that initially she was afraid of almost all food and ate very little. She says she continues to be fearful of food and in particular that she no longer eats meat or chicken. She says she often feels nauseated when she sees food and always if she sees meat or chicken. Currently, she can eat vegetables and macaroni and fish.

The patient says she still frequently has flashbacks of the rat tail in the bun, and becomes quite anxious when she sees food, as mentioned above, particularly so if the food is meat or chicken. Now, except when she is eating, she says she "stays away from food and from people eating." She has had dreams about the incident, though these have gradually lessened.

The patient says that she has a great deal of difficulty in making decisions, whereas previously, this was no problem for her, and indeed, people would sometimes come to her to make decisions. She says, "I used to help other people, but now everyone is trying to help me."

The patient was unable to keep her job as a phlebotomist after the incident. She subsequently, through her daughter, got a job in a clinical laboratory handling urine specimens and "STD specimens." The patient says she did this partly because she needed the money and partly because she, correctly, thought that it was important to her recovery for her to stay as active as

Thomas, Brenda
DOS: 12/06/2018
Page 2

she was able to. Apparently, this job is going well for her up to this point. However, it should be pointed out that the patient is an RN and therefore, this is quite a low level position for her.

One of the patient's daughters and the daughter's two children have moved into the patient's apartment to try to help her. This daughter is a medical office assistant (she is the child who got the patient her current job). This daughter has a boy, 15, who is in tenth grade at the International School, and a 17-year-old daughter, who is in eleventh grade at St. Mary's Dominican High School. The patient says that when she is at home, she talks with the grandkids. She says she enjoys this, and that the conversations "help me block things out." She says that her daughter helps her organize her day and reminds her of things. "It's like she is a mother to me."

The patient says that in her current job, "Sometimes I mess up the orders...I go into a zone and can't remember things." As the patient discussed "going into a zone," it seemed clear that she was describing brief episodes of dissociation.

Medically, the patient was diagnosed with breast cancer in 2012. She had a lumpectomy and subsequently had radiation to both breasts and chemotherapy. Currently, she is doing well regarding this. She takes anastrozole for this daily. She sees an oncologist at East Jefferson General Hospital.

Otherwise surgically, the patient had a tubal ligation in 1981. She gave birth to six children. The patient is hypertensive. For this she takes Benicar and Hyzaar. She also takes pravastatin, aspirin, 125 mg, and a potassium supplement daily. She is "borderline diabetic." A recent hemoglobin A1c was 6.2. Unusually, she had a dystonic episode that was felt to be caused by Mucinex. She is allergic to penicillin, morphine, and possible codeine. Finally, the patient reports that when one of her sons was hospitalized at a hospital on the north shore, the patient's feet got tangled in an electrical cord. The patient fell and hurt her back and left shoulder. She received physical therapy for this for about three months. Also, she was involved in a motor vehicle accident in 2002. In that accident, she hurt her left shoulder and knee and was in physical therapy after that as well.

The patient reports sleep difficulties. She has more than an hour of sleep latency and two to three awakenings a night, during each of which she is up for an hour or more. When she wakes up during the night, she typically feels startled and frightened. She wraps herself up in a comforter and this makes her feel more secure. She thinks she has insomnia because "I'm afraid to go to sleep." She says she is afraid of being attacked. For about four months after the incident, the patient set her alarm clock every hour so that she could be sure she was not going to be attacked.

The patient reports that prior to the incident, she used to enjoy going out to performances with friends and to church gatherings. She does not do these things anymore, for fear that she will be exposed to food or to people eating. Currently, she only seldom sees friends, but talks to them on the phone from time to time.

Past History: The patient was born in Los Angeles and moved to New Orleans when she was 7 to 8 years old with her mother; they lived in the Carrollton area. She was one of five siblings, having four brothers and one sister. When the mother and children moved to New Orleans, the

Thomas, Brenda
DOS: 12/06/2018
Page 3

patient's father stayed in Los Angeles. He was a contractor and had a successful business there. The patient reports that her mother had "heart problems," and because of these problems, she could not go back to Los Angeles. I asked the patient for clarification of this, but she did not have anything to add. She says that her father visited here once or twice a year. The patient's father died when he was 74 of a cerebrovascular accident; her mother died at 95 for reasons that are not clear.

The patient said she has happy memories of childhood. She recalls playing games with one of her sisters. She had lots of friends at school. She said she did not fight or get into trouble. "I was a peacemaker." She attended New Orleans public schools; she dropped out because she was pregnant, later obtaining a GED. Following that, she attended Dillard University for two years and then attended LSU Nursing School, graduating with an RN in 1982. The patient says she enjoyed working as a nurse, "mostly because I like helping people."

The patient went to Texas after hurricane Katrina, later moving back here to nurse her mother.

The patient has been married one time and she and her husband have six children. Her husband had a mechanic shop. The patient's husband died in 2013.

Summary and Conclusions: Ms. Thomas has clear symptoms of posttraumatic stress disorder related to the incident that occurred at a Kentucky Fried Chicken outlet when she bit down, felt something hard, and then observed a rat's tail hanging out of her sandwich. Ms. Thomas has had dreams about the incident, though these fortunately have lessened somewhat. She continues to have intrusive thoughts and bitter recollections of what happened. She exhibits avoidant behavior. This of course is particularly problematic for her because what she avoids is food, though fortunately most recently this has centered on avoidance of meat and chicken. She has been depressed and anxious and she has had both sleep and appetite disturbances.

Recommendations: Ms. Thomas is certainly in need of ongoing psychiatric care. The treatment she is currently receiving from Ms. Stavros and Ms. Amara seems appropriate and it certainly needs to be continued.

John W. Bick, MD

JWB/ms
96285