P 961-081105-01

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA THOMAS | * | CIVIL ACTION NO: 18-01264 |
| | * | |
| versus | * | SECTION: A |
| | * | |
| KFC CORPORATION, YUM BRANDS, | * | JUDGE: JAY C. ZAINEY |
| INC., YUM RESTAURANT SERVICES | * | |
| GROUP, INC., KFC FRANCHISEE | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S RESPONSES TO PLAINTIFF'S
### REQUEST FOR ADMISSIONS OF FACT

NOW INTO COURT, through undersigned counsel, comes Defendant, West Quality Food Service, Inc., who responds to the Request for Admissions of Fact propounded to them by Plaintiff as follows:

### REQUEST FOR ADMISSION NO. 1:

Plaintiff was involved an incident on the date and at the place alleged in her Petition.

### RESPONSE TO REQUEST NO. 1:

Denied for lack of sufficient information to justify a belief therein.

### REQUEST FOR ADMISSION NO. 2:

Plaintiff timely filed her Petition.

### RESPONSE TO REQUEST NO. 2:

Defendant objects as this Request calls for a legal conclusion.

**REQUEST FOR ADMISSION NO. 3:**

Venue is proper for this claim.

**RESPONSE TO REQUEST NO. 3:**

Defendant objects as this Request calls for a legal conclusion.

**REQUEST FOR ADMISSION NO. 4:**

Defendant is correctly named.

**RESPONSE TO REQUEST NO. 4:**

Denied.

**REQUEST FOR ADMISSION NO. 5:**

An agent of defendant disposed of the allegedly adulterated food item at issue in this matter, as described in the Petition.

**RESPONSE TO REQUEST NO. 5:**

Denied for a lack of sufficient information to justify a belief therein.

**REQUEST FOR ADMISSION NO. 6:**

Defendant is not in possession of the allegedly adulterated food item at issue in this matter, as described in the Petition.

**RESPONSE TO REQUEST NO. 6:**

Admitted.


Defendant reserves the right to supplement and amend these responses should additional information become known to them during the discovery process.

Respectfully submitted,

**CERTIFICATE OF SERVICE**

**LAW OFFICES OF ROBERT E. BIRTEL**

I hereby certify that a copy of the foregoing pleading has been served upon all parties of record by facsimile, hand delivery, electronic mail, or placing same in the U.S. Mail, postage prepaid and properly addressed, this 15th day of August, 2018.

BY: _____

**JAMES J. KOKEMOR**
Attorney for Defendant,
West Quality Food Service, Inc.
3850 N. Causeway Blvd., Suite 220
Metairie, LA 70002
(504) 837-7050
LA Bar Number:  07825

_____
JAMES J. KOKEMOR