UNITED STATES DISTRICT COURT

For the Eastern District of Louisiana

| | | |
|---|---|---|
| BRENDA THOMAS | * | |
| Plaintiff | * | Civil Action No. 18-1264 (A) (4) |
| v. | * | |
| | * | |
| KFC CORPORATION, et al. | * | |
| Defendants | * | |
| *   *   *   *   *   * | | |

### AFFIDAVIT OF CHANELL THOMAS

PARISH OF ORLEANS

STATE OF LOUISIANA

BEFORE ME, the undersigned notary public, came and appeared:

CHANELL THOMAS

Who after being duly cautioned and sworn, did depose and state that:

1. Affiant is resident in and domiciliary of the Parish of Orleans, State of Louisiana;

2. Affiant is an adult, competent to testify regarding these matters, based on personal knowledge;

3. Affiant is the parent of Darnell Thomas and Dasia Thomas, and the daughter of plaintiff, Brenda Thomas;

4. Affiant was present with plaintiff, Brenda Thomas, when plaintiff bit into the Chicken Little sandwich that plaintiff purchased from the KFC restaurant on Bullard Avenue in New Orleans on 1 October 2016;

5. Affiant saw plaintiff bite into the meat that stuck out of the bread, but not bite into the bread itself, and then saw that plaintiff drew back in disgust because the meat was a fried rat rather than fried chicken breast;

6. Affiant then saw plaintiff place the sandwich on the table, at which time affiant photographed the sandwich, which photo is attached as Exhibit A hereto;

1

7. Affiant saw that the sandwich contained a rat at that time, because of the shape of the meat and the tail;

8. Affiant also took a second photograph on the morning of 2 October 2016, which is attached hereto as Exhibit B; and

9. Affiant was present on the evening of 1 October 2016 when plaintiff called the KFC restaurant in question regarding the fried rat sandwich.

Further affiant sayeth naught.

**I hereby declare, under penalty of perjury, that the above and foregoing statements are true and correct in all of their particulars, this 21st day of March, 2019.**

_____
**Chanell Thomas**

SWORN TO AND SUBSCRIBED before me, Notary Public, in New Orleans, Louisiana, on this 21st day of March, 2019.

_____
**NOTARY PUBLIC**

My commission expires with my life.

RYAN A. JURKOVIC
Notary Public
State of Louisiana
LSBA # 31384

2



