UNITED STATES DISTRICT COURT

For the Eastern District of Louisiana

BRENDA THOMAS                          *

               Plaintiff         *          Civil Action No. 18-1264 (A) (4)

v.                                     *

                                       *

KFC CORPORATION, et al.                *

              Defendants        *

*     *     *     *     *     *

### AFFIDAVIT OF DASIA THOMAS

PARISH OF ORLEANS

STATE OF LOUISIANA

BEFORE ME, the undersigned notary public, came and appeared:

DASIA THOMAS

Who after being duly cautioned and sworn, did depose and state that:

1. Affiant is resident in and domiciliary of the Parish of Orleans, State of Louisiana;

2. Affiant is 17 years old, competent to testify regarding these matters, based on personal knowledge;

3. Affiant was present when plaintiff, Brenda Thomas, bit into a sandwich purchased from the KFC restaurant on Bullard Avenue in New Orleans on 1 October 2016;

4. Affiant saw that the meat in the sandwich when plaintiff opened it was in the shape of a rat, including a tail;

5. Affiant was present when plaintiff called the KFC restaurant to make a complaint on the evening of 1 October 2016;

6. Affiant was present when plaintiff returned to the KFC restaurant on 2 October 2016 and saw that the KFC employee who took plaintiff's complaint laughed at plaintiff, took the fried rat sandwich, and threw it in the trash.

Further affiant sayeth naught.

1

I hereby declare, under penalty of perjury, that the above and foregoing statements are true and correct in all of their particulars, this 21st day of March, 2019.

_____
**Dasia Thomas**

SWORN TO AND SUBSCRIBED before me, Notary Public, in New Orleans, Louisiana, on this 21st day of March, 2019.

_____
NOTARY PUBLIC

2