UNITED STATES DISTRICT COURT

For the Eastern District of Louisiana

| | | |
|---|---|---|
| BRENDA THOMAS | * | |
| Plaintiff | * | Civil Action No. 18-1264 (A) (4) |
| v. | * | |
| | * | |
| KFC CORPORATION, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*

**AFFIDAVIT OF DONNELL THOMAS**

PARISH OF ORLEANS

STATE OF LOUISIANA

BEFORE ME, the undersigned notary public, came and appeared:

DONNELL THOMAS

Who after being duly cautioned and sworn, did depose and state that:

1. Affiant is resident in and domiciliary of the Parish of Orleans, State of Louisiana;

2. Affiant is 15 years old, competent to testify regarding these matters, based on personal knowledge;

3. Affiant was present in the car with plaintiff, Brenda Thomas, ordered a Chicken Little sandwich from the KFC restaurant on Bullard Avenue in New Orleans on the evening of 1 October 2016;

4. Affiant saw plaintiff bite into the sandwich on the evening of 1 October 2016, and he saw the rat tail hanging from the sandwich;

5. Affiant was also present with plaintiff when she returned to the same KFC restaurant on 2 October 2016 to complain about the fried rat in her sandwich, and saw that the KFC employee offered a refund and free products, and that the KFC employee took the fried rat sandwich from plaintiff.

Further affiant sayeth naught.

1

I hereby declare, under penalty of perjury, that the above and foregoing statements are true and correct in all of their particulars, this 21st day of March, 2019.

*Donnell Thomas*

**Donnell Thomas**

SWORN TO AND SUBSCRIBED before me, Notary Public, in New Orleans, Louisiana, on this 21st day of March, 2019.

**NOTARY PUBLIC**

My commission expires with my life

RYAN A. JURKOVIC
Notary Public
State of Louisiana
LSBA # 31384

2