UNITED STATES DISTRICT COURT

For the Eastern District of Louisiana

BRENDA THOMAS                          *

               Plaintiff        *                    Civil Action No. 18-1264 (A) (4)

v.                                     *

                                 *

KFC CORPORATION, et al.                 *

               Defendants      *

*     *     *     *     *     *

## STATEMENT OF CONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Brenda Thomas, and respectfully submits this statement of contested material facts in opposition to the Motion for Reconsideration (Document 53) of defendant West Quality Food Services, Inc.

Plaintiff does not contest defendant's alleged uncontested material facts No. 1 through No. 7, No. 9, and No. 10 (Document 53-2).

Plaintiff contests defendant's alleged uncontested material fact No. 8. Plaintiff told front desk personnel at Dr. Cooper's offices on 3 October 2016 that she had consumed part of a rat. Exhibit A. Plaintiff furthermore testified that she told New Orleans East Hospital emergency department personnel that she consumed a rat. Document 48-2 at 50-52. Plaintiff contends that she has no control over how those personnel documented the file and respectfully submits that defendant's attempt to impute to her any belief or statement on this basis is a fact question regarding credibility and therefore cannot be decided on a motion for summary judgment. Plaintiff furthermore submits that this fact is not material to the motion.

Plaintiff contests defendant's alleged uncontested fact No. 11, which plaintiff regards as immaterial to the motion. Plaintiff respectfully submits that there is no scientific evidence only

1

because defendant failed to preserve the deleterious food product at issue and plaintiff is therefore entitled to an inference that such scientific evidence would exist had defendant preserved it.

Plaintiff contests defendant's alleged uncontested fact No. 12, which plaintiff regards as immaterial to the motion.  Plaintiff respectfully submits that her photographs (Document 53-6), when interpreted *in pari materia* with her testimony (Document 48-2 at 42-43) that describes how she ate the sandwich, biting only the meat that extended beyond the bread but not biting the bread itself.  The photographs are consistent with her testimony.

Plaintiff contests defendant's alleged uncontested fact No. 13, which plaintiff regards as immaterial to the motion.  Plaintiff respectfully submits that there is no laboratory evidence, to the extent this is distinguishable from No. 11's 'scientific evidence,' only because defendant failed to preserve the deleterious food item at issue and plaintiff is therefore entitled to an inference that such laboratory evidence would exist had defendant preserved the item.

Respectfully submitted,

s/ *Ryan A. Jurkovic*_____
Isaac H. Soileau, Jr. (LSBA No. 21384)
ihs.soileaulegal@gmail.com
Ryan A. Jurkovic (LSBA No. 31384)
rjurkovic@soileaulegal.com
SOILEAU & ASSOCIATES, LLC
1010 Common Street, Suite 2910
New Orleans, Louisiana 70112
504 522 5900 /504 522 5998 (fax)
Attorneys for Plaintiff, Brenda Thomas

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been served on counsel of record for all parties to these proceedings, by ECF transmission, this 2nd day of October, 2019.

s/ *Ryan A. Jurkovic*_____

2