UNITED STATES DISTRICT COURT

For the Eastern District of Louisiana

BRENDA THOMAS                    *

          Plaintiff       *                    Civil Action No. 18-1264 (A) (4)

v.                               *

                    *

KFC CORPORATION, et al.          *

          Defendants       *

\*     \*     \*     \*     \*     \*

**AFFIDAVIT OF IRMA JACKSON**

PARISH OF ORLEANS

STATE OF LOUISIANA

BEFORE ME, the undersigned notary public, came and appeared:

IRMA JACKSON

Who after being duly cautioned and sworn, did depose and state that:

1. Affiant is resident in and domiciliary of the Parish of Orleans, State of Louisiana;

2. Affiant is an adult, competent to testify regarding these matters, based on personal knowledge;

3. Affiant is employed as a clerical employer at the reception desk for the Crescent City Physicians offices at 5646 Read Boulevard in New Orleans, Louisiana;

4. Affiant is familiar with plaintiff, Brenda Thomas, who treats regularly at the physician offices aforesaid;

5. Affiant was present at the offices aforesaid and in the course of her employment when plaintiff appeared and requested an unscheduled appointment with Dr. Michelle Cooper on the morning 3 October 2016, a Monday;

6. Affiant understood at that time that plaintiff wanted an unscheduled appointment because she had consumed part of a rat in her food;

1

7. Affiant recalls that someone at the clinic informed plaintiff to proceed instead directly to the emergency department of New Orleans East Hospital on Read Boulevard in New Orleans, Louisiana;

8. Affiant did not record the 3 October 2016 encounter with plaintiff aforesaid in the medical chart, as it is not part of her employment duties or required by statute.

Further affiant sayeth naught.

**I hereby declare, under penalty of perjury, that the above and foregoing statements are true and correct in all of their particulars, this 29ᵗʰ day of August, 2019.**

_____
**Irma Jackson**

SWORN TO AND SUBSCRIBED before me, Notary Public, in New Orleans, Louisiana, on this 29ᵗʰ day of August, 2019.

_____
**NOTARY PUBLIC**

JOHN COOK IV
Notary Public, State of Louisiana
(La. Notary No. 27415)
My Commission is issued for life.

2